AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

ROBERT MAURICE REEDER

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00261
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/24/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*            ROBERT MAURICE REEDER                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

2021.02.24
14:35:54 -05'00'

Date:    02/24/2021

_____
Issuing officer's signature

City and state:        Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 02-24-21 , and the person was arrested on *(date)* 02-24-21 at *(city and state)* WDC . |
| Date: 02/26/21 |
| Arresting officer's signature |
| Meier |
| COREY WILLIAMS PED |
| Printed name and title |