UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| VS. | * Case No. 1:21:CR:166 (TFH) |
| ROBERT REEDER | * |

## RULE 32 WAIVER

The Defendant, Robert Reeder, by and through his attorney, Robert C. Bonsib, Esq, respectfully waives his right, pursuant Rule 32(e) and (f), to require that the probation officer provide the presentence report to the him at least 35 days before sentencing and his right to have 14 days, after receiving the presentence report, to file objections to the presentence report.

Respectfully submitted,

/s/ Robert C. Bonsib

ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
Bar # 423-306

AGREED TO:

*Robert Reeder*
ROBERT REEDER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, via ECF, this 28th day of June, 2021 to the Office of the United States Attorney, 555 4th Street, NW, Washington, DC 205030

/s/ Robert C. Bonsib

ROBERT C. BONSIB