UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-166 (TFH) |
| : | |
| ROBERT MAURICE REEDER, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING SUPPLEMENTAL EXHIBITS

The United States of America hereby submits Exhibits B, C, and D to the Government's Memorandum in Aid of Sentencing (D.E. 26) and the Government's Reply to Defendant's Memorandum in Aid of Sentencing (D.E. 30). These exhibits contain records from the Defendant's Facebook account and are submitted for the sole purpose of rebutting representations made to the Court in the Defendant's Memorandum in Aid of Sentencing (D.E. 29).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that, by virtue of the Court's ECF system, a copy of the foregoing filing and exhibits were sent to defense counsel on August 17, 2021.

                                            */s/ Joshua S. Rothstein*
                                            Joshua S. Rothstein
                                            Assistant United States Attorney