

**Time** 2020-12-04 15:40:57 UTC
**Message** I have several friends that posted this morning that Facebook has censored the video they posted, that truly shows voter fraud in Georgia, where after everyone went home, they pulled out secret suitcases with tens of thousands of ballots, and ran them through the machine without anyone else in the room... But that's only the tip of the iceberg, that has been revealed over the last four days of testimony in three Battleground States.





**Time** 2020-12-11 20:57:01 UTC
**Message** Unbelievable!... almost A month-and-a-half after the election, the Democrats are still finding mysterious ballots , in there fourth attempt to overthrow the election results that have been recounted 3 times in favor the Republican... Democrats just can't stop cheating and lying!





**Time** 2020-12-15 23:40:05 UTC
**Type** Comments
**Summary** Robert Reeder commented on a post from December 15, 2020.
...your dumbacrat party is made up of a bunch of ignorant and Evil people that will do nothing, except destroy America... You must be f****** stupid not to see and know what's really going on... From supporting the riots, two massive election frauds that stole the election, 2 the BS lies about Russia to try an impeach Trump, who not only wants to make America great, but was doing it, and setting records... But all of you POS liberals watch CNN, and believe their propaganda and hatred and fear... they even have you brainwashed to avoid watching Fox News, because they are afraid you might learn and see the truth, and won't even cover stories that don't fit the liberal narrative... by default you support racist BLM and antifa riots, and turning our country into socialism, which will lead to a dictatorship... Everything liberals do is based on feelings and emotions, not on truth and reality and facts and statistics... Civil war is coming, and you cowardly weak POS will pay a big price, because we've had enough of all of your partys pathetic s***...You can't even see that Biden is senile and has to read off a teleprompter because his Masters control him and everything that he will say and do... And you don't even know who his master's are! They are people that hate America, and want to destroy it , while they Pander for votes by bribing or promising ignorant or desperate people with taxpayer money, but nothing changes for them... I'd say Wake the fuk up! You are not woke, because you are asleep, dreaming of AOC, and Rachel Maddow and Joy Behar, and your Heroes are people like George Floyd and a whore that sucked dick to get into the White House... go ahead and report me, I'll be glad to go to FB jail, but at least I got this off of my chest...`

**Object Id** S: I100047937185239:10158677743382696:0







December 03, 2020

## Ret. Gen. Michael Flynn tweets call for Trump to declare martial law, order new US election

On Tuesday, President Donald Trump's former national security adviser and retired Army general Michael Flynn retweeted a call for Trump to temporarily suspend con-stitutional order and declare martial law to have the military to oversee a new U.S. election.

👍❤ 51                                    6 Comments

👍 Like                    💬 Comment



**Photo ID**

195742588700313

| | |
|---|---|
| **Time** | 2020-12-04 00:08:27 UTC |
| **Type** | Comments |
| **Summary** | Robert Reeder commented on a post from December 3, 2020. `This time the conservatives will stand their ground and the radicals will die` |
| **Object Id** | S: I100047937185239:10158647511757696:45 |





11:16 ⚙ ☕ ⚙ ℛ  •                    ☎ 🌩 ᴸᵀᴱ ⚊ 89% ◾

← Contact Public Information O...          ⋮
   🔒 www.supremecourt.gov

### Subject:

2020 Elections

### Comments and Questions:

I would like to request a full
review and investigation and
hearing into voter fraud during
the 2020 elections. There is
enough proof and Reporting and
Witnesses, that massive voter
fraud took place in several key
States that changed the outcome
after election day



Note: All fields are required.

Tap to speak                            ✕

🎙

Google

|||        ◯        ⌄

**Photo ID**

182864916654747

**Time** 2020-11-10 16:54:19 UTC
**Type** Comments
**Summary** Robert Reeder commented on a post from November 10, 2020. `I filled it out
            yesterday, and it did literally only take me two minutes`
**Object Id** S: I100047937185239:10221299440650412:3





**Photo ID** 183068583301047

**Posted** 2020-11-24 20:56:03 UTC
**Status**
**Mobile** false
**Id** 189402209334351



**Posted** 2020-11-24 20:49:32 UTC
**Status** I had this exact one... Love these
**Mobile** false
    **Id** 189399539334618



**Photo ID** 181993773408528

**Posted** 2020-11-06 02:23:38 UTC
**Status** Of course the Democrats were going to cheat... It's typical of their character and who

makes up their party.
**Mobile** false
**Id** 181815633426342



**Photo ID** 181815610093011

**Posted** 2020-11-05 19:29:44 UTC
**Status** I totally believe this...
**Mobile** false
**Id** 181752303432675



**Photo ID** 181752283432677

**Posted** 2020-11-05 15:26:30 UTC
**Status** WTF???
**Mobile** false
**Id** 181684126772826

# This link has been updated today to reflect higher registered voters.

https://worldpopulationreview.com/state-rankings/number-of-registered-voters-by-state?fbclid=IwAR25Pczy48kt082B7FIlkDJ6gDi-6dunnwgoHkuWVIoLsJS-j6PFjD-FPYc

| State | # Registered | Projected Votes | % Turnout |
|---|---|---|---|
| Nevada | 1,277,000 | 1,593,143 | 125% |
| Pennsylvania | 6,469,000 | 7,041,672 | 109% |
| Minnesota | 3,000,000 | 3,197,528 | 107% |
| North Carolina | 5,160,000 | 5,453,943 | 106% |
| Wisconsin | 3,129,000 | 3,283,532 | 105% |
| Michigan | 5,453,000 | 5,716,581 | 105% |
| Arizona | 3,262,000 | 3,292,705 | 101% |
| Georgia | 4,840,000 | 4,662,728 | 96% |

Sources: RealClearPolitics.com and
https://worldpopulationreview.com/state-rankings/number-of-registered-voters-by-state

**Photo ID** 181684106772828



George Soros with the owner of Smartmatic, the software that switched votes from Trump to Biden.

I heard the Soros family wants this photo off the internet. You know what to do ✅



**Photo ID** 10223716422479349

**Date Created** 2020-12-04 00:48:21 UTC
**Link** https://www.facebook.com/robert.reeder.5667/posts/195748705366368



**Photo ID** 176964464151722

**Text**
**Time** 2020-12-19 06:16:32 UTC

**User** Robert Reeder (100047937185239)
**Text** I just found out that the upcoming word of the
month will be, "sedition"!  Really! Watch and
listen to how many times the liberal media will
say it, in reference to Trump fighting voter
fraud... The liberal media now uses the strategy
and tactics of KNOWINGLY spreading lies and
false information to influence the public
**Time** 2020-12-19 15:42:56 UTC

**Author**

Robert Reeder (Facebook: 100047937185239)

**Sent** 2020-12-23 19:26:32 UTC
**Body** You sent a photo.
**Attachments** image-156356442522070 (156356442522070)
**Type** image/jpeg
**Size** 25639
**URL** https://interncache-nao.fbcdn.net/v/t1.15752-9/1
32415083 1330568370612314 7522498044312
26052 n.jpg?ccb=1-3& nc sid=73a6a0&efg=ey
J1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pb
W9nZW46RFlJTWVkaWFVdGlscyJ9& nc ad=z-m
& nc cid=0& nc ht=interncache-nao&oh=84d8
c23ebca4b499fd9e79ca8326bdf1&oe=606EEE5
6



**Photo ID** 156356442522070

