

Photo ID  865313110882144

Sent  2020-12-22 02:34:48 UTC
Body  Did you really

Author  Robert Reeder (Facebook: 100047937185239)
Sent  2020-12-22 02:38:47 UTC
Body  Yup

Author  Robert Reeder (Facebook: 100047937185239)

**Sent** 2020-12-22 02:39:20 UTC
**Body** I can still private message someone, but I can't post or comment on anyone postings for 30 days

**Sent** 2020-12-22 02:41:25 UTC
**Body** Oh shit 30 days?  Not just 24hrs?

**Sent** 2020-12-22 02:41:33 UTC
**Body** Naughty naughty

**Author** Robert Reeder (Facebook: 100047937185239)
**Sent** 2020-12-22 02:44:53 UTC
**Body** Fb Nazi's censoring free speech and the truth, because it doesn't conform to the liberal narrative and their Cult of ignorant scumbags!

