

**Groups Definition**  Groups: List of all groups the account holder is a member of at the time of production.

**Groups**



- **Name** Joe Biden Is Not My President
  - **Id** 396696118092217
- **Name** Patriot Party of the U.S.A.
  - **Id** 1244004656000728
- **Name** Joe Biden IS NOT MY PRESIDENT!
  - **Id** 204896377919173
- **Name** STOP THE STEAL
  - **Id** 4003511029663891



**Name** The Silent Majority
  **Id** 171642512874514
**Name** Hop on the Trump Train!
  **Id** 762627107885453
**Name** REPUBLICANS WHO AREN'T AFRAID
  **Id** 496619084467103

**Group**

