UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-166 (TFH) |
| | : | |
| **ROBERT MAURICE REEDER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE

On June 23, 2021, Defendant Robert Maurice Reeder pleaded guilty to Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G). A sentencing hearing was set for August 18, 2021. On the day of the hearing, the Government was made aware of newly discovered evidence that revealed additional unlawful conduct by the Defendant on January 6th. As a result, the Government requested that the Court continue the sentencing until October 8, 2021. The Government writes to notify the Court that is ready to proceed with sentencing on October 8, 2021 and does not intend to bring further charges against the Defendant related to the additional unlawful conduct that the Government became aware of on August 18, 2021. However, based upon the totality of the Defendant's conduct on January 6, 2021, the Government asks that the Court impose a sentence of 6 months' imprisonment.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By: /s/ Joshua S. Rothstein
   Joshua S. Rothstein
   Assistant United States Attorney
   N.Y. Bar Number 4453759
   555 4th Street, N.W., Room 5828
   Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

    I certify that, by virtue of the Court's ECF system, a copy of the foregoing filing and exhibits were sent to defense counsel on September 28, 2021.

                                                */s/ Joshua S. Rothstein*
                                                Joshua S. Rothstein
                                                Assistant United States Attorney