UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-cr-166 (TFH) |
| | : | |
| **ROBERT MAURICE REEDER,** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF FILING A SUPPLEMENTAL EXHIBIT

The United States of America hereby submits the attached document as Exhibit 1 to be used at the Defendant's sentencing hearing.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that, by virtue of the Court's ECF system, a copy of the foregoing filing and exhibits were sent to defense counsel on October 8, 2021.

                                                 */s/ Joshua S. Rothstein*
                                                 Joshua S. Rothstein
                                                 Assistant United States Attorney