# *United States of America*

# *vs.*

# Robert Reeder



# *United States* v. *Robert Reeder*

ROBERT REEDER
WAS *NEVER* AN
ACCIDENTAL TOURIST



# _United States v. Robert Reeder_

| | |
|---|---|
| Reeder: | Um…, now unfortunately, I was there so where does that leave me besides saying that I was kind of the accidental tourist with a phone trying to document everything… |
| Locke: | (Whispers). (Unintelligible). |
| Reeder: | …and um…, |
| Locke: | (Whispers). (Unintelligible). |
| Reeder: | …but I kind of stand firm on that. I think that…, |

D.E. 29-1 at 103



# *United States* **v.** *Robert Reeder*

Reeder is a registered Democrat.  He did not care much for President Trump, although he favored some of President Trump's policies and he was not a strong supporter of his Democratic opponent in the election.  He was not a member of any organized political group and had no advance plans to attend the January 6th rally.  It was a last minute, spur-of-the moment decision.  He did not attend as part of any organized group.  He had no prior intention to be part of a group that was going to march to the Capitol.   To the contrary, it had been his plan to attend the rally and then spend the remainder of the day visiting the museums and monuments on the Mall.

Mr. Reeder is not politically active, is not and has never been a member of any right-wing or anti-government or extremist group and has, unfortunately, been publicly grouped with many others who views he abhors.  Mr. Reeder is a registered Democrat, and was not a Trump supporter, although he did like the patriotic spirit that he believed that President Trump was trying to instill in Americans.

D.E. 29 at 4, 22



# *United States* v. *Robert Reeder*

**Facebook Business Record**

**Groups Definition**  Groups: List of all groups the account holder is a member of at the time of production.

**Name** Joe Biden Is Not My President
**Id** 396696118092217

**Name** Joe Biden IS NOT MY PRESIDENT!
**Id** 204896377919173

**Name** STOP THE STEAL
**Id** 4003511029663891

**Name** Patriot Party of the U.S.A.
**Id** 1244004656000728

**Name** REPUBLICANS WHO AREN'T AFRAID
**Id** 496619084467103

**Name** The Silent Majority
**Id** 171642512874514

**Name** Hop on the Trump Train!
**Id** 762627107885453

D.E. 32, Exhibit D



# *United States* v. *Robert Reeder*

Facebook Business Record

**Time** 2020-12-14 01:33:18 UTC

**Message** I have listened to everyone else's hatred and rhetoric for months, now I am having my day. Don't like it? You know where the delete button is, or just keep scrolling... Let me be clear, I am not a Biden fan at all. He is corrupt, a liar, suffering from dementia. He has done nothing to improve anything in 47/48 years in politics.  I truly believe

Biden was just the stepping stone for Kamala Harris to take over the White House. Nancy Pelosi is already trying to put a 25th amendment in place to remove an unfit president. I don't believe that has a thing to do with Trump having Covid. I think that's to remove Biden if elected for dementia and Harris to take over.  "This is my opinion so don't bother to bash it, I haven't bashed yours!!!!!!!!!" SLIDE ON BY!!!!!!!!!  The so called clown in the White House just brokered two Middle East Peace Accords, something that 71 years of political intervention and endless war failed to produce. The so called buffoon in the White House is the first president that has not engaged us in a foreign war since Eisenhower.  The hated so-called clown in the White House has had the greatest impact on the economy, bringing jobs, and lowering unemployment to the Black and Latino population of ANY other president. Ever! Trump has exposed the deep, widespread, and long-standing corruption in the FBI, the CIA, the NSA, and the Republican and Democratic parties.  Trump turned NATO

even like him. I want a strong leader who isn't afraid to kick some ass when needed. I don't need a fatherly figure - I already have one. I don't need a liar - that's what Hollywood and CNN, MSNBC, ABC, NBC, CBS and the New York Times are for. I don't need someone to help me, but I also don't want an obstacle or a demented, senile washed-up Swamp Monster.  God bless Donald Trump - the most hated, disrepected and unappreciated President in history who has done far, far MORE for us all and our country than any President in history.

educate me again as to what Biden has accomplished for America in his 47 years in office? Besides the Whole Biden Family getting Richer, while turning backs on all Americans!  I'll take a 'clown' any day versus a fork tongued, smooth talking hypocritical corrupt liar.   Please let it be known, I am not sure I would want to have a beer with him (if he drank, which he doesn't) or even be his friend. I don't care if I even like him. I want a strong leader who isn't afraid to kick some ass when needed. I don't need a fatherly figure - I already have one. I don't need a liar - that's what Hollywood and CNN, MSNBC, ABC, NBC, CBS and the New York Times are for.  I don't need someone to help me, but I also don't want an obstacle or a demented, senile washed-up Swamp Monster.  God bless Donald Trump - the most hated, disrepected and unappreciated President in history who has done far, far MORE for us all and our country than any President in history.

D.E. 32, Exhibit E

6



# *United States* **v.** *Robert Reeder*

ROBERT REEDER WAS

*COMMITTED TO*

&

*PROMOTED*

ELECTION FRAUD

CONSPIRACY THEORIES



# *United States* v. *Robert Reeder*

| | |
|---|---|
| Reeder: | I was.., I was… |
| Locke: | (Whispers).  Hmph hmph. |
| Reeder: | …concerned about the elections based on what was… |
| Thoman: | Hmph hmph. |
| Reeder: | …being said on T.V. and not just, you know.., |
| Thoman: | Hmph hmph. |
| Reeder: | …Fox and CNN. |

D.E. 29-1 at 26

8



# *United States v. Robert Reeder*

### III.   REEDER'S CONDUCT AND ACTIVITY ON JANUARY 6, 2021 AND THEREAFTER

#### Overview

Robert Reeder is a fifty-five year old man who began January 6, 2021 sitting in his home in Maryland watching TV.   He saw on TV that there was going to be a rally in D.C. near the White House where President Trump was to speak at 11 am.

Having nothing better to do and believing that the rally would be an interesting event to attend, he left his home and boarded the Metro and headed by himself into D.C. where he arrived around 11:30 when the rally was already in progress.

At the rally it was difficult to hear, and Mr. Reeder did not even hear Mr. Trump's speech, After going to the Mall, Reeder had intended to go visit several of the monuments and memorials while in D.C., however, he changed his plans when he heard people talking about going to the Capitol and that Trump was coming with them.  He decided to also go, but did not walk with the main crowd on Constitution Avenue, and instead walked by himself with a different and smaller crowd on the Mall.



# *United States* v. *Robert Reeder*

Facebook Business Record

← Contact Public Information O...
🔒 www.supremecourt.gov                    ⋮

### Subject:

2020 Elections

### Comments and Questions:

I would like to request a full
review and investigation and
hearing into voter fraud during
the 2020 elections. There is
enough proof and Reporting and
Witnesses, that massive voter
fraud took place in several key
States that changed the outcome
after election day



Note: All fields are required.

**Time** 2020-11-10 16:54:19 UTC
**Type** Comments
**Summary** Robert Reeder commented on a post from November 10, 2020. `I filled it out
yesterday, and it did literally only take me two minutes`

D.E. 32, Exhibit B



# *United States* v. *Robert Reeder*

Facebook Business Record

**Time** 2020-12-04 15:40:57 UTC
**Message** I have several friends that posted this morning that Facebook has censored the video they posted, that truly shows voter fraud in Georgia, where after everyone went home, they pulled out secret suitcases with tens of thousands of ballots, and ran them through the machine without anyone else in the room... But that's only the tip of the iceberg, that has been revealed over the last four days of testimony in three Battleground States.

**Time** 2020-12-11 20:57:01 UTC
**Message** Unbelievable!... almost A month-and-a-half after the election, the Democrats are still finding mysterious ballots, in there fourth attempt to overthrow the election results that have been recounted 3 times in favor the Republican... Democrats just can't stop cheating and lying!

**Time** 2020-12-11 21:02:02 UTC
**Message** Fukn LIBERALS ARE INSANE!!! HOW is this even possible... The judge should be thrown in prison with this convicted terrorist!



# *United States* v. *Robert Reeder*

Facebook Business Record



I SAW WHAT YOU DID WITH THOSE BALLOTS.

Photo ID 183068583301047

Posted 2020-11-24 20:56:03 UTC

I wish my bank would start using Dominion software..that $20 bucks could be $230k by 4:30 a.m.

Posted 2020-11-24 20:49:32 UTC

D.E. 32, Exhibit B



# *United States* v. *Robert Reeder*

Facebook Business Record



Photo ID 181993773408528

Posted 2020-11-06 02:23:38 UTC
Status Of course the Democrats were going to cheat... It's typical of their character and who



Photo ID 181815610093011

Posted 2020-11-05 19:29:44 UTC
Status I totally believe this...

D.E. 32, Exhibit B

13



# *United States* v. *Robert Reeder*

Facebook Business Record



This link has been updated today to reflect higher registered voters.

https://worldpopulationreview.com/state-rankings/number-of-registered-voters-by-state?fbclid=IwAR25Pczy48kt082B7FIlkDJ6gDi-6dunnwgoHkuWVIoLsJS-j6PFjD-FPYc

| State | # Registered | Projected Votes | % Turnout |
|---|---|---|---|
| Nevada | 1,277,000 | 1,593,143 | 125% |
| Pennsylvania | 6,469,000 | 7,041,672 | 109% |
| Minnesota | 3,000,000 | 3,197,528 | 107% |
| North Carolina | 5,160,000 | 5,453,943 | 106% |
| Wisconsin | 3,129,000 | 3,283,532 | 105% |
| Michigan | 5,453,000 | 5,716,581 | 105% |
| Arizona | 3,262,000 | 3,292,705 | 101% |
| Georgia | 4,840,000 | 4,662,728 | 96% |

Sources: RealClearPolitics.com and
https://worldpopulationreview.com/state-rankings/number-of-registered-voters-by-state

D.E. 32, Exhibit B

14



# *United States* v. *Robert Reeder*

**Facebook Business Record**

George Soros with the owner of Smartmatic, the software that switched votes from Trump to Biden.

I heard the Soros family wants this photo off the internet. You know what to do ☑️





**Photo ID** 176964464151722

**Text**
**Time** 2020-12-19 06:16:32 UTC

**User** Robert Reeder (100047937185239)
**Text** I just found out that the upcoming word of the month will be, "sedition"! Really! Watch and listen to how many times the liberal media will say it, in reference to Trump fighting voter fraud... The liberal media now uses the strategy and tactics of KNOWINGLY spreading lies and false information to influence the public

D.E. 32, Exhibit B

# *United States* v. *Robert Reeder*



## Facebook Business Record





December 03, 2020

**Ret. Gen. Michael Flynn tweets call for Trump to declare martial law, order new US election**

On Tuesday, President Donald Trump's former national security adviser and retired Army general Michael Flynn retweeted a call for Trump to temporarily suspend constitutional order and declare martial law to have the military to oversee a new U.S. election.

👍❤️ 51                               6 Comments

 Like                💬 Comment

**Time** 2020-12-04 00:08:27 UTC

**Type** Comments

**Summary** Robert Reeder commented on a post from December 3, 2020. `This time the conservatives will stand their ground and the radicals will die`

D.E. 32, Exhibit B

16



# *United States* v. *Robert Reeder*

Facebook Business Record

**Time** 2020-12-15 23:40:05 UTC
**Type** Comments
**Summary** Robert Reeder commented on a post from December 15, 2020.

██████████████████████              ...your dumbacrat party is made up of a bunch of
ignorant and Evil people that will do nothing, except destroy America... You must be
f****** stupid not to see and know what's really going on... From supporting the riots,

facts and statistics... Civil war is coming, and you cowardly weak POS will pay a big
price, because we've had enough of all of your partys pathetic s***...You can't even

because they are afraid you might learn and see the truth, and won't even cover
stories that don't fit the liberal narrative... by default you support racist BLM and
antifa riots, and turning our country into socialism, which will lead to a dictatorship...
Everything liberals do is based on feelings and emotions, not on truth and reality and
facts and statistics... Civil war is coming, and you cowardly weak POS will pay a big
price, because we've had enough of all of your partys pathetic s***...You can't even
see that Biden is senile and has to read off a teleprompter because his Masters
control him and everything that he will say and do... And you don't even know who his
master's are! They are people that hate America, and want to destroy it , while they
Pander for votes by bribing or promising ignorant or desperate people with taxpayer
money, but nothing changes for them... I'd say 'Wake the fuk up! You are not woke,
because you are asleep, dreaming of AOC, and Rachel Maddow and Joy Behar, and
your Heroes are people like George Floyd and a whore that sucked dick to get into the
White House... go ahead and report me, I'll be glad to go to FB jail, but at least I got
this off of my chest...`

D.E. 32, Exhibit B



# _United States_ v. _Robert Reeder_

Facebook Business Record





# _United States_ v. _Robert Reeder_

# ROBERT REEDER WAS A _LAWLESS RIOTER_



# *United States* v. *Robert Reeder*

When he got near the Capitol building, he started taking pictures and videos of the crowd and walked towards the bandstands where he was suddenly exposed to tear gas. In an effort to find water to wash out his eyes, he went to the entrance of the Capitol building, where 5-6 police officers were standing alongside the doorway with the doors wide open. He asked for directions to a bathroom or water fountain. The officers were standing near the walls and neither verbally nor otherwise attempted to keep Mr. Reeder from walking into the building.

As Reeder entered the building, he did not "breach" the entry. He walked through an open door and no one attempted to stop him or advise him that he should not enter the building. Many others had already entered the building and were calming walking in the building.

D.E. 29 at 3, 8



# *United States* **v.** *Robert Reeder*

How could Reeder know he was not allowed in the Capitol?

- Barricades
- Law Enforcement Officers
- Alarms
- Tear Gas
- Pepper Balls



# _United States **v.** Robert Reeder_



# *United States* v. *Robert Reeder*





# *United States* v. *Robert Reeder*





# _United States_ **v.** _Robert Reeder_







# *United States* v. *Robert Reeder*



# _United States_ v. _Robert Reeder_







# *United States* v. *Robert Reeder*



# _United States_ v. _Robert Reeder_





# *United States* v. *Robert Reeder*







# *United States* v. *Robert Reeder*

# "WE HAD TO DO *BATTLE* WITH THE POLICE."



# *United States* v. *Robert Reeder*

Reeder's conduct was individual and significantly and substantially different from many others in the "crowd." He did not engage in "forced entry," did not participate in "breaking windows and assaulting members of law enforcement" and was not one who "encouraged and assisted those acts to gain entry into the US Capitol."

(2) whether the defendant engaged in any violence or incited violence

There is no evidence to suggest that Reeder engaged in any violence or incited violence by others and, as noted in his interview with the FBI agents, he condemns the violence and destruction that occurred.

D.E. 29 at 2, 22

# *United States* v. *Robert Reeder*







# *United States* v. *Robert Reeder*



34



# *United States* **v.** *Robert Reeder*





# *United States* v. *Robert Reeder*





# _United States_ v. _Robert Reeder_





# *United States* v. *Robert Reeder*



# *United States* v. *Robert Reeder*







# *United States* v. *Robert Reeder*





# *United States* v. *Robert Reeder*





# *United States* v. *Robert Reeder*

# ROBERT REEDER

# WAS

# *UNTRUTHFUL* WITH

# LAW ENFORCEMENT



# *United States* v. *Robert Reeder*

| | |
|---|---|
| Reeder: | ...police..., like these police came out the door... |
| Locke: | (Whispers). Uh huh. |
| Reeder: | ...and there was a cop that was hitting this woman.... |
| Locke: | (Whispers). Hmph hmph. |
| Reeder: | ...and she was.., I think bloodied..., |
| Locke: | (Whispers). Hmph hmph. |
| Reeder: | ...and he threw her down the stairs... |
| Locke: | (Whispers). Hmph hmph. |
| Reeder: | ...and I was like come on, are you kidding me, a woman? You're.., you had to beat up on a woman.., |
| Locke: | (Whispers). Hmph hmph. |
| Reeder: | ...and I'm yelling at the guy... |
| Thoman: | Uh huh. |

D.E. 29-1 at 90

43



# *United States* v. *Robert Reeder*

| | |
|---|---|
| Reeder: | ...and you.., you'd probably find the videos of this... |
| Locke: | (Whispers). Uh huh. |
| Reeder: | ...but he lunges towards me and he knocks me down... |
| Locke: | (Whispers). Uh huh. |
| Reeder: | ...on the ground... |
| Thoman: | Hmph hmph. |
| Reeder: | ...and so I'm.., |
| Locke: | Hmph hmph. |
| Reeder: | ...I'm flat on my back... |

| | |
|---|---|
| Locke: | (Whispers).  (Unintelligible). |
| Reeder: | ...and... |
| Locke: | (Whispers).  Hmph hmph. |
| Reeder: | ...people came from behind him... |
| Locke: | (Whispers).  Hmph hmph. |
| Thoman: | Hmph hmph. |
| Reeder: | ...and pushed him down..., |
| Thoman: | (Whispers).  Uh huh. |
| Reeder: | ...like he was comin' back up on top of me... |
| Thoman: | Hmph hmph. |
| Locke: | Uh huh. |
| Reeder: | ...but I was... |
| Thoman: | Hmph hmph. |
| Reeder: | ...down on the ground in a fetal position... |

D.E. 29-1 at 90-91

44



# *United States v. Robert Reeder*

Locke:     (Whispers).  Hmph hmph.  Yeah.

Reeder:    ...and I just pushed him back up.

Locke:     (Whispers).  (Unintelligible).

Reeder:    Didn't kick or anything like that.

Locke:     (Whispers).  Uh huh.

Reeder:    Just helped him back up...

Thoman:    Hmph hmph.

Reeder:    ...and he got.., got up...

Locke:     (Whispers).  Hmph hmph.

Reeder:    ...and he kind of got absorbed (background noise) by the crowd...

D.E. 29-1 at 91



# *United States* v. *Robert Reeder*

| | |
|---|---|
| Thoman: | ...but ah.., before we lose the thread.., so that altercation... |
| Reeder: | Hmph hmph. |
| Thoman: | ...with the officer..., |
| Reeder: | Uh huh. |
| Thoman: | ...I just wanna make sure that, ah.., I have this right. So... |
| Locke: | (Whispers). (Unintelligible). |
| Thoman: | ...he was punching or.., or were otherwise physically harming this woman, you said come on, it's a woman or something along... |
| Reeder: | Yeah. |
| Thoman: | ...those lines and then um.., he came at you and pushed you over. |
| Reeder: | Yes. |
| Thoman: | Did you, at any point, engage with the officer punching back? |
| Reeder: | No, no, no. |
| Thoman: | Okay. |
| Reeder: | No, no, no, I went down on.., on the thing and I..., |
| Thoman: | Hmph hmph. |
| Reeder: | ...I think... |

| | |
|---|---|
| Reeder: | ...that... |
| Thoman: | (Whispers). Hmph hmph. |
| Reeder: | I mean I don't think that he lunged on t... I think... |
| Thoman: | Think he got pushed? |
| Reeder: | Pushed... |
| Thoman: | Okay. |
| Reeder: | ...by people behind him on top of me and as he fell on me.., |
| Locke: | (Whispers). Uh huh. |
| Reeder: | ...like I had just like caught him.. |
| Locke: | (Whispers). Uh huh. |
| Reeder: | ...and just did this kind of thing and helpin' him back up. |
| Locke: | (Whispers). Hmph hmph. |
| Thoman: | Hmph hmph. |
| Reeder: | He got up... |
| Locke: | (Whispers). Hmph hmph. |
| Reeder: | ...and tried to just disappear.., |
| Thoman: | Hmph hmph. |
| Reeder: | ...you know, like he got absorbed by the crowd or he went in front of the crowd... |
| Locke: | (Whispers). Uh huh. |
| Reeder: | ...um.., and then someone... |
| Thoman: | (Whispers). Uh huh. |
| Reeder: | ...yanked me up and that's when I was like this is..., |



# _United States v. Robert Reeder_

| | |
|---|---|
| Mirell: | And do you recall while you were on those steps Mister Reeder witnessing anyone punching or... |
| : | (Whispers).  Hmph hmph. |
| Mirell: | ...physically... |
| : | (Unintelligible). |
| Mirell: | ...assaulting... |
| : | Hmph hmph. |
| : | (Whispers).  (Unintelligible). |
| Mirell: | ...police officers? |
| Reeder: | No. |
| : | (Whispers).  Hmph hmph. |
| Reeder: | No.  I.., I can pretty much say I didn't. |



# *United States* **v.** *Robert Reeder*

ROBERT REEDER

HAS

*SOUGHT TO MISLEAD*

THIS COURT



# *United States* v. *Robert Reeder*

(7) the defendant's statements in person or on social media

Reeder recorded himself on his private cellphone. Once he returned to his residence on January 6th and after he became sickened by what he observed on TV what was going on at the Capitol the last thing he was interested in doing was posting anything on social media. Reeder did not post anything after January 6th and deleted his Facebook account shortly thereafter. Unlike others who during or after the events of January 6th who posted comments or videos or pictures on social media boasting of their presence or activities on social media, Reeder recognized the mistakes he made in participating in the events at the Capitol and was embarrassed and remorseful for his involvement and had no interest in boasting or justifying his presence at the Capitol once he had returned home and fully understood what was going on at the Capitol building.

D.E. 29 at 27

49

# *United States* v. *Robert Reeder*

Facebook Business Record





I just got banned from Facebook for 30 days for posting this meme! Total B.S. by the cancel culture of biased so-called fact-checkers... ☺ ➤

**Sent** 2020-12-22 02:34:48 UTC
**Body** Did you really

**Author** Robert Reeder (Facebook: 100047937185239)
**Sent** 2020-12-22 02:38:47 UTC
**Body** Yup

**Author** Robert Reeder (Facebook: 100047937185239)

**Sent**
2020-12-22 02:39:20 UTC
**Body** I can still private message someone, but I can't post or comment on anyone postings for 30 days

**Sent** 2020-12-22 02:41:25 UTC
**Body** Oh shit 30 days?  Not just 24 hrs?

**Sent** 2020-12-22 02:41:33 UTC
**Body** Naughty naughty

**Author** Robert Reeder (Facebook: 100047937185239)
**Sent** 2020-12-22 02:44:53 UTC
**Body** Fb Nazi's censoring free speech and the truth, because it doesn't conform to the liberal narrative and their Cult of ignorant scumbags!



# *United States* v. *Robert Reeder*

| | |
|---|---|
| Reeder: | ...and stuff but ah..., I didn't... |
| Locke: | (Unintelligible). |
| Reeder: | ...post anything to Facebook I believe or it was successful... |
| Thoman: | Hmph hmph. |
| Reeder: | ...so... |
| Locke: | (Whispers).  (Unintelligible). |
| Reeder: | ...um... |
| Thoman: | So you may have tried to post things and it just never went... |
| Reeder: | Yeah, yeah. |
| Thoman: | ...because of the reception. |
| Reeder: | Yeah. |

D.E. 29-1 at 114



# *United States* v. *Robert Reeder*

ROBERT REEDER
*CONTINUES TO BLAME OTHERS*
FOR HIS UNLAWFUL CONDUCT

# _United States_ v. _Robert Reeder_





"No. This is my personal feeling is that... you know... if those guards had just said somethin' like you can't come in here sir or no... this is, you know, a closed building or, or you gotta exit now... or anything like that ... I wouldn't have gone in the building."*

D.E. 29-1 at 126-27

# _United States_ v. _Robert Reeder_



"[I]ts almost like they wanted us to come in there and they closed the doors and then they have their sound bite for the news, you know…. That was kind of a plan to allow people in and then drop them and then, you know, demonize the Trump people."

D.E. 29-1 at 127

# _United States_ v. _Robert Reeder_



"Those guys... didn't do their job... by letting people in freely."

D.E. 29-1 at 128