1              **IN THE UNITED STATES DISTRICT COURT**

2               **FOR THE DISTRICT OF COLUMBIA**

3    UNITED STATES OF AMERICA        .
                    Plaintiff,       .
4    vs.                             .   Docket No. CR 21-166-TFH
                                     .
5    ROBERT REEDER                   .   Washington, D.C.
                                     .   October 8, 2021
6                    Defendant.      .
     . . . . . . . . . . . . . . . . .x   10:05 a.m.

7

8               TRANSCRIPT OF SENTENCING HEARING

9        BEFORE THE HONORABLE SENIOR JUDGE THOMAS H. HOGAN

10               UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:   Joshua Seth Rothstein
                           **U.S. DEPARTMENT OF JUSTICE-CRM**
13                         Criminal Division
                           555 4th Street, NW
14                         Washington, DC 20530
                           (202) 252-1900
15                         Email: joshua.rothstein@usdoj.gov

16

     For the Defendant:    Robert Charles Bonsib, Esquire
17                         **MARCUSBONSIB, LLC**
                           6411 Ivy Lane
18                         Suite 116
                           Greenbelt, MD 20770
19                         (301) 441-3003
                           Email: robertbonsib@marcusbonsib.com
20

21

     Court Reporter:   Cathryn J. Jones, RPR
22                     Official Court Reporter
                       Room 6521, U.S. District Court
23                     333 Constitution Avenue, N.W.
                       Washington, D.C. 20001
24

     Proceedings recorded by machine shorthand, transcript
25   produced by computer-aided transcription.

**P R O C E E D I N G S**

1    THE DEPUTY CLERK:  Your Honor, this morning this

2  is the matter of United States versus Robert Reeder.  This

3  is Criminal Record 21-166.  Ask the parties to step forward

4  and identify yourselves for the record, please.

5    MR. ROTHSTEIN:  Good morning, Your Honor, Josh

6  Rothstein on behalf of the United States.  With me at

7  counsel's table is FBI Special Agent Alexandra --

8    THE COURT:  All right.  Thank you, Mr. Rothstein.

9    MR. BOSNIB:  Good morning, your Honor.  Robert

10  Bosnib on behalf of Robert Reeder, who is present.  At

11  counsel table with me is my paralegal, Amy --

12    THE COURT:  Thank you.  We're here today again for

13  the sentencing of Mr. Reeder.  His original plea was to 40

14  U.S. Code 5104 and it was under (e), and Subsection (d).

15  I'm sorry, Subsection (g), parading, demonstrating,

16  picketing.

17    The government has just filed a new exhibit on a

18  PowerPoint presentation of social media content and also had

19  produced earlier a video as a cause of the continuance of

20  the first sentencing hearing wherein it's alleged that

21  Mr. Reeder pushed down an officer or threw him to the

22  ground.  Let me hear from the government about a question I

23  had before we begin to discuss this any further.

24    MR. ROTHSTEIN:  Yes, Your Honor.

1          THE COURT:  Thank you, Mr. Rothstein.

2     Mr. Rothstein, he pled to parade, demonstrate or picket.

3     Basically according to the plea he has you ask that he be

4     given a six month sentence on his assault on a police

5     officer for which he was charged or pled guilty to.

6          MR. ROTHSTEIN:  Your Honor, I believe it's the

7     totality of the conduct as well as the relevant conduct.

8     Your Honor, the request for the six month sentence is based

9     on the totality of the conduct that day.  It is the

10    statutory maximum under the charge to which he's pled

11    guilty, and the additional conduct that day including the

12    assault on the officer goes to the relevant conduct and also

13    his -- it goes to the 3553(a) factors including his

14    truthfulness of law enforcement, specific deterrence which

15    we think that there is an issue with here.

16          It goes to a number of the 3553(a) factors and it

17    also goes to his relevant conduct that day.

18          THE COURT:  Yeah.  Because the statute of which he

19    pled, to which really applied to him is (d) where the other

20    abusive language and engaged in disruptive conduct when they

21    placed him on the ground of the Capitol building, disturb or

22    disruptive conduct of Congress.  As opposed to (g) which is

23    parading and demonstrating.

24          Obviously, I thought you would have a superseding

25    information or indictment charging this.  But you want me to

1    consider it as related conduct under 3553 as a factor to

2    consider.

3          MR. ROTHSTEIN:  Yes, Your Honor.

4          THE COURT:  All right.  I'll think about that.

5    All right.  Let's go forward then with what the presentation

6    will be.  I have read through the materials.  I wish I had

7    done so earlier, but again, I reviewed everything.  And I

8    have reviewed particularly Mr. Reeder's statement to the

9    FBI, as well as his counsel's filing in sentencing

10   memorandum presenting certain factors, which I think turn

11   out not be accurate.

12         I'll hear from the government first and give

13   Mr. Bosnib a chance to respond to that, Mr. Reeder as well

14   when I consider these matters.

15         MR. ROTHSTEIN:  Thank you.  Your Honor, the

16   government request that the Court impose an imprisonment of

17   six months for Mr. Reeder.  In United States

18   versus [indiscernible] Your Honor stated I think the

19   presumption should be that in these offenses where an attack

20   on our democracy and that jail time usually should be

21   expected.  The defendant participated in an attack against

22   our democracy and jail time should be imposed here.

23         As the Court is aware sentencing is guided by 18

24   U.S.C. 3553(a).  Some of those factors the Court must

25   consider include the nature and circumstances of the

1    offense, the history and characteristics of the defendant.

2    The need for the sentence to reflect the seriousness of the

3    offense and promote respect for the law, the need for the

4    sentence to afford adequate deterrence, and the need to

5    avoid unwanted -- sorry, unwarranted sentence disparities

6    among defendants with similar records who have been found

7    guilty of similar conduct.

8              With respect to the nature and circumstances of

9    the offense the defendant was so proud of his participation

10   in the riot that he recorded it for the world to see, to see

11   him chat "Fight for Trump" as he scaled the steps of the

12   Capitol and headed toward the mob entering the building, to

13   see him breach the Capitol twice, to stand by and videotape

14   an officer being assaulted, and to hear him brag that he

15   battled the police.  For the defendant these unlawful acts

16   were a source of proud and accomplishment, but for our

17   nation it was a permanent source of shame and sorrow.

18             The defendant spends much of his sentencing memo

19   blaming his current legal trouble on others, and trying to

20   convince the Court that he was quote, unquote an accidental

21   tourist in awe of the Capitol, defending it from destruction

22   and documenting the events of the day.  As the government

23   said in its reply brief you're entitled to your opinion, but

24   you are not entitled to your own facts.

25             The defendant was never an accidental tourist.

1    The defendant repeatedly tries to separate himself from the

2    group he chose to join, to make himself appear as some a

3    portal tourist that just got lost and unfortunately found

4    himself in the middle of a riot.  However, the defendant's

5    Facebook posts make clear that he strongly supported the

6    president.

7            For instance, in a December 2000 -- start with

8    this, Your Honor.  During his interview with law enforcement

9    which is Exhibit 29-1, Mr. Reeder says now unfortunately, I

10   was there so where does that leave me besides saying that I

11   was kind of the accidental tourist with a phone trying to

12   document everything.  And then he says, but I kind of stand

13   firm on that.

14           In his pleadings to the Court, Mr. Reeder attempts

15   to rewrite reality.  He says, Reeder is a registered

16   Democrat.  He did not care much for President Trump;

17   although, he favored some of President Trump's policies and

18   he's not a strong supporter of his democratic

19   [indiscernible] in the election.  He goes on to Mr. Reeder

20   is a registered Democrat and he's not a supporter of Trump.

21           To be clear the defendant is entitled to hold

22   whatever views he wants.  And the government does not make

23   its sentencing recommendation on those views, but the

24   defendant should not attempt to mislead the Court.  The

25   defendant has repeatedly attempted to create a self-serving

1    narrative that holds no basis in reality.

2         Your Honor, for instance, the defendant chose to

3    attend the stop and steal rally and then walked the 1.7

4    miles to the Capitol.  It was not an accident or

5    happenstance that the defendant found himself there.

6    According to his Facebook records he was a part of numerous

7    Facebook groups that included Joe Biden is not my president.

8    Joe Biden is not my president in capital letters.  Stop the

9    steal, Patriot Party of the USA.  Republicans who aren't

10   afraid, the silent majority and Hop On the Trump Train.

11        In addition, in another Facebook post, which is

12   Government Exhibit E to docket entry 32, the defendant says,

13   "I don't need someone to tell me, but I also don't want an

14   obstacle or demented, senile, washed-up swamp monster.  God

15   bless Donald Trump, the most hated, disrespected and

16   unappreciated president in history who has done far more for

17   all of us and our country than any other president in

18   history."  Again, Your Honor, the defendant is entitled to

19   his own views and we do not make a recommendation based upon

20   that, but his representations to the Court should have some

21   basis in fact.

22        Further Your Honor, the defendant chose to attend

23   that rally because he was committed to and promoted election

24   fraud conspiracy theories.  When he was interviewed by law

25   enforcement he says, "I was, I was concerned about the

1  elections based on what was being said on TV and not just

2  you know Fox and CNN."

3          In his filing with the Court he claim that he's

4  there because quote, "Having nothing better to do and

5  believing that the rally would be an interesting event to

6  attend."  Then he claims after going to the mall, Reeder had

7  intended to visit several of the monuments and memorials in

8  DC.  Your Honor, I would just point out that the defendant

9  is from Maryland.  He could have visited DC any day.  And

10  the idea he was going to monuments and memorials in the

11  middle of COVID when most of the museums at the Smithsonian

12  were closed is just another rewrite of reality.

13          And then you look at the defendant's Facebook

14  records.  Initially on November 10th, he post I filled it

15  out yesterday and did it literally and it literally only

16  takes me two minutes.  And this is a post that he was making

17  regarding public comment to the Supreme Court.  And then you

18  start looking at some of the comments he's making on

19  Facebook.  And he says in the first one on December 4th,

20  "That truly shows voter fraud in Georgia where after

21  everyone went home they pulled out secret suitcases with

22  tens of thousands of ballots."  And then he says, "But

23  that's only the tip of the iceberg."

24          In the next post on the 11th, he again talks about

25  mysterious ballots and says, "the democrats just can't stop

1    cheating and lying."  In the next post on December 11th, and

2    I'll paraphrasing this, "Fing liberals are insane.  How is

3    that even possible?  The judge should be thrown in prison

4    with this convicted terrorist."

5            The defendant also had a series of meetings on

6    Facebook including as you can see one with Jesus saying I

7    saw what you did with those ballots.  Another one from the

8    24th of November saying, "I wish my bank would start using

9    Dominion software.  That's 20 bucks could be 230,000 by 4:30

10   a.m."  He then post some vaguely homophobic and racist memes

11   indicating in Nevada.  "Nevada be like yeah, I got votes to

12   count, but I can talk."  And another one it shows an African

13   American woman with a I voted stickers all over her,

14   Democrats going to the polls in 2020.

15           Also Exhibit B, he has a post of Nancy Pelosi

16   saying, "We'll just wait until we get the results on

17   election night and then we can see where to magically find

18   missing ballots so we can win."  And then there's another

19   post that shows more projected votes than there are

20   registered voters.  And in Exhibit B also he says that

21   George Source is the owner of Smartmatic, the software

22   company that switched votes from Trump to Biden.  I heard

23   the Source family wants this photo off the Internet.  You

24   know what to do.

25           And then as a post of President Biden saying

1  Donald Trump is still your president.  And in the bottom of

2  there he talks about I just found out that the upcoming wave

3  of the month of the sedition really watch and listen to how

4  many times the liberal media will say it in reference to

5  Trump fighting voter fraud.

6       And Your Honor some of the defendant's posts were

7  even more extreme.  For instance, on December 4th, there's a

8  tweet -- sorry, a post from retired general Michael Flynn

9  where it says that General Flynn tweets call for Trump to

10  declare martial law and order U.S. election.  Mr. Reeder

11  then comments this will be the time -- oh, this time the

12  conservatives will stand their ground and the radicals will

13  die.

14       He then posts on the 15th of December, Civil War

15  is coming and you cowardly, weak POS will pay a big price

16  because we've had enough of all your party's pathetic and

17  then expletive.  And then your Honor the defendant post a

18  meme of Kathy Griffin with a bloody severed head of

19  President Biden and in the corner it says this is still

20  funny, right?

21       Your Honor, the defendant that day chose to enter

22  and desecrate the Capitol rotunda.  In his filing with the

23  Court the defendant says the officers were standing near the

24  walls and neither verbally nor otherwise attempted to keep

25  Mr. Reeder from walking into the building.  He walked

1    through an open door and no one attempted to stop him or

2    advise him that he should not enter the building.  And as

3    Your Honor will recall during his change of plea he wanted

4    to note that he was pleading guilty to the pleading, but

5    that he did not know that he was not allowed in the Capitol

6    at that time.

7              Your Honor, there were numerous ways where the

8    defendant would know that he was not entitled to enter the

9    Capitol that day, and here just a few.  There were

10   barricades that were knocked over.  There were law

11   enforcement officers battling the protesters, battling the

12   rioters trying to keep the barricades up and eventually

13   falling back and in some cases engaging in hand to hand

14   combat with the rioters.

15             There were alarms going off, loud alarms.  There

16   was tear gas.  There was pepper balls.  And Your Honor,

17   here's a photo of the defendant behind the barricades.

18   There's a box around the defendant and you can see

19   protesters pushing forward against the barricades as the

20   Metropolitan Police Department and Capitol Police are

21   attempting to keep the barricades in place and hold back the

22   crowd.

23             Your Honor, this is a video of the defendant.

24             [Video played.]

25             MR. ROTHSTEIN:  Your Honor, as you can see there

1    was no alarm here.  There was no alarm in the background.

2    You have all the rioters who have now passed the barricades

3    and are up on the steps including the scaffolding, that was

4    the scaffolding that was erected for purposes of the

5    inauguration.  And this is according to the defendant

6    between 2:31 and 2:40 p.m.

7              [Video played.]

8              MR. ROTHSTEIN:  Your Honor, if it's now loud

9    enough.  What he said there the defendant narrates we've

10   been getting tear gassed, thousands of people.  There's

11   somebody in the background yelling freedom.  And the

12   defendant then yells fight for Trump.  After all that, Your

13   Honor, the defendant chose to enter and desecrate the

14   Capitol rotunda.  Here's video of him entering the building.

15             [Video played.]

16             MR. ROTHSTEIN:  Your Honor, very clearly there you

17   can hear a very large alarm in the background.  And the

18   defendant asks the police officer can I get some water and

19   he's directed by the police officer that there's no water in

20   there, but that there's water outside.  But yet the

21   defendant continues on in to the building and in to the

22   rotunda.

23             [Video played.]

24             MR. ROTHSTEIN:  Your Honor, that video shows the

25   defendant standing in the center of the rotunda as he spun

1   around to make sure that he had a 360 degree view video of

2   himself and the sole rioters caught in caps and flags Make

3   America Great Again.  He stood there and filmed the rope

4   lines knocked over on the floor, rioters in combat gear and

5   others waving partisan flags and cheering.  He stood and

6   filmed individuals waving their flags and yelling among

7   other things whose house, our house.

8          The defendant chose to record and celebrate at

9   that place and at that time was to the events that most

10  Americans associated with the Capitol rotunda.  He stood in

11  the center of the Capitol rotunda where American heros,

12  politicians, jurists, civil rights leaders, law enforcement

13  officers who made America great have laid in state, and he

14  celebrated and recorded the achievements of a lawless mob

15  who made America mourn.

16         As you saw the video the video showed rioters in

17  battle dress as well as yelling for people to clear the hall

18  as tear gas is seen in the background.  Rioters surrounding

19  Mr. Reeder can be heard chatting stop the steal.  And the

20  defendant chose to parade through the building with his

21  fellow rioters.  Again, not taking full responsibility for

22  his actions the defendant claims that he left the Capitol

23  after he noticed that too many people had begun to yell and

24  not act with respect.

25         It is unclear what the defendant [indiscernible]

1    placed inside the building given that the riot he recorded

2    outside the building included among other things individuals

3    climbing a platform in front of the inauguration stage and

4    raising a partisan flag.  Another flag being displayed

5    showing two assault rifles with the phrase liberty or death,

6    and another one saying Second Amendment 1789.

7            There was also a large crowd of people which he

8    was among climbing the west front of the Capitol passed upon

9    barricades as loud sirens were blaring.  Three of the

10   unwilling mob continued pressing forward despite being tear

11   gassed and thousands of rioters were overrunning and

12   breaching at the Capitol.

13           Unlike many of the rioters, Your Honor, the

14   defendant chose to left the Capitol and then breach it for a

15   second time from the eastern front.  Indeed, the defendant

16   forced his way back into the Capitol rotunda which law

17   enforcement was trying to clear.  And as you'll see in this

18   next video the defendant stood next to rioters as they

19   assaulted a police officer, grabbing his mask and punching

20   him.  And rather than assist the officer the defendant made

21   sure he continued to film.  Though the government will note

22   at one point he says you need to retreat though it's unclear

23   who he's saying that to.

24           [Video played.]

25           MR. ROTHSTEIN:  Your Honor, you'll notice -- you

1   may have heard that there were individuals as they were

2   assaulting the police officer yelling "F" the police.  Your

3   Honor, the defendant chose after these two unlawful breaches

4   at the Capitol, seeing the property destruction, the

5   violence against law enforcement to take the time to record

6   two additional videos bragging about his exploits from the

7   day.

8              [Video played.]

9              MR. ROTHSTEIN:  Your Honor, first when he left --

10   his recording be right after this.  First when he left he

11   walked out the door and the crowd was chatting at that point

12   hang Mike Pence.

13              [Video played.]

14              MR. ROTHSTEIN:  And Your Honor, as if this video

15   isn't enough the defendant decided he needed another take.

16   He wanted to make sure that all of his exploits were

17   recorded.

18              [Video played.]

19              MR. ROTHSTEIN:  As Your Honor can hear there the

20   defendant brags about being one of the last people out.  He

21   brags about being in the Capitol for over a half hour, and

22   he brags about being tear gassed, shot with pepper balls and

23   having to quote unquote battle the police.  Yet the

24   defendant claims that it wasn't until he got home that day

25   that he quote, "Realized the full extent of the riotous

1  behavior that was occurring at the Capitol."

2       Your Honor, the defendant literally filmed two

3  hours of rioters breaching the Capitol, battling the police,

4  destroying government property.  The idea that the defendant

5  did not realize what was happening until he got home is as

6  absurd as it is unbelievable.  And as you heard the

7  defendant say quote, "We had a battle with the police."

8       Your Honor, the government was not aware until we

9  were supposed to have the sentencing in August until that

10  morning that the defendant had in fact had a physical

11  altercation with law enforcement.  Part of the reason the

12  government didn't know that is because the defendant despite

13  being interviewed twice was not truthful with us.

14       Your Honor, in his filing, and I don't blame this

15  on defense counsel because this was before the video was

16  found.  But obviously Mr. Reeder could have told his defense

17  counsel at some point yes, there was an altercation.  In the

18  filing they say at docket entry 29 at page 2 and 22.

19  Reeder's conduct was individual, significantly and

20  substantially different from many other in the quote,

21  unquote crowd.

22       Your Honor, to be clear it wasn't a crowd it was a

23  riotous mob.  And then claims that he wasn't involved in for

24  instance, assaulting members of law enforcement.  Then on

25  page 22, he says, "There's no evidence to suggest that

1  Reeder engaged in any violence."

2          [Video played.]

3          MR. ROTHSTEIN:  Your Honor, this video we just

4  showed is from the north entrance.  This is after the

5  defendant had already breached the Capitol twice.  This is

6  after he reported those two videos bragging about his

7  exploits that day.

8          [Video played.]

9          MR. ROTHSTEIN:  Your Honor, this gives you an idea

10  of what the Capitol Hill police officers were up against at

11  that point at 4:32 p.m. that day.  In slide 34, where you'll

12  see the defendant in red, there's a circle around him in red

13  and you'll see the officer who's eventually assaulted by the

14  defendant.  And Your Honor, I wanted to point out that the

15  U.S. Capitol police officers were in fact armed that day

16  which just added to the danger, the danger of the defendant

17  assaulting them and as you saw they were surrounded.

18          These are two officers surrounded by hundreds if

19  not thousands of protesters.  Luckily did not occur, but it

20  is not inconceivable that they could have lost their

21  firearms when they were assaulted and pushed to the ground.

22  Your Honor, this is a photo again showing the two officers

23  and Mr. Reeder.

24          [Video played.]

25          MR. ROTHSTEIN:  Your Honor, that's a, sort of a

1    distant view of the assault.  And as you can see those two

2    officers are really subsumed within a mob of people.  Your

3    Honor, this is a slow motion of the defendant assaulting the

4    officer.  And as you can see the officer is ascending the

5    stairs, and he's pushed to his right by Mr. Reeder.  And

6    then the officer turns to his left and dives on top of him.

7    And luckily there was another officer behind him there to

8    help pull him off.

9            [Video played.]

10           MR. ROTHSTEIN:  This is another video of the

11   assault, but it shows it from the point of -- it shows it

12   from after the initial push of the officer.  And here this

13   is still frame of that video and you can see very clearly

14   Mr. Reeder is pushing the officer.  Your Honor, slide 41

15   shows Mr. Reeder on his back.  I believe this is after the

16   officer tackled him.

17           Your Honor, the defendant has repeatedly lied to

18   law enforcement.  He's been less than candid.  During his

19   first interview in April he says there is a cop that was

20   hitting this woman and he threw her down the stairs, and I

21   was like come on, are you kidding me, a woman.  You have to

22   beat up on a woman.  I'm yelling at that guy.  To be clear,

23   Your Honor, the government is not aware of a woman being

24   assaulted by the officer.  He's repeatedly asked during his

25   second interview to identify that woman and he's unable to

1    in any of the photos.

2              And then here you'll notice he starts off just by

3    saying, and then the officer lunges towards me and knocks me

4    down on the ground.  I'm flat on my back.  The missing

5    portion of this is as the officer is ascending the stairs I

6    decided to push him.  And then he talks about he says,

7    people came from behind him and pushed him down like he was

8    coming back on top of me.  And then Mr. Reeder says I just

9    pushed him back up.  Didn't kick or anything like, just

10   helped him back up, and he got up and he kind of got

11   absorbed in the crowd.

12             And you'll see here that the agents went back and

13   asked again.  And he came at you and pushed you over?  Yes.

14   Did you at any point engage with the officer punching back?

15   No, no, no.  And then he says, no, no, no, I went down on

16   the thing and I, I think, and then he goes on to say

17   referring to the officer the agent says you think he got

18   pushed?  And Reeder says pushed.  Like people behind him on

19   top of me as he fell on me.  Like I just like caught and

20   just, this kind of thing helping him get back up.

21             Your Honor, as you see with most of this case the

22   defendant attempts to rewrite history.  Here he's the hero.

23   When he enters the Capitol he claims he's an accidental

24   tourist or a journalist.  Then Your Honor, the defendant sat

25   down with law enforcement a second time.  And he's asked,

1 "And do you recall you were on the steps, Mr. Reeder,

2 witnessing anyone punching or physically assaulting police

3 officers?  No.  No, I can pretty much say I didn't."

4 Clearly leaving out he had in fact assaulted a police

5 officer.

6    Your Honor, we also believed that the defendant --

7 I'll go back.  With respect to the defendant's history and

8 characteristics the defendant is 55 years old with no

9 relevant medical conditions, mental health issues, or

10 substance abuse problems.  The defendant does not have a

11 criminal history, and therefore, he's a criminal history

12 category one.  With respect to employment the defendant is

13 on leave from his employment because of the pending criminal

14 matter.  Therefore a term of incarceration would not

15 interfere with employment.

16    The government also notes that while the defendant

17 did express a desire to plead guilty and promptly resolve

18 the case, the defendant has shown repeatedly a lack of

19 remorse.  Further through counsel we're not attributing

20 these statements to counsel.  The defendant has made

21 numerous misrepresentations from his statements to the Court

22 and to the FBI as we just showed in the video.

23    Indeed, Your Honor, before the initial sentencing

24 the government had no intent to file a reply brief, but we

25 felt it was necessary given the representations made in the

1   defendant's sentencing memorandum, and that's why we filed a

2   reply brief and submitted Government's Exhibits B, C and D.

3          For instance, on page three of the sentencing

4   memorandum the defendant claims the officers did not

5   verbally or attempt to keep him out of the building.  He was

6   simply searching for the bathroom or water.  However, the

7   video made clear as we saw that an officer informs the

8   defendant that there's no water in the Capitol and directs

9   him to go outside for water yet the defendant proceeds.

10         The defendant claims that he cooperated quote,

11  "early, consistently and fully and often."  Yet by his own

12  timeline the defendant contacted his attorney on January

13  15th, but he did not immediately contact law enforcement.

14  Instead the defendant waited until January 19th, when he was

15  informed by a neighborhood that the FBI had been outside his

16  residence and was asked to contact the FBI.

17         While the defendant has noted that he voluntarily

18  handed over his phone to law enforcement two weeks after the

19  riot, a preliminary analysis of the phone showed data

20  fragments indicating information that could have been

21  deleted.  The defendant claims that he was quote, unquote

22  that he became sickened by what he observed on TV what was

23  going on at the Capitol, that the last thing he was

24  interested in doing was posting anything on social media.

25  And then says Reeder did not post anything on social media.

1          Your Honor, this is misleading at best.  And this

2    is the quote that I just read which is from docket entry 29

3    at 27 claiming that he didn't post anything on the account

4    and he should somehow be credited for that.  It says,

5    "Reeder recognized the mistakes he made in participating in

6    the events at the Capitol and was embarrassed even more so

7    for his involvement and had no interest in boasting or

8    justifying his presence at the Capitol once he had returned

9    home and fully understood what was going on in the

10   building."

11         Your Honor, this is from government, document

12   entry 32, Exhibit C.  And what it shows is that since at

13   least December 22nd, 2020, the defendant had been prohibited

14   by Facebook from posting content on the website.  According

15   to the defendant the suspension was for 30 days which would

16   have prohibited him from posting anything well past

17   January 6th, even past when he contacted the FBI on

18   January 19th.

19         And it should be noted according to the defendant

20   the reason he was banded from posting on Facebook was that

21   he had previously posted this cartoon which said, "You have

22   to understand the democrats aren't denying that there was a

23   massive fraud, they're just saying that we can't prove it."

24   And then the defendant says, "I just got banded from

25   Facebook for 30 days for posting this meme.  Total BS by

1    cancel culture of bias so-called fact checkers."

2            And then he points out, "I can still private

3    message someone, but I can't post or comment on anyone's

4    postings for 30 days.  The Facebook Nazis censoring free

5    speech and the truth because it doesn't conform to the

6    liberal narrative and their cult of ignorant scum bags."

7            The defendant further claims that he deleted his

8    Facebook account shortly after the riot.  First, the

9    defendant never deleted his Facebook account.  He simply

10   disabled it.  Second, the reason he took down his Facebook

11   account was not out of shame, it was to obscure the evidence

12   of its postings and motivations for attending the rally.

13           In his Facebook post in the preceding week of the

14   riot as we showed the defendant has subscribed to and

15   promoted false information about the election.  The

16   defendant took down this content not because he was ashamed

17   of what he had done, but because he was afraid that the

18   content would be used as evidence of the motivations for his

19   unlawful conduct.  The government was only able to uncover

20   this content after a search warrant executed on Facebook.

21           And while the defendant did meet with the

22   government on two occasions as we showed the information he

23   provided did not rise to any substantial cooperation.  Your

24   Honor, the defendant provided the government with a

25   self-serving rewrite of history.  And here Your Honor during

1    the interview he's actually asked about the Facebook posts.

2    He says, I didn't post anything onto Facebook I believe or

3    was successful.  Means it wasn't successful and so the agent

4    says, so you may have tried to post things and it just never

5    went?  The defendant says, yeah, yeah.  And the agent says

6    because of the reception, and he says yeah.

7              And Your Honor tellingly, Mr. Reeder continues to

8    blame others for his unlawful conduct.  During his interview

9    with law enforcement, Mr. Reeder claims no, this is my

10   personal feeling is that you know if those guards had just

11   said something like you can't come in here, sir or no, this

12   you know a closed building or where you got to exit now, or

13   anything like that I wouldn't have gone in the building.

14             And then he goes on to say at some point I'm not

15   saying it's their fault, but then proceeds to blame them and

16   subscribe to another conspiracy theory which is when he

17   states it's almost like they wanted us to come in there and

18   they closed the doors and then they have their soundbite for

19   the news, you know.  That was kind of a plan to let people

20   in and then drop them and then you know dehumanize the Trump

21   people.

22             Your Honor, this is at the end of April where the

23   three months after the riot the defendant continued to blame

24   that law enforcement and other unidentified government

25   officials had purposefully allowed the Capitol to be overrun

1   for the sole purpose of making the rioters, who were

2   assaulting law enforcement officers and breaking down

3   barricades, windows and doors to make them look bad.  And

4   the defendant goes on to say, Your Honor, at the end those

5   guys, referring to law enforcement, didn't do their job by

6   letting people in freely and then describes himself as

7   walking around as if he was a congressman.

8          Your Honor, with respect to the need for specific

9   and general deterrence the facts I just discussed are

10  pertinent.  The demand of deterrence weighs in favor of six

11  months of incarceration.  For the violence at the Capitol on

12  January 6th was cultivated to interfere and did interfere

13  with one of the most important democratic processes we have,

14  the transfer of power.

15         The gravity of these offenses demands deterrence

16  which is not a protest, and is important to convey to future

17  rioters and would be mob participants especially those that

18  would properly influence democratic process that their

19  actions have consequences.  And there is possibly no greater

20  factor than this as the Court must consider.

21         With respect to specific deterrence a clear

22  message must be sent to this defendant that he's being held

23  responsible for all of his illegal conduct during the riots.

24  The defendant continued to minimize his conduct.  The

25  defendant described himself to law enforcement as the

1   accidental tourist.  In fact, the defendant was a rioter

2   violating the law, not a journalist, not a tourist, a

3   criminal.

4          Further, the only thing that the defendant appears

5   to be sorry about is the consequences to himself for his

6   unlawful actions.  He has not demonstrated remorse nor taken

7   full responsibility for his actions.  Anything other than

8   a [indiscernible] sentence would fail to give the defendant

9   a dose of reality.  A sentence of six months imprisonment is

10  also necessary to promote respect for the law.

11         As FBI Director Wray stated the violent

12  destruction of property at the U.S. Capitol on January 6th

13  showed a blatant and appalling disregard for the

14  institutions of government and orderly administration of the

15  democratic process.  When the defendant entered the Capitol

16  grounds and the Capitol itself twice it was abundantly clear

17  to him that lawmakers and law enforcement officers who tried

18  to protect him were under seize.

19         Law enforcement officers were overwhelmed,

20  outnumbered, and in some cases in serious danger.  Indeed,

21  the defendant has admitted that he saw the protesters and

22  police struggling and pushing each other.  People being

23  pepper sprayed, flash bang grenades, the barricades broken.

24  The rule of law was not only disrespected, it was under

25  attack that day.  A lesser [indiscernible] to the public in

1   general another way this specifically that criminal acts in

2   support of a political cause are a crime that will go

3   without serious punishment.  In this way a lesser sentence

4   will encourage further and more serious if not deadly

5   abuses.

6          Your Honor, the government would also point out

7   that in blaming law enforcement and the government the

8   defendant has essentially blamed the homeowner for not

9   having a better alarm and not doing more.  The defendant is

10  not taking responsibility for his own conduct.

11         For all of the reasons articulated this morning,

12  in the government's prior briefing, and as demonstrated in

13  these slides the United States respectfully requests that

14  the Court impose a term of imprisonment of six months and

15  restitution in the amount of $500.  Thank you, Your Honor.

16         THE COURT:  All right, Mr. Rothstein, thank you

17  for that presentation.  The opportunity for Mr. Bosnib to

18  respond and for Mr. Reeder to address the Court as well,

19  please.

20         MR. BOSNIB:  Your Honor, may we have a moment to

21  set up?

22         THE COURT:  Certainly.

23         [Brief pause.]

24         MR. BOSNIB:  Your Honor, may it please the Court,

25  before we get into some of our visual presentations, a lot

1  of what's in the government's PowerPoint which I appreciate

2  seeing ahead of time even quickly ahead of time.  It was not

3  any big surprises in what they supplied, so I'm not being

4  critical but I am starting out I may be a little

5  disorganized in responding to some of what they said because

6  of the manner in which we received it.

7          There were a lot of things that hopefully by the

8  end of my presentation the Court will see, and when I say

9  this I don't say this disrespectfully, were taken out of the

10  context.  And there's more to the story than the way they

11  cut and pasted certain portions of this.  Some things they

12  don't just understand.

13          For example, when they say the reasons that Mr.

14  Reeder took his Facebook page down was for these nefarious

15  reasons they don't know that Mr. Reeder had met with our

16  office and we took his Facebook page down because we didn't

17  think with his consent that it made sense to be on social

18  media, so it wasn't Mr. Reeder.

19          THE COURT:  I appreciate that.  Go ahead.  I

20  understand you just got the PowerPoint maybe 15 minutes

21  before the sentencing.

22          MR. BOSNIB:  Yeah.  And the other thing that is

23  interesting is that the government repeatedly says that

24  they're not attempting to punish or ask for a sentence based

25  upon Mr. Reeder's exercise of his First Amendment rights.

1   Yet the first 22 or so slides were political posts that were

2   posted December 22nd and before.

3            And without telling too much out of score some of

4   those names I saw in my back and forth with my Facebook

5   pages when I was writing with Biden, and my colleagues many

6   of whom were in the law enforcement were on the other side

7   of the fence, but my Facebook friends, and I saw some of

8   these.  And I saw that picture of somebody's head being

9   hung, but I saw it with Trump's head during the course of

10  time.

11           So I think it is not appropriate for the

12  government to put in to this case his exercise of his

13  political positions.  And he made it clear as you will hear

14  that he didn't care for Trump as a person, but he cared for

15  the people that Trump had and the policies that Trump had.

16           THE COURT:  [indiscernible] so it doesn't go off

17  base here.  Anything the court will consider his actions and

18  not his political views, whatever he posted.  The only

19  reason I've allowed the government at all to produce them

20  today without throwing them out of consideration was they're

21  in response, and I think fair response, to the sentencing

22  memorandum filed on Mr. Reeder's behalf and to Mr. Reeder's

23  interviews with the FBI that seem to conflict with some of

24  the videos and the postings, but otherwise, they would not

25  be relevant.

1          MR. BOSNIB:  I think when the Court looks at the

2    context of everything that he said, he on one hand is -- he

3    gives a mixed message about Trump.  He doesn't like him, but

4    he likes what he did.  He told the agents I like the way

5    that he promoted respect for the country.  So he did not sit

6    down and parse his words in the way that the government now

7    attempts to do so to make them misrepresentations.

8          You know, it is a free flowing discussion over the

9    matter over a number of hours.  And, you know, he clearly

10   gave them videos that showed him wearing a Trump hat at a

11   Trump rally.  He wasn't hiding the fact that he was

12   supporting Trump at that point.

13         Again, I don't want to get into too much of the

14   First Amendment stuff, but they have tried to make him as

15   somebody who misrepresented himself in some material way

16   about his political views, and I don't think that that is in

17   context.  In the overall context a fair position for them to

18   take.

19         And so the other thing that is a bit bothersome,

20   and you're going to hear this in some of the things that we

21   play.  I mean, Mr. Reeder bent over backwards to make

22   himself available to the government.  Now they say, you

23   know, he didn't do it on January 7th, well, no, he didn't.

24   And, but he did it, he got counsel within a few days.  He

25   got advice and there's no question that when it became clear

1    the FBI was at his doorstep he moved it forward.  But Judge,

2    it wasn't like this was an epiphany.  His picture was on one

3    of the fliers.  He knew they were going to be coming.

4          He took appropriate steps to get legal counsel and

5    then with his advice on January, within I think two weeks,

6    ten days to two weeks of this event, he authorized me to

7    reach out to somebody I knew in the U.S. Attorney's office

8    in Greenbelt because I didn't know who was in charge of

9    this.  Yeah, we're here.  We want to know who's handling

10   this.  We want to make ourselves available.  We did.  We not

11   only made ourselves available in January -- they didn't take

12   us up on this offer to meet until April, but there were

13   repeated efforts or offers both before and after he was

14   charged to come in and to meet.  And as soon as they wanted

15   to do it, Mr. Reeder and I met with agents at the FBI office

16   in Baltimore.

17         We did not only just turn over his phone.  This

18   video that they used most of that has the timestamps on

19   that's the product of my paralegal sitting down with

20   Mr. Reeder getting his stuff and putting it together in an

21   easy format to document exactly not only what he did, but

22   what he saw.  And we spoon fed it to him.  We spoon fed it

23   to him.  So if Mr. Reeder was trying to avoid

24   responsibility, was trying to avoid agents knowing what he

25   did he certainly did it in a pretty stupid way.

1          This whole issue about the interaction I want to

2   call it for now with the police officer was not news.  It

3   was discussed in detail in both of the interviews as you

4   will hear, and as you undoubtedly noted in the interviews

5   that were submitted in transcript form.  And there is more

6   to that story than the quick look at the video suggests.

7   And not trying to not tell you the other story yet, and I'm

8   going to get to that at the end.

9          But I want to let Your Honor know we don't believe

10  that it is what it appears to be when you look at it

11  quickly.  At the last sentencing hearing right beforehand

12  when we got this I showed this to Mr. Reeder he said oh, my

13  God, because it was not consistent with his recollection of

14  what happened.  And we've gone over it in detail, and we

15  believe that it would not have supported an assault charge.

16  We don't know what the government's thinking was, but we

17  know what our thinking is and we're going to hear it in a

18  little while.

19         So we suffered sort of -- again not trying to say

20  this disrespectfully to the government, but we're in this

21  feeding frenzy right now where all of these cases are

22  getting lumped together.  And what we're asking the Court to

23  do -- and I understand the need to promote respect for the

24  law and some deterrence, but Mr. Reeder's conduct in this

25  case was individualized to him.  He did not, he did not do

1    all of these other things that people around him did.  He

2    should not be held accountable for what they did.  Certainly

3    to the extent that they put him on notice about certain

4    things, that he's responsible for what actions he took in

5    light of that notice.  But we'll show this to you shortly.

6           One of the things that there's another example

7    when the government says he took these videos when the crowd

8    yelled hang Mike Pence.  We went through that video and

9    we're going to show it to you.  This was after he escaped

10   from the rotunda, and he's taking a picture of the crowd,

11   and there's hundreds of people.  And a few seconds into it

12   you hear two people, it sounds two people in the, somewhere

13   in this crowd saying, "hang Mike Pence, hang Mike Pence."

14          Now he didn't anticipate they were going to say

15   that.  He didn't record that to get them saying that.  That

16   wasn't consistent with what the crowd was doing.  It was

17   what a couple of whack jobs if I may say so were saying in

18   the distance there.  It looks like he's leaving the rotunda

19   in that crush as we noted in our sentencing memo.  That is

20   what it was like.  He was trying as many others were to get

21   out of the building and they were all in this funnel, cops

22   included, and everybody's trying to get out.

23          And you can hear him at some point in those videos

24   saying there's a guy here he broke his hip.  He broke his

25   hip.  He's trying to help somebody get off to the side.  And

1    as soon as the walkway opened up he was out of there.  So he

2    was not engaged --

3              THE COURT:  The time frame this is the second

4    visit to the Capitol?

5              MR. BOSNIB:  This is after he went back in to the

6    Capitol.  He comes back in to the Capitol and then, you

7    know, he shouldn't have done that.  I mean we get to that in

8    a minute.  That was a stupid decision to make, but there's a

9    little bit of a back story to that.

10             But in any event, Your Honor, what we want to do

11   we want to spend a little time with Your Honor putting what

12   we think are these slice and dice pieces into the larger

13   context of what Mr. Reeder was doing, how he explained it,

14   what he told the agents.  And so with that we would like to

15   play portions of his interview, interviews with the police.

16   This is the April 20th.

17             [Video played.]

18             MR. BOSNIB:  One of the things Mr. Reeder was

19   explaining to them he went down there with no particular

20   agenda to do anything.  And he was with a crowd.  It was a

21   large crowd.  When you look at this crowd this is a crowd of

22   people who are gathering to exercise their First Amendment

23   rights.  There's nothing in this crowd would suggests that

24   this stage they're up to anything.  And as they walk down

25   the areas to the Capitol there's nothing there until they

1    actually get to the Capitol that puts anybody on notice that

2    this is anything other than a group of people going down

3    that direction perhaps on their own, perhaps Trump said I'm

4    going down there with you, and that's perhaps for another

5    day.

6              At this stage there's really nothing going on

7    other than he's with a group of people.  You see babies in

8    carriages.  You see just ordinary citizens who have a

9    political position that they want to assert.

10             [Video played.]

11             THE COURT:  Can you identify the voices that we're

12   hearing to make sure you know who those are?

13             MR. BOSNIB:  Yes.  If the Court looks on the

14   screen here we have Special Agent Thoman, who is present in

15   court as the primary interviewer.  There's also a Special

16   Agent Locke, myself and Mr. Reeder are the four people.

17             THE COURT:  The one speaking just now was?

18             MR. BOSNIB:  Special Agent Thoman the one's who's

19   in court.

20             THE COURT:  Special agent?

21             MR. BOSNIB:  Thoman.  If you hear a female voice

22   it's Thoman.  If you hear male voices it's either myself,

23   Agent Locke or Mr. Reeder, mostly Mr. Reeder in this film.

24             THE COURT:  Thank you.

25             [Video played.]

1           MR. BOSNIB:  One of the things I would ask the

2    Court to know and I'm sure the Court will repeatedly

3    throughout these excerpts you will hear Mr. Reeder accepting

4    responsibility, talking about how he made mistakes.  When we

5    get to this issue of the accidental tourist comment there's

6    more to that than was clipped by the government.  He says I

7    was like the accidental tourist and then he goes on to

8    explain that he wasn't the accidental tourist.  We'll get to

9    that in a moment.

10          But I just want to note probably six, eight times

11   during the course of these various interviews he beats

12   himself up and says I screwed up, I made mistakes.

13          [Excerpts played.]

14          MR. BOSNIB:  For the record, we now know these are

15   the excerpts.  We've now moved to the July 1st interview,

16   the second interview.  And these segments here are focusing

17   on his efforts to cooperate, his efforts -- his

18   acknowledgment of his wrongdoings, things of that sort.  So

19   on this again it's Special Agent Thoman, it's myself,

20   Mr. Reeder, Special Agent Stephen Foytlin, F-O-Y-T-L-I-N.

21   And then on the telephone, just telephonically was an

22   Assistant U.S. Attorney by the name of Hava H-A-V-A, Mirell

23   M-I-R-E-L-L.

24          This is the second time they went.  And they had

25   some specific pictures that they wanted him to assist.  This

1    is after he pled guilty.  This is after he already had a

2    deal with the government.  He didn't have to go back and do

3    this, but he did.

4              [Excerpt played.]

5              MR. BOSNIB:  So Your Honor, for example, here if

6    you put that name Robert Reeder in Google for now and

7    forever whether it's him or his son that is Googled this is

8    what's going to show up as Your Honor sees on the Google

9    page.

10             So your Honor just something else just to show

11   you, you know, I dealt with a lot of reporters over the

12   years and they've pretty responsible.  We left the

13   courthouse last time, and you can see a screen shot here.

14   And this reporter rather than challenging him on the

15   allegations of assault wanted to talk to him about the

16   effective of this on his 14-year-old son.  It was

17   outrageous.  You can see how beat down Mr. Reeder, and this

18   video was shown by kids at his son's school as they bullied

19   him.

20             This is outrageous.  It's not -- Mr. Reeder's

21   conduct has created consequences for those that he loves

22   that will go well beyond anything the Court does to him

23   today.  And whether he -- whether the -- I don't know how

24   the Court evaluates it, but I want the Court to know.  This

25   is what happens when somebody gets lumped in with the world.

1    And when you got irresponsible folks in this feeding frenzy

2    who get up and don't care.  And when you're looking at the

3    3553 factors and deterrence and punishment these are things

4    that have already happened and that will continue to happen.

5              [Excerpt played.]

6              MR. BOSNIB:  As Your Honor can see from the screen

7    it's also in our sentencing memo.  It's January 19, where I

8    reached out to the assistant U.S. attorney for the first

9    time after Mr. Reeder had contacted me a few days before and

10   said we want to make ourselves available.  We want to do

11   whatever we need to do.  And as the agent pointed out

12   apparently we were the first out of the box to do that

13   without any promises, without any guarantees.  With no ideas

14   as to what was going to happen.

15             Mr. Reeder had accepted responsible for his

16   conduct within ten days and was prepared to do whatever he

17   had to do without any way to predict what that was going to

18   mean for him in the future.

19             [Excerpt played.]

20             MR. BOSNIB:  So when counsel for the government

21   says that he entered to desecrate the Capitol, Mr. Reeder

22   made it clear that when he was in the rotunda where he had

23   not been before he was marveling at its beauty.  Clearly,

24   the circumstances there did not make it show off in its best

25   light, but it still impressed him.  And rather than

1      desecrating you're going to hear in this clip when he's

2      telling people don't destroy anything.

3                 [Video played.]

4                 MR. BOSNIB:  You can hear somebody else picking up

5      the chat after he says it.  We'll get to it in a moment,

6      Your Honor.  In the second interview the agents showed some

7      pictures about whether they wanted him to help him identify

8      individuals if he could.

9                 [Video played.]

10                MR. BOSNIB:  Your Honor, the next video is going

11     to show Mr. Reeder's entry into the sort of approach to an

12     entry into the Capitol building, some of which the

13     government's already discussed.

14                [Video played.]

15                MR. BOSNIB:  Your Honor, this is the sort of

16     situation where Mr. Reeder acknowledges he should have not

17     gone in there and he knows he shouldn't have, but at the

18     same time nobody said stop.  And he's, what he's trying to

19     communicate when he says that is not to defer responsibility

20     for himself because he acknowledges it, he pled guilty to

21     it.  What he's saying is damn, I wish somebody would have

22     told me to stop and I would have because that's the kind of

23     person that I am, but they didn't.

24                So the efforts to try to say he's blaming the cops

25     for this is not what his intent was in making those

1    comments.  It is simply that he was following the crowd in.

2    Nobody stopped him.  And you can see the officers are not

3    indicating anything to say that he can't go in.

4              [Video played.]

5              MR. BOSNIB:  So Your Honor, we're at the

6    April 20th interview again.  This is where he starts having

7    the first discussion with the agents with his interaction

8    with the police officers.  That's the first time he talked

9    about it.

10             [Excerpt played.]

11             MR. BOSNIB:  This issue of what he observed with

12   respect to the officer interacting with the, seeing the

13   officer interact with a woman.  It's not anything that we

14   can see on the video, but it clearly was something that

15   upset him.  And you're hear he said something like what

16   about that woman or whatever.  And the confirmation of it is

17   in everything that you see with Mr. Reeder he's got his mask

18   on except right now you can see in the picture he's removed

19   his mask to make this statement to the officer.  So he made

20   this statement, that's what he perceived and it's documented

21   by the fact that you can see him yelling at the officer.

22             [Video played.]

23             MR. BOSNIB:  One of the things we're going to ask

24   Your Honor to look at when we see some of these other

25   pictures is that this police officer, you know, obviously

1    he's going through lots of stuff.  So you know none of the

2    things I'm saying are intended to be critical of him because

3    he has his perception and he's dealing with an unreasonable

4    crowd there.

5              But when you look at Mr. Reeder was at, where he's

6    at you're going to see he's on a step.  He's three or four

7    steps off from this officer.  He doesn't lunge.  He's got a

8    bottle water in his hand.  He's got his mask up and he's not

9    doing a thing.  The only thing he does is he pulls his mask

10   down to make these words.  The officer is down the steps and

11   the officer for whatever reason does go what Mr. Reeder

12   describes as a lunge.

13             But you're going to see he moves quickly towards

14   Mr. Reeder and Mr. Reeder reacts.  He doesn't hit him.  He

15   doesn't punch him.  His hand goes up and you're going to see

16   it's grabbing on his shoulder.  I guess somebody could say

17   that's wrong, but what are you going to do.  Somebody's

18   lunging at you, you're just going to stand there and not

19   react.  In this instance it reflects his reaction he does

20   it.  It happens, but it's already set.

21             This is not an assault.  This is a reflective,

22   defensive action.  And when you break it down as you see

23   some more you'll see that Mr. Reeder never moved in an

24   aggressive way towards the officer.  He never did anything

25   aggressive to the officer other than when the officer went

1    up these three steps in about three or four yards away in

2    his direction.

3              What the officer was intending, whether he was

4    upset at the comment, whether he was on his way to do

5    something else, whether he perceived Mr. Reeder in some way

6    that he did there's no way for us to know.  It is

7    interesting that when the officers were first asked in 302s

8    about what happened here, nobody referenced this event in

9    any way.  It was later when they showed some -- we showed

10   some pictures they showed tried to piece it together.  It

11   doesn't appear that when you look at it in context they had

12   any recollection of this incident.  This is not an assault

13   on a police officer.

14             [Video played.]

15             MR. BOSNIB:  And one other point, when Mr. Reeder

16   was asked about this this is in April of 2021, four

17   months -- three months, whatever it is after it happened.  A

18   second event, and he's giving his best recollection.  He

19   discloses having the interaction with the police officer.

20   He's 90 percent accurate in how he describes it.  He's not a

21   hundred percent.  He didn't have these videos to sit down

22   and say this is what happened fraction of second by fraction

23   of second, but he told them about it.  He didn't hide it

24   from them.

25             [Video played.]

1          MR. BOSNIB:  Now they go over this again in the

2     July 1 interview, so this is the excerpt from the July 1

3     interview where they're asking him again about this

4     interaction.

5          [Video played.]

6          MR. BOSNIB:  Now they're getting ready to show him

7     some video of his cellphone in this interview.

8          [Video played.]

9          MR. BOSNIB:  This is the second part of the

10    interview about the accidental tourist where he's saying I

11    was like the accidental tourist, but then he goes on to say

12    then I realized I was part of this.  And so he wasn't

13    pushing himself off as being an innocent noninvolved party.

14    He complete the language he's talking about how in fact he

15    realized that he was more involved at that juncture than

16    simply being an accidental tourist.

17         [Video played.]

18         MR. BOSNIB:  So Your Honor, next we want to just

19    spend a couple more minutes going through some of these

20    pictures of the encounter with the police.

21         THE COURT:  All right.

22         MR. BOSNIB:  And then we'll be prepared to

23    conclude.  We're going to -- I just point out as you heard

24    at the end of this, Mr. Reeder was clear with them that he

25    was giving his best recollection, that he was not a hundred

1   percent clear on how the interaction occurred.  I think the

2   only thing he's clear about is he didn't hit this officer.

3   He didn't strike this officer, didn't intend to assault this

4   officer.  So we're going to show these next couple of clips

5   on this program that allows us to manipulate, to slow things

6   down a little bit so we can show things.

7           THE COURT:  All right.

8           MR. BOSNIB:  The officer -- these are some of the

9   pictures the government I think were showing him in this

10  interview.  Because I think they were looking at trying to

11  look at other people that might have interacted with the

12  cop.

13          But you can see that Mr. Reeder -- there were

14  people who were engaging this police officer that had hands

15  on him.  So again, what's going on in the police officer's

16  mind, you know, give him the benefit of being in a horrible

17  situation when he ends up lunging at Mr. Reeder.  But Reeder

18  is not part of this.  You can see Reeder is trying to help

19  people.  He's got his bottle water.  He's helping people,

20  trying to get tear gas out of their eyes.

21          Now this is what looks to be the first of the

22  series of stills we have, and Mr. Reeder is standing on the

23  landing there.  Again, he's got a water bottle in his hand.

24  He's watching.  He's not engaged in anything at this point.

25  And then you can see some of the other people who were

1    there.  While Mr. Reeder still is back in the corner

2    watching some other people are throwing hands on this cop.

3          Now why they are doing that, whether they saw what

4    Mr. Reeder saw.  I don't know what their justification or

5    lack of justification is.  The point here is this police

6    officer is engaging with people that Mr. Reeder has nothing

7    to do with and is not involved with.

8          By now the officer as you can see is the one with

9    the [indiscernible] is the one at issue.  Is down it looks

10   like three or four steps and as I pointed out as best you

11   can tell from the two dimensional nature of this it looks

12   like he's about three to four yards away from Mr. Reeder as

13   Mr. Reeder is yelling at him about the woman.  And then you

14   got this other guy who's in the middle of them, I don't know

15   what he's about.

16         Mr. Reeder now has his mask up.  He's still in the

17   same position.  He's doing nothing.  The officer is now

18   again at least as far back as he was before.  Again,

19   Mr. Reeder is you can see off to the side here just barely

20   the beating of the officer who's at issue.  Again, all these

21   other people are between Mr. Reeder is back there and you

22   can see in his left hand now if you look down that he's got

23   a water bottle in his hand.

24         Now this is where it gets really interesting

25   because this is one of the videos that was part of what

1    happened a couple of hours before the last sentencing.

2    We're going to play it through and we'll go back and show

3    you something.

4              [Video played.]

5              MR. BOSNIB:  So this is the rushing video.  One

6    could come up with all kinds of conspiratorial theories

7    about how this was edited.  But if you look very carefully,

8    just advance it a little bit.  You're going to see right

9    there the, where people are and you're going to see it

10   jumps.  You can see where it ends it's got this little thumb

11   there.  [Indiscernible] that officer.

12             Reeder is just standing there.  Now all of a

13   sudden it jumps, there's something missing.  What would have

14   been really helpful to see is gone.  The officers are now in

15   a different position.  Reeder has his hand on the officer's

16   shoulder.  He's not punching him.  He's not pushing him.  At

17   best he's grabbing him which is consistent with somebody --

18   if somebody is lunging at you and you're trying to get off

19   and protect yourself.

20             So this video, I mean there's a lot you see.  It's

21   right down there.  It's down here.  He's not going after his

22   face.  He's not going after his chest.  He's got his hands

23   on his, either his upper shoulder or upper arm or shoulder.

24   He's not pushing him.  He's getting -- and he gets pushed

25   back down.  And so this is very consistent with what his

1    recollection was as he described it.

2            Now we're missing a piece.  Now we go to some of

3    the other videos and you can see, so this is the Russian,

4    the cameraman from the Russian station right behind Mr.

5    Reeder.  Again, Mr. Reeder he's just standing there.  Looks

6    like he's standing there with his hands to his side.  He's

7    not doing anything.  And you see the officer going in his

8    direction.  He's not hitting him.  He's, you can see his

9    grab, he's grabbed his arm.

10           Go back and show that again.  He's grabbing him.

11   The only contact he appears to have with this officer is a

12   grabbing and perhaps pushing him off to the side as the

13   officer is going in his direction.  He never struck this

14   officer.  He never assaulted this officer.  He never moved

15   in this officer's direction.  He never threatened him

16   verbally.

17           There's a woman here that's got red cheeks.

18   Mr. Reeder was happy to talk about it.  That was the woman

19   he thought was assaulted or not.  I think the agents asked

20   him about that when he was in the April, the July interview

21   with them.  Mr. Reeder is pretty darn consistent and to say

22   that he tried to misrepresent things based upon his

23   recollection of what happened is simply not consistent with

24   what his intention was and what the documentary evidence

25   shows.

1          THE COURT:  He said in his interviews both times

2     that the officer, someone pushed the officer to him, towards

3     him.  He didn't say the officer lunged at him.  He thought

4     the officer was pushed.  He didn't know, but he thought the

5     officer was pushed.

6          MR. BOSNIB:  He saw the officer coming in his

7     direction, and he was clearly -- he was saying, I don't know

8     what the officer was doing.  I don't know what caused him to

9     come in my direction.  He came in my direction.  And I

10    looked down once he did use the word lunge at one point.  He

11    used different words at different times.  But the point is

12    that officer came at him.  And the officer may have had

13    every right in the world to do it based on what was going

14    on, but from Mr. Reeder's perception he was just doing

15    something in reaction to what happened.

16          He was not assaulting this guy.  Had no reason to.

17    Had done nothing to suggest he didn't move in his direction.

18    It came to him.  And he gets up and immediately you can see

19    in the background he immediately leaves the area.

20          So Your Honor, this is not a [indiscernible].

21    This is a neutral factor and puts us back to where

22    Mr. Reeder ought to be punished by Your Honor for his

23    unlawful parade for what he pled guilty to.  And I'm sorry

24    we're taking so much time this morning, but it is important

25    for us to spend time to give the Court the full context of

1    Mr. Reeder, the full context of what happened, and to break

2    down things that just show the danger of video evidence when

3    it's thrown out there.

4         And thank goodness you gave us a couple of months

5    to figure this out.  Because this is not the impression I

6    had when I first saw it.  I said to myself oh, you know

7    what.  But I'm happy with Mr. Reeder's recitation of what

8    happened and it's consistent and it's supported and it's

9    consistent with his history of being a nonviolent, decent

10   guy who made a huge mistake that he's acknowledged, that

11   he's cooperated with the government to try to help them out,

12   and he's done everything one should do.  He's deserving of a

13   probationary sentence.

14        Your Honor, I would like you to hear very briefly

15   from Mr. David Reeder before you hear from him.

16        MR. ROTHSTEIN:  Your Honor, may the government be

17   heard on two points?

18        THE COURT:  Yes.  You weren't finished yet, were

19   you?

20        MR. BOSNIB:  I'm finished except for calling the

21   witness.

22        THE COURT:  Except for Mr. Reeder, okay.  I'm

23   going to let the government respond and then I'm going to

24   take about a five minute break for the court reporter.  We

25   won't take a lunch.  We'll just take a five minute recess.

1   You go ahead first.

2          MR. ROTHSTEIN:  Your Honor, I just wanted to make

3   a few brief points.  Number one, Your Honor briefly

4   addressed this.  With respect to the Facebook posts as you

5   know and to be clear it was only included in the

6   government's reply brief because of the representations made

7   in the defendant's sentencing memo.  Otherwise, we agree it

8   would be immaterial.

9          Number two, the defense played all this video of

10  or audio of the FBI thanking the defendant for being so

11  candid.  But the first interview occurred before we had any

12  deal, including the Russian video before we had any reason

13  to believe that he was withholding information or minimizing

14  activity.  We didn't know about the altercation until we got

15  the second video, which was a partial video, which was the

16  Russian video.  And then we decided to interview him again

17  to see whether or not he witnessed an assault committed by

18  another individual not him.

19          So he had two opportunities to tell us about his

20  pushing the officer.  And I think we're all here, we all saw

21  the same video.  But in the slow down video it's quite clear

22  that the officer is going to his right and then he's pushed

23  and then he turns his body to the left and lunges at

24  Mr. Reeder.  And I'm sort of surprised that the defense is

25  characterizing this as a reflective defensive action and

1    blaming the officer for lunging at Mr. Reeder.  That's

2    simply not the case.

3            And to say that he was 90 percent forthcoming and

4    should be credited for that is like the line about, you

5    know, how was, other than that how was the show,

6    Mrs. Lincoln?  The assault, the pushing the officer, was a

7    major component that he left out.  And Your Honor, the

8    defendant saying on two occasions I think he says do not

9    destroy anything.  The easiest way to prevent anything from

10   being destroyed would have been for him to have left the

11   Capitol so there would be less people there so the officers

12   could have regained control of the situation.

13           Your Honor, the facts are pretty plain.  The video

14   makes clear the defendant twice entered the Capitol.  He

15   bragged about it and then he assaulted an officer.  And

16   whatever recast of facts he wants to make it simply does not

17   comport with all the evidence we've shown to the Court.

18   Thank you, Your Honor.

19           THE COURT:  All right.  We'll take a five minute

20   recess really.  We'll be right back and have Mr. Bosnib

21   present Mr. Reeder.

22           [Thereupon, recess taken at 12:11 p.m., resuming

23           at 12:20 p.m.]

24           MR. BOSNIB:  Your Honor, ask Mr. David Reeder to

25   come up.  While he's doing that, Your Honor, I just want the

1   record to be clear.  I do think my client was being 90

2   percent truthful.  I said he was being 90 percent accurate.

3   There's a difference.  He was a 100 percent truthful, but

4   nobody is disputing his recollection, so I was saying 90

5   percent accurate.

6          THE COURT:  All right.  Thank you.  The witness

7   take the stand, please sir, to be sworn.

8          Thereupon,

9                  DAVID MERRICK REEDER

10  having been called as a witness for and on behalf of the

11  Defendant, and having been first duly sworn by the Deputy

12  Clerk, was examined and testified, as follows:

13         THE WITNESS:  I do.

14  BY MR. BOSNIB:

15  Q    Please give us your full name and spell your name for

16  the court reporter.

17  A    My name is David Merrick Reeder, R-E-E-D-E-R.  Merrick

18  is spelled M-E-R-R-I-C-K, David, D-A-V-I-D.  I'm Robert

19  Reeder's brother, I'm his oldest brother.  And I'd like to

20  say a few things about his character for the Court.

21  Q    All right.  What's the nature of your employment, sir?

22  A    I worked for 30 years at the Department of Justice.

23  Q    What would you like Judge Hogan to know about your

24  brother?

25  A    I'm sorry?

1    Q    I'm sorry.  Mr. Reeder is a little hard of hearing, so

2    I've got to keep my voice up.  Mr. Reeder, please tell the

3    Judge what you would like him to know about your brother and

4    keep your voice up yourself.

5    A    All right.  What I'd him to know about my brother, Your

6    Honor, is that the events of January 6th were completely out

7    of character for him.  He's a man who is good-hearted, kind,

8    active in the community, volunteers when he's in the

9    community.  He's active in his church.

10           And as far as his remorse for the activities on

11   the 6th, he didn't wait for an FBI interview to be

12   remorseful.  He called me that evening and sounded very bad

13   and said Dave, I really have F-ed up, and the conversation

14   went from there as to what had happened, how bad he felt

15   about being there.  And while I don't recall all of the

16   specifics there's no question he was aware that he should

17   not have been there, and he was sorry he was there in no

18   uncertain terms.  And there was no question of waiting until

19   he was caught to feel bad about it.

20           I did notice that he has already suffered

21   considerably in terms of what he's done.  And his child has

22   a completely different relationship with him now to say the

23   least.  The rest of his family were appalled by what

24   happened on the 6th and his participation in it.  One family

25   member that has not been involved to this day and we are

1    aware of this because of the perceived reaction.

2           I'm aware that his actions affected a lot of

3    people, but I'm also pretty clear after seeing everything

4    that's been presented that in terms of whatever sentence you

5    impose as his lawyer has pointed out he damaged nothing.

6    Whatever else was going on that day, whatever other people

7    were doing take into account that he's being charged here --

8    well, he's pleading to an offense as an individual for his

9    actions that day and not from others around him.

10          Naturally when I heard what the prosecutor was

11   asking for two months, I wanted to see, you know, what other

12   people were, you know, receiving for the same charges.  Much

13   to my surprise two months is apparently, two months is the

14   aggregate total of everyone ever charged with this crime

15   prior to January 6th.  The idea that this is relegated to

16   six months is appalling to say the least.

17          When you sentence him I'd like you to take into

18   account that it's his actions he should be responsible for.

19   You know he was not a repeat offender.  He's a really good

20   citizen for 55 years of his life.  Plans to be in the

21   future.  Suffered considerably regardless and his lose is

22   obviously something he can't address from jail.

23          That's all I have to say, Your Honor.

24          THE COURT:  All right.  Thank you.  I'll see if

25   the government has any questions.

1           MR. ROTHSTEIN:  Thank you for your time, sir.

2           THE COURT:  All right.  Thank you, Mr. Reeder,

3    appreciate it.

4           MR. BOSNIB:  Mr. Reeder is prepared to address the

5    Court at this time.

6           THE DEFENDANT:  Good afternoon, Your Honor.  It's

7    been a really rough ride for me.  And I'd like to first

8    sincerely apologize to the Court and to everyone for my

9    shameful and inexcusable actions that day.  I had never

10   planned on being there.  I regret being there.  I'm

11   embarrassed.  I'm ashamed.

12          The hurt that I've caused to other people not just

13   to myself, but it has left a permanent stain on me, society,

14   the country.  And I don't want to be ever remembered for

15   being part of that crowd.  I accept full responsibility for

16   being there.  But I want you to know that it was not only a

17   mistake, but the biggest mistake of my life.  And I wish I

18   had a chance to take it back and redeem myself.  I really

19   do.

20          As Mr. Bosnib pointed out immediately after the

21   interaction with the police officer I just wanted to get out

22   of there.  I knew that wasn't me.  That wasn't me.  I didn't

23   walk down there with the crowd of people from the Ellipse.

24   I walked to the mall.  I did intend to go to the monuments

25   and the museums.  The museums were closed, so I found myself

1  back at the Capitol just taking pictures and videos like I

2  had seen for the last couple of years people were doing.  I

3  think most of the people there were taking pictures and

4  videos.

5          I've never been to a protest.  I'm not a

6  protester.  I accept that I've committed unacceptable

7  actions for being there.  I know that it was really tough

8  for the police.  And I've thought about this a lot.  Their

9  job that day was unimaginable and I do support -- I've

10  always supported the police one hundred ten percent, and I

11  will continue to support them.  And if the FBI ever needs to

12  call me in again I'm willing and able.

13          I'd also like to say that I resent the

14  characterization that I was proud that I was there and that

15  I bragged about it.  Nothing can be farther from the truth,

16  nothing.  I never bragged about it to anyone.  I have always

17  been regretful and ashamed for being there not because I'm

18  in trouble, but because I saw what happened there.  And it

19  was disgusting.  And I hope that the people, the bad actors

20  that did commit destruction and crimes I hope that they are

21  held to account for what they did.

22          I said some stupid things and untrue things on

23  that video when I said we did battle with the police.  Not

24  I, but we the people, were doing the rush in the rotunda.

25  That's what I meant.  I wasn't thinking clearly at the time.

1    This has caused great consequences not just to me but to a

2    lot of people around me; my brothers, my family, friends

3    that I've lost and I understand.

4           But the tough part is my son.  He is my

5    everything.  My everything.  He doesn't want to go to school

6    anymore because he's been humiliated, embarrassed, bullied.

7    And any parent would agree with me that the media had no

8    right in attacking my son and putting that on TV.  Videos

9    that are being shown freely in his school.  My son doesn't

10   deserve this.  Whatever comes with me my son is innocent and

11   had nothing to do with it and shouldn't suffer anything.

12          I've lost my job.  I've been unable to secure a

13   new one although I've tried, but I'm poison.  I'm

14   radioactive.  No one wants to hire me.  They just have to

15   Google my name.  I have been alienated by my neighbors that

16   I had great relationships.  My family, I'm ashamed because

17   they share the same name.  I'm sorry, Your Honor.

18          I was proud to be a good member of my community,

19   did volunteer work for anything, trash cleanups as was

20   mentioned.  I spent ten years as a Cub scout leader in every

21   possible way that I could.  I coached baseball and soccer.

22   I'm no longer able to do that.  My church has even asked me

23   to take a break so as not to bring attention or

24   embarrassment or be a distraction.  And that's tough because

25   that was my support group.  That's who I loved to be around

1    most.

2              I've lost a lot, Your Honor.  Financially I'm

3    ruined.  I have been without a paycheck for over ten months

4    now.  I hope that Bob lives to be a hundred years old so I

5    can afford to pay him back.  I'm not asking for forgiveness

6    from you, Your Honor, I'm not.  But I assure you that I will

7    never, ever do anything like this again.

8              I don't even want to watch the news.  I don't want

9    to be politically involved in any way.  I never was.  I was

10   never a member of any political organization or group.  I

11   don't even understand where some of these things on Facebook

12   that they say that I joined those groups.  I didn't join

13   them.  I may have clicked on names and something happened

14   that identified me with those groups.

15             I'm really sorry that I made the police officers'

16   jobs harder that day when I was there.  I had no right to be

17   in the Capitol.  I understand that.  I just wish that I

18   could move forward from this point forward and be a good

19   citizen, be a good father and repair these broken

20   relationships and get back to what's important in life.

21             I want you to please accept my deepest apologies

22   and grant me one more chance to move forward with my life

23   and improve myself and mend those relationships with my

24   friends and family.  And I'd be totally grateful for your

25   understanding and consideration because I am a good man.  I

1   am.

2          THE COURT:  I appreciate that.  I am really

3   concerned about your statements to the FBI agents.  In the

4   interviews you indicate that you thought that the police

5   were at fault for letting you go in not stopping you.  And

6   it was some type of frame up so that they could embarrass

7   Trump people by letting them go in and charging them after

8   they went in.  And that's what your position was when you

9   were interviewed.  One was in April and one was in July.

10          THE DEFENDANT:  Your Honor, I want to be clear, I

11   did not blame the police officers for not stopping me.  That

12   may be a poor choice of words of my interview with the FBI.

13   I've spent three to four hours in interviews with them.  And

14   most of that time was taken up by asking about the

15   interaction with that police officer.  And I was trying to

16   be open and honest and truthful in my best recollection of

17   what happened.  It's not that I was misleading the Court at

18   all.  I just forgot about the part where I reached out and

19   touched him, grabbed him on the shoulders which --

20          THE COURT:  I was really referring right now to

21   the response you gave Mr. Bosnib said you want to tell

22   anything else today and you said no, but this is my personal

23   feeling, you know, if the guard had just said something you

24   just can't come in here, sir and no, you got to exit like

25   that I wouldn't have gone in.  Then they said, it's almost

1   like they us to come in there.  They closed the door and

2   then they have the soundbite for news.  Like the Trump

3   supporters came in and stormed the Capitol and stuff like

4   that.

5            It's just my feeling you know they said they let

6   people in the front door.  And that was the kind of plan to

7   allow people in and drop them and then you know dehumanize

8   the Trump people.  That's my personal opinion and feeling.

9   I don't how they secure the Capitol.  That's the expression

10  at that time it seems to me that you're not accepting

11  responsibility for doing something wrong, but blaming the

12  police for letting you get in the building.

13           THE DEFENDANT:  I was not saying that.  I was not

14  blaming the police.  It's just who I am when someone asked

15  me to do something I do it, and had that happened I would

16  never have gone back in.  I was just there to just go to the

17  bathroom.

18           THE COURT:  You had been there the whole riot and

19  seen the people pushing, breaking into the Capitol and

20  pushing over the barricades, fighting with the police, and

21  charging into the corridors, pushing them aside.  I'm not

22  sure what you understood other that you were participating

23  in that when you went in.

24           THE DEFENDANT:  I was trying to escape from the

25  tear gas and get to the bathroom to get water.

1              THE COURT:  And then later you told the, maybe an

2       attorney at that point Locke.  It made me sick to my stomach

3       to see what I was.  I was watching and I was like no, no,

4       you don't -- I couldn't believe what I was seeing the

5       battering, the breaking the windows.  This is what you were

6       seeing on TV when you went home.  And that you didn't,

7       apparently said you didn't realize what was happening when

8       you were there despite your films that show the riot going

9       on.

10             THE DEFENDANT:  I believe that I was there early

11      on when I entered the Capitol, and there wasn't anyone

12      breaking, destroying things.  There was no violence.  The

13      tear gas started and that's when we tried to leave the

14      Capitol, but they closed the doors.

15             THE COURT:  It was an earlier picture of yours

16      that you took before I think in the day that showed this

17      mass of people at the Capitol and people trying to get in

18      the corridor.

19             THE DEFENDANT:  I couldn't hear you, excuse me.

20             THE COURT:  People were trying in -- you had a

21      picture of people trying to get in the corridor, a video of

22      it.

23             THE DEFENDANT:  Get in to?

24             THE COURT:  It may have been the government's.

25             MR. ROTHSTEIN:  Your Honor, I believe you're

1   referring to the image that we had showing the defendant

2   behind the individuals who were pushing the barricades over.

3   That's a public photo.

4           THE COURT:  Government video not Mr. Reeder's?

5   Anyway, Mr. Reeder there was evidence in any event that

6   you're in a picture where people are trying to break into

7   the Capitol.  I mean you were right there, right behind the

8   group.  You seen them obviously.  You could hear the sirens

9   and the pepper spray, everything else.  You can feel all

10  that.  You have to know what was going on not just to

11  discover it when you got home and watched TV.

12          And that was concerning.  I recognize now your

13  contrition, and I think it's sincere at this point.  I think

14  during the interviews I went through them word for word very

15  carefully.  I was concerned that you may decide giving some

16  information you were attempting to be disingenuous if not

17  for barricading, about your activities and your reason you

18  were there, et cetera, as an accidental tourist which you

19  were not.

20          THE DEFENDANT:  No, sir.  No, sir at all.

21          THE COURT:  I can't accept that.  The real issue I

22  have obviously in the case is what we do with this new

23  evidence that's come in.  And I raise with the government

24  you were not charged with assault on a police officer.  That

25  is subsequent information that became available later, and

1   then caused a continuance of the first sentencing.  I think

2   that's a concern.  The government has now asked for the full

3   sentence possible under the misdemeanor plea.  It is a

4   misdemeanor and that's fortunate in the sense that's

5   considered a minor offense as far as his initial records go

6   it.  It may not be otherwise.

7          Obviously in your life it's a major problem.  You

8   have suffered already greatly.  I understand that.  You have

9   been at least according to your statements you have lost

10  your job.  You have lost your family.  You have lost your

11  friends.  You have lost your church.  You have lost your

12  volunteer services.  And you're abandoned according to your

13  statements by others and left alone except for your brother

14  supporting you.

15         And that I understand.  But that is the

16  consequences that come with being involved in a riot where

17  people attempted to overthrow the original operations of our

18  government and the operations of Congress in approving the

19  election of a president.

20         My real concern is not so much the sentencing case

21  in the sense that based upon the assault on the police

22  officer.  That is other crimes evidence that was not

23  originally charged in the case.  I think under 18 3553(e)

24  the Court can take that into account, but it was not the

25  original issue in the case.  And that was really more your

1   actions at the Capitol.

2          And you did make those videos when you left.  That

3   seem to me to indicate that you were proud of your

4   statement.  You announced you won, but your videos indicate

5   you came in and battled the police, that we took tear gas,

6   we took the pepper spray.  But it wasn't that we shouldn't

7   have been here it was more of a victory type statement which

8   concerns the Court as to your attitude at that time.  I

9   think now you have had time to reflect and to see what the

10  concerns are and what has happened here already and

11  realizing the seriousness of your actions.

12          And trying to, I'm trying to decide a little bit I

13  find in your statements to the FBI very self-serving

14  statements.  As I said I think is somewhat disingenuous

15  frankly.  And I ran into issues -- that the government

16  developed the issue because of the sentencing memorandum

17  that Mr. Bosnib had filed on your behalf and I think in good

18  faith from the information he had, that you were a democrat

19  all your life.  And you liked Trump for some of the things

20  he did.  You didn't like him personally although that does

21  not appear in your Facebook publications, and that you had

22  not been politically involved.  The government then

23  produced, and I allowed them to do it was appropriate

24  rebuttal your Facebook publications and they were

25  disgusting.

1          Now we have to be careful.  I was very worried

2     about the government going into this.  You have an absolute

3     right to go to the Capitol that day and say anything you

4     wanted outside the Capitol, the areas where the public are

5     permitted to be.  And whatever you wanted to say, whatever

6     sign you wanted to carry that's fine with the Court.  I have

7     no political concerns about this case and that's not my

8     personal sentencing.

9          And so the Facebook was only to me to rebut the

10    indications that you were a democrat and not ever involved

11    in politics, et cetera, which show that not accurate in the

12    filing of the Facebook.  But otherwise, whatever you say in

13    Facebook does not concern the Court, will not enter into my

14    decision in this case.

15         While concerning as I said I looked through it

16    again as I said was, it's become evident to me in the riot

17    cases that many of the defendants who are pleading guilty

18    are not accepting responsibility they seem to me to be

19    trying to get this out of the way as quickly and

20    inexpensively as possible, and stating whatever they have to

21    say in a guilty plea and hoping to get probation and leave

22    that would be the end of it.  But has not change their

23    attitude as to the right for them to go and attack the

24    Capitol, attacking the Capitol and protesting.

25         This was an attack on the operations of Congress

1    at the Capitol of the United States which is a really

2    [indiscernible] building that should not have been defaced

3    by these rioters and you were a part of that group.  You

4    voluntarily made yourself a part of that group.

5            I'm going to take into account you have no prior

6    criminal record.  You have led a very good life.  You have

7    suffered extensively already because of the probation that

8    has attached to your actions and the publicity that you

9    generated because of that and as a result of substantial

10   deprivation to you, embarrassment and shame.

11           At the same time, I must disagree with Mr. Bosnib

12   as to his interpretation of the video that had become

13   available, the two videos, that I studied carefully with the

14   interaction with the police officer.  I think giving you

15   credit I think you saw something that bothered you pushing

16   down the woman [indiscernible] and that shortly thereafter

17   at some point he came up near you.  And I'm not sure what it

18   was about, whether he was coming towards you or trying to

19   get around you or someone else, whatever it was you reached

20   out very clearly, grabbed his left shoulder and pulled him

21   down essentially pulled him over and down and that he fell

22   on top of you.

23           Your recollection is not quite there on that

24   action and according to your statements before about your

25   involvement of that.  And I think that is assault on a

1    police officer.  But as I said that was other conduct not

2    originally charged.  The government chose not to bring

3    another charge against you, but I cannot condone that or

4    your actions in going in.  I'm giving you credit for that

5    you said don't damage anything in the Capitol with all these

6    rioters.

7              But it's rewriting history, alternative facts that

8    say you didn't know what was going on.  You couldn't

9    possibly realize this was not a peaceful demonstration.

10   You're standing right there and watched it all happen and

11   engaged inside when the police were trying to get everybody

12   out.  And there's no excuse you thought the police just let

13   you go in after what you already seen and heard including

14   the sirens, the bells, smelled the tear gas, pepper spray

15   and say you just thought you could just walk in.  I mean

16   I've had too many people say that to me and it indicates to

17   me that they're trying to escape their judgment in this

18   case.

19             So I'm going to do as follows, I'm not going to

20   grant the government's full request in this case.  For

21   reasons I think that your record is totally clean, you're an

22   established person.  I think what happened to you was wrong,

23   but it was an immediate reaction to the situation you'd been

24   in for several hours and been through.  I don't condone in

25   any fashion grabbing a police officer and in your case

 1    pulling him down.  I do not find you struck him with your

 2    fist, that would be a different situation and that would put

 3    you in jail for the full six months.

 4             So my sentence is going to be as follows which I

 5    think provides under the Title 18, 3553 considerations of

 6    your, the factors I have to consider including deterrence,

 7    punishment, considering your own situation, considering the

 8    sentence that's sufficient but not greater than necessary to

 9    reflect the seriousness of the offense.  Importantly, try to

10    promote respect for the law.  There's too many of these

11    cases where people simply feel they're totally justified in

12    what they did and feel that they are political prisoners

13    which is a foolish aberration to give anyone in this case

14    whose been involved in the riot.

15             Provide just punishment, provide adequate

16    deterrence, protect the public from further crimes.  I'm not

17    worried about that with you, to provide [indiscernible] care

18    and treatment.  I don't think you need that.  But I do think

19    that the situation you found yourself in was you having been

20    caught up in this and living this situation and trying in

21    your explanations about it to dodge responsibility until

22    later.  I think you now have understood what has happened.

23             Being a misdemeanor conviction should not remain a

24    barrier to your employment.  It's not a felony conviction.

25    Whether employers are concerned about this type of

1    misdemeanor that remains to be seen.  It will not sit you

2    down and the judicial records as rioter on January 6th.  It

3    will simply say convicted of parading and demonstrating in

4    the Capitol, so I don't think that that would be a

5    considerable concern in the future.  But you are going to

6    have to serve time with your conduct in this case.

7            So pursuant to the law in consideration of 18

8    U.S.C. 3553 factors I mentioned, it will be the judgment of

9    the Court that Robert Reeder be sentenced to a term of three

10   months on Count four, in addition he'll pay a special

11   assessment of $10 dollars for the conviction of the

12   misdemeanor in 18 U.S.C. 3015.

13           Now under a misdemeanor conviction there's no

14   supervised release.  There's no other sentence in this case

15   than the three months.  The restitution you make to the

16   Department of Treasurer by the plea agreement of $500 to

17   contribute to the damage of the Capitol.  I'm not going to

18   order any interest and waive any interest on that or

19   penalties on the balance because you're unemployed at this

20   time.

21           The restitution is to be made to the Clerk of this

22   Court, the United States District Court for the District of

23   Columbia to the following victim, the United States

24   Department of Treasury.  And so you'll have to pay this

25   restitution at a rate I'm going to provide $50 a month until

1    paid because you'll have to find employment, get the money

2    to pay that.  I'll waive any fine that may be in this case,

3    again because you're unemployment and you said you're

4    penniless basically.

5             Now the Court is going to allow you to voluntarily

6    report to prison when you're advised by the authorities as

7    to where and when to report.  I don't know whether it will

8    be a federal prison or local D.C. jail because it's only

9    three months.  But wherever they decide you'll get

10   instructions where and when to report.  If you fail to

11   report timely that's a felony.  That's five years in

12   imprisonment.  You have to report.  I'm trusting that you

13   will report as ordered.

14            The presentence report can be released to any

15   approved office of the government and requires to have it in

16   order to carry out the sentence of the Court and returned

17   when completed.  Additionally, if you have a right to appeal

18   this sentence imposed by the Court if I gave you a longer

19   sentence than allowed by the statutory maximum.  And if you,

20   which I did not.  If you choose to appeal you have 14 days

21   after judgment.

22            Also you're advised if you find new evidence

23   that's not currently available to you that, see if that goes

24   your innocence in the case you have a right to challenge

25   your conviction or the sentence under Title 28.2255.  Or if

1    you claim you've received ineffective assistance of counsel

2    in this case you may have a right to file a motion under

3    that statute.  Any appeal you take if you cannot afford the

4    cost the cost will be waived and we can appoint counsel to

5    assist you.

6          So the sentence then if you understand is 90 days

7    in jail, whether it be the local jail or in the federal

8    institution.  And I hope it does sent a signal to the other

9    participants in that riot who were guilty of any type of

10   infraction in the context of this case that they can expect

11   to receive jail time.

12         Government have anything else in this case?

13         MR. ROTHSTEIN:  Yes, Your Honor.  The government

14   would ask that the remaining counts be dismissed.

15         THE COURT:  Remaining counts of the information

16   will be dismissed against Mr. Reeder.  The only count he

17   pled guilty to will remain on the record.  All right.  Thank

18   you, counsel.  I appreciate your work in the case.  I'll

19   issue the judgment as soon as I can.  And then Mr. Reeder as

20   I said you'll be advised when and where to report.  Once you

21   finish your prison sentence you'll have no other obligation

22   to the court.

23         MR. BOSNIB:  Thank you, Your Honor.

24         MR. ROTHSTEIN:  Thank you, Your Honor.

25         THE COURT:  Thank you, counsel.

1          [Thereupon, the proceedings adjourned at 1:00

2          p.m.]

3                          **CERTIFICATE**

4          **I, Cathryn J. Jones, an Official Court Reporter,**

5    for the United States District Court of the District of

6    Columbia, do hereby certify that I reported, by machine

7    shorthand, the proceedings had and testimony adduced in the

8    above case.

9          I further certify that the foregoing 71 pages

10   constitute the official transcript of said proceedings as

11   transcribed from my machine shorthand notes.

12         In witness whereof, I have hereto subscribed my

13   name, this the 2nd day of December, 2021.

14

15

                         /s/_Cathryn J. Jones
16                       Cathryn J. Jones, RPR
                         Official Court Reporter
17

18

19

20

21

22

23

24

25

**BY MR. BOSNIB:** [1]  52/13
**MR. BOSNIB:** [34]  2/9 27/19 27/23 28/21 29/25 34/4 34/17 35/12 35/17 35/20 35/25 36/13 37/4 38/5 38/19 39/3 39/9 39/14 40/4 40/10 40/22 42/14 42/25 43/5 43/8 43/17 43/21 44/7 44/4 48/5 49/19 51/23 55/3 71/22
**MR. ROTHSTEIN:** [23]  2/5 2/24 3/5 4/2 4/14 11/24 12/7 12/15 12/23 14/24 15/8 15/13 15/18 17/2 17/8 17/24 18/9 49/15 50/1 54/25 61/24 71/12 71/23
**THE COURT:** [34]  2/8 2/12 2/25 3/17 4/3 27/15 27/21 28/18 29/15 34/2 35/10 35/16 35/19 35/23 43/20 44/6 47/25 49/17 49/21 51/18 52/5 54/23 55/1 59/1 59/19 60/17 60/25 61/14 61/19 61/23 62/3 62/20 71/14 71/24
**THE DEFENDANT:** [8]  55/5 59/9 60/12 60/23 61/9 61/18 61/22 62/19
**THE DEPUTY CLERK:** [1]  2/1

**$**
**$10** [1]  69/11
**$50** [1]  69/25
**$500** [2]  27/15 69/16

**.**
**.x** [1]  1/6

**/**
**/s** [1]  72/15

**1**
**1.7** [1]  7/3
**100** [1]  52/3
**10:05** [1]  1/6
**10th** [1]  8/14
**116** [1]  1/18
**11th** [2]  8/24 9/1
**12:11** [1]  51/22
**12:20** [1]  51/23
**14** [1]  70/20
**14-year-old** [1]  37/16
**15** [1]  28/20
**15th** [2]  10/14 21/13
**166** [1]  2/4
**1789** [1]  14/6
**18** [5]  4/23 63/23 68/5 69/7 69/12
**19** [1]  38/7
**1900** [1]  1/14
**19th** [2]  21/14 22/18
**1:00** [1]  72/1
**1st** [1]  36/15

**2**
**20** [1]  9/9
**2000** [1]  6/7
**20001** [1]  1/23
**202** [1]  1/14
**2020** [2]  9/14 22/13
**2021** [3]  1/5 42/16 72/13
**20530** [1]  1/14
**20770** [1]  1/18
**20th** [2]  34/16 40/6
**21-166** [1]  2/4
**21-166-TFH** [1]  1/4

**22** [3]  16/18 16/25 29/1
**22nd** [2]  22/6 29/2
**230,000** [1]  9/9
**24th** [1]  9/8
**252-1900** [1]  1/14
**27** [1]  22/3
**28.2255** [1]  70/25
**29** [2]  16/18 22/2
**29-1** [1]  6/9
**2:31** [1]  12/6
**2:40 p.m** [1]  12/6
**2nd** [1]  72/13

**3**
**30** [4]  22/15 22/25 23/4 52/22
**3003** [1]  1/19
**301** [1]  1/19
**3015** [1]  69/12
**302s** [1]  42/7
**32** [2]  7/12 22/12
**333** [1]  1/23
**34** [1]  17/11
**3553** [8]  3/13 3/16 4/1 4/24 38/3 63/23 68/5 69/8
**360** [1]  13/1

**4**
**40** [1]  2/14
**41** [1]  18/14
**441-3003** [1]  1/19
**4:30** [1]  9/9
**4:32 p.m** [1]  17/11
**4th** [3]  1/13 8/19 10/7

**5**
**5104** [1]  2/15
**55** [2]  20/8 54/20
**555** [1]  1/13

**6**
**6411** [1]  1/17
**6521** [1]  1/22
**6th** [8]  22/17 25/12 26/12 53/6 53/11 53/24 54/15 69/2

**7**
**71** [1]  72/9
**7th** [1]  30/23

**9**
**90** [6]  42/20 51/3 52/1 52/2 52/4 71/6

**A**
**a.m** [2]  1/6 9/10
**abandoned** [1]  63/12
**aberration** [1]  68/13
**able** [3]  23/19 56/12 57/22
**about** [62]  2/23 4/4 7/25 8/24 10/2 15/6 15/20 15/21 15/22 17/6 19/6 23/15 24/1 26/6 30/3 30/16 32/1 33/3 36/4 37/15 39/7 40/9 40/16 42/1 42/8 42/16 42/23 43/3 43/10 43/14 44/2 45/12 45/13 45/15 46/7 47/18 47/20 49/24 50/14 50/19 51/4 51/15 52/20 52/23 53/3 53/5 53/11 53/19 56/8 56/15 56/16 59/3 59/14 59/18 62/17 65/2 65/7 66/18 66/24 68/17 68/21 68/25

**above** [1]  72/8
**absolute** [1]  65/2
**absorbed** [1]  19/11
**absurd** [1]  16/6
**abundantly** [1]  26/16
**abuse** [1]  20/10
**abuses** [1]  27/5
**abusive** [1]  3/20
**accept** [4]  55/15 56/6 58/21 62/21
**accepted** [1]  38/15
**accepting** [3]  36/3 60/10 65/18
**accident** [1]  7/4
**accidental** [12]  5/20 5/25 6/11 19/23 26/1 36/5 36/7 36/8 43/10 43/11 43/16 62/18
**accomplishment** [1]  5/16
**according** [8]  3/3 7/6 12/5 22/14 22/19 63/9 63/12 66/24
**account** [9]  22/3 23/8 23/9 23/11 54/7 54/18 56/21 63/24 66/5
**accountable** [1]  33/2
**accurate** [5]  4/11 42/20 52/2 52/5 65/11
**achievements** [1]  13/14
**acknowledged** [1]  49/10
**acknowledges** [2]  39/16 39/20
**acknowledgment** [1]  36/18
**act** [1]  13/24
**action** [3]  41/22 50/25 66/24
**actions** [15]  13/22 25/19 26/6 26/7 29/17 33/4 54/2 54/9 54/18 55/9 56/7 64/1 64/1 66/8 67/4
**active** [2]  53/8 53/9
**activities** [2]  53/10 62/17
**activity** [1]  50/14
**actors** [1]  56/19
**acts** [2]  5/15 27/1
**actually** [2]  24/1 35/1
**added** [1]  17/16
**addition** [2]  7/11 69/10
**additional** [2]  3/11 15/6
**Additionally** [1]  70/17
**address** [3]  27/18 54/22 55/4
**addressed** [1]  50/4
**adduced** [1]  72/7
**adequate** [2]  5/4 68/15
**adjourned** [1]  72/1
**administration** [1]  26/14
**admitted** [1]  26/21
**advance** [1]  46/8
**advice** [2]  30/25 31/5
**advise** [1]  11/2
**advised** [3]  70/6 70/22 71/20
**affected** [1]  54/2
**afford** [3]  5/4 58/5 71/3
**afraid** [1]  7/10 23/17
**African** [1]  9/12
**after** [29]  8/6 8/20 12/12 13/23 15/3 15/10 17/4 17/6 18/12 18/15 21/18 23/8 23/20 24/23 31/13 33/9 34/5 37/1 37/1 38/9 39/5 42/17 46/21 46/22 54/3 55/20 59/7 67/13 70/21
**afternoon** [1]  55/6
**again** [26]  2/13 4/7 7/18 8/24 13/3 13/21 17/22 19/13 30/13 32/19 36/19 40/6 43/1 43/3 44/15 44/23 45/18 45/18 45/25 47/10 50/16 56/12

**A**

again... [3] 58/7 65/16 70/3
against [6] 4/21 11/19 15/5 17/10 67/3 71/16
agenda [1] 34/20
agent [12] 2/8 19/17 24/3 24/5 35/14 35/16 35/18 35/20 35/23 36/19 36/20 38/11
agents [9] 19/12 30/4 31/15 31/24 34/14 39/6 40/7 47/19 59/3
aggregate [1] 54/14
aggressive [2] 41/24 41/25
agree [2] 50/7 57/7
agreement [1] 69/16
ahead [4] 28/2 28/2 28/19 50/1
aided [1] 1/25
alarm [4] 12/1 12/1 12/17 27/9
alarms [2] 11/15 11/15
Alexandra [1] 2/8
alienated [1] 57/15
all [40] 2/9 4/4 4/5 7/17 9/13 10/16 12/2 12/12 15/16 25/23 27/11 27/16 29/19 32/21 33/1 33/21 43/21 44/7 45/20 46/6 46/12 50/9 50/20 50/20 51/17 51/19 52/6 52/21 53/5 53/15 54/23 54/24 55/2 59/18 62/9 62/20 64/19 67/5 67/10 71/17
allegations [1] 37/15
alleged [1] 2/21
allow [2] 60/7 70/5
allowed [5] 11/5 24/25 29/19 64/23 70/19
allows [1] 44/5
almost [2] 24/17 59/25
alone [1] 63/13
already [10] 17/5 37/1 38/4 39/13 41/20 53/20 63/8 64/10 66/7 67/13
also [17] 2/19 3/12 3/17 7/13 9/5 9/15 9/20 14/7 20/6 20/16 26/10 27/6 35/15 38/7 54/3 56/13 70/22
altercation [3] 16/11 16/17 50/14
alternative [1] 67/7
although [3] 6/17 57/13 64/20
always [2] 56/10 56/16
am [6] 28/4 39/23 58/25 59/1 59/2 60/14
Amendment [4] 14/6 28/25 30/14 34/22
AMERICA [4] 1/3 13/3 13/13 13/15
American [2] 9/13 13/11
Americans [1] 13/10
among [4] 5/6 13/6 14/2 14/8
amount [1] 27/15
Amy [1] 2/12
analysis [1] 21/19
announced [1] 64/4
another [16] 7/11 8/12 9/7 9/12 9/18 14/4 14/6 15/15 18/7 18/10 24/16 27/1 33/6 35/4 50/18 67/3
anticipate [1] 33/14
any [28] 2/24 7/17 8/9 17/1 19/1 19/14 23/23 28/3 34/10 38/13 38/13 38/17 42/9 42/12 50/11 50/12 54/25 57/7 58/9 58/10 62/5 67/25 69/18 69/18 70/2 70/14 71/3 71/9
anybody [1] 35/1
anymore [1] 57/6

anyone [4] 20/2 56/16 61/11 68/13
anyone's [1] 23/3
anything [28] 19/9 21/24 21/25 22/3 22/16 24/2 24/13 26/7 29/17 34/20 34/24 35/2 37/22 39/2 40/3 40/13 41/24 44/24 47/7 51/9 51/9 57/11 57/19 58/7 59/22 65/3 67/5 71/12
Anyway [1] 62/5
apologies [1] 58/21
apologize [1] 55/8
appalled [1] 53/23
appalling [2] 26/13 54/16
apparently [3] 38/12 54/13 61/7
appeal [3] 70/17 70/20 71/3
appear [3] 6/2 42/11 64/21
APPEARANCES [1] 1/11
appears [3] 26/4 32/10 47/11
applied [1] 3/19
appoint [1] 71/4
appreciate [5] 28/1 28/19 55/3 59/2 71/18
approach [1] 39/11
appropriate [3] 29/11 31/4 64/23
approved [1] 70/15
approving [1] 63/18
April [8] 18/19 24/22 31/12 34/16 40/6 42/16 47/20 59/9
April 20th [2] 34/16 40/6
are [39] 5/24 9/2 9/19 11/20 12/3 17/18 18/2 18/21 25/9 27/2 32/21 34/12 34/22 35/16 36/14 36/16 38/3 40/2 41/2 41/17 44/8 45/2 45/3 45/21 46/9 46/14 51/13 53/25 56/20 57/9 62/6 64/10 65/4 65/17 65/18 68/12 68/25 69/5
area [1] 48/19
areas [2] 34/25 65/4
aren't [2] 7/9 22/22
arm [2] 46/23 47/9
armed [1] 17/15
around [9] 11/18 13/1 17/12 25/7 33/1 54/9 57/2 57/25 66/19
articulated [1] 27/11
as [115]
ascending [2] 18/4 19/5
ashamed [4] 23/16 55/11 56/17 57/16
aside [1] 60/21
ask [7] 2/4 3/3 28/24 36/1 40/23 51/24 71/14
asked [11] 18/24 19/13 19/25 21/16 24/1 42/7 42/16 47/19 57/22 60/14 63/2
asking [5] 32/22 43/3 54/11 58/5 59/14
asks [1] 12/18
assault [15] 3/4 3/12 14/5 18/1 18/11 32/15 37/15 41/21 42/12 44/3 50/17 51/6 62/24 63/21 66/25
assaulted [9] 5/14 14/19 17/13 17/21 18/24 20/4 47/14 47/19 51/15
assaulting [7] 15/2 16/24 17/17 18/3 20/2 25/2 48/16
assert [1] 35/9
assessment [1] 69/11
assist [3] 14/20 36/25 71/5
assistance [1] 71/1
assistant [2] 36/22 38/8

associated [1] 13/10
assure [1] 58/6
attached [1] 66/8
attack [5] 4/19 4/21 26/25 65/23 65/25
attacking [2] 57/8 65/24
attempt [2] 6/24 21/5
attempted [4] 6/25 10/24 11/1 63/17
attempting [3] 11/21 28/24 62/16
attempts [3] 6/14 19/22 30/7
attend [3] 7/3 7/22 8/6
attending [1] 23/12
attention [1] 57/23
attitude [2] 64/8 65/23
attorney [4] 21/12 36/22 38/8 61/2
Attorney's [1] 31/7
attributing [1] 20/19
audio [1] 50/10
August [1] 16/9
authorities [1] 70/6
authorized [1] 31/6
available [7] 30/22 31/10 31/11 38/10 62/25 66/13 70/23
Avenue [1] 1/23
avoid [3] 5/5 31/23 31/24
aware [6] 4/23 16/8 18/23 53/16 54/1 54/2
away [2] 42/1 45/12
awe [1] 5/21

**B**

babies [1] 35/7
back [30] 11/13 11/21 14/16 18/15 19/4 19/8 19/9 19/10 19/12 19/14 19/20 20/7 29/4 34/5 34/6 34/9 37/2 45/1 45/18 45/21 46/2 46/25 47/10 48/21 51/20 55/18 56/1 58/5 58/20 60/16
background [5] 12/1 12/11 12/17 13/18 48/19
backwards [1] 30/21
bad [5] 25/3 53/12 53/14 53/19 56/19
bags [1] 23/6
balance [1] 69/19
ballots [1] 8/22 8/25 9/7 9/18
balls [2] 11/16 15/22
Baltimore [1] 31/16
banded [2] 22/20 22/24
bang [1] 26/23
bank [1] 9/8
barely [1] 45/19
barricades [11] 11/10 11/12 11/17 11/19 11/21 12/2 14/9 25/3 26/23 60/20 62/2
barricading [1] 62/17
barrier [1] 68/24
base [1] 29/17
baseball [1] 57/21
based [3] 3/8 7/19 8/1 28/24 47/22 48/13 63/21
basically [2] 3/3 70/4
basis [2] 7/1 7/21
bathroom [3] 21/6 60/17 60/25
battering [1] 61/5
battle [4] 13/17 15/23 16/7 56/23
battled [2] 5/15 64/5
battling [3] 11/11 11/11 16/3
be [79]

## B

**beat [2]** 18/22 37/17
**beating [1]** 45/20
**beats [1]** 36/11
**beauty [1]** 38/23
**became [3]** 21/22 30/25 62/25
**because [36]** 3/18 7/23 8/4 10/16 16/12 16/15 20/13 23/5 23/16 23/17 24/6 28/5 28/16 31/8 32/13 39/20 39/22 41/2 44/10 45/25 49/5 50/6 54/1 56/17 56/18 57/6 57/16 57/24 58/25 64/16 66/7 66/9 69/19 70/1 70/3 70/8
**become [2]** 65/16 66/12
**been [31]** 5/6 12/10 18/18 21/15 21/20 22/13 38/23 46/14 51/10 52/10 52/11 53/17 53/25 54/4 55/7 56/5 56/17 57/6 57/12 57/15 58/3 60/18 61/24 63/9 64/7 64/22 66/2 67/23 67/24 68/14 68/19
**before [17]** 1/9 2/24 16/15 20/23 27/25 28/21 29/2 31/13 38/9 38/23 45/18 46/1 49/15 50/11 50/12 61/16 66/24
**beforehand [1]** 32/11
**begin [1]** 2/24
**begun [1]** 13/23
**behalf [5]** 2/7 2/11 29/22 52/10 64/17
**behavior [1]** 16/1
**behind [1]** 11/17 18/7 19/7 19/18 47/4 62/2 62/7
**being [32]** 5/14 8/1 14/4 14/10 15/20 15/21 15/22 16/13 18/23 25/22 26/22 28/3 29/8 43/13 43/16 44/16 49/9 50/10 51/10 52/1 52/2 53/15 54/7 55/10 55/10 55/15 55/16 56/7 56/17 57/9 63/16 68/23
**believe [9]** 3/6 18/15 24/2 32/9 32/15 50/13 61/4 61/10 61/25
**believed [1]** 20/6
**believing [1]** 8/5
**bells [1]** 67/14
**benefit [1]** 44/16
**bent [1]** 30/21
**besides [1]** 6/10
**best [7]** 22/1 38/24 42/18 43/25 45/10 46/17 59/16
**better [2]** 8/4 27/9
**between [2]** 12/6 45/21
**beyond [1]** 37/22
**bias [1]** 23/1
**Biden [6]** 7/7 7/8 9/22 9/25 10/19 29/5
**big [2]** 10/15 28/3
**biggest [1]** 55/17
**bit [5]** 30/19 34/9 44/6 46/8 64/12
**blame [5]** 16/14 24/8 24/15 24/23 59/11
**blamed [1]** 27/8
**blaming [6]** 5/19 27/7 39/24 51/1 60/11 60/14
**blaring [1]** 14/9
**blatant [1]** 26/13
**bless [1]** 7/15
**bloody [1]** 10/18
**boasting [1]** 22/7
**Bob [1]** 58/4
**body [1]** 50/23
**Bonsib [1]** 1/16
**Bosnib [8]** 2/11 4/13 27/17 51/20

**both [3]** 31/13 32/3 48/7
**bothered [1]** 66/15
**bothersome [1]** 30/19
**bottle [4]** 41/8 44/19 44/23 45/23
**bottom [1]** 10/1
**box [2]** 11/18 38/12
**brag [1]** 5/14
**bragged [3]** 51/15 56/15 56/16
**bragging [2]** 15/6 17/6
**brags [3]** 15/20 15/21 15/22
**breach [2]** 5/13 14/14
**breached [1]** 17/5
**breaches [1]** 15/3
**breaching [2]** 14/12 16/3
**break [5]** 41/22 49/1 49/24 57/23 62/6
**breaking [4]** 25/2 60/19 61/5 61/12
**brief [6]** 5/23 20/24 21/2 27/23 50/3 50/6
**briefing [1]** 27/12
**briefly [2]** 49/14 50/3
**bring [2]** 57/23 67/2
**broke [2]** 33/24 33/24
**broken [2]** 26/23 58/19
**brother [6]** 52/19 52/19 52/24 53/3 53/5 63/13
**brothers [1]** 57/2
**BS [1]** 22/25
**bucks [1]** 9/9
**building [17]** 3/21 5/12 10/25 11/2 12/14 12/21 13/20 14/1 14/2 21/5 22/10 24/12 24/13 33/21 39/12 60/12 66/2
**bullied [2]** 37/18 57/6

## C

**call [3]** 10/9 32/2 56/12
**called [3]** 23/1 52/10 53/12
**calling [1]** 49/20
**came [8]** 19/7 19/13 48/9 48/12 48/18 60/3 64/5 66/17
**cameraman [1]** 47/4
**can [45]** 9/6 9/12 9/17 9/18 11/18 11/25 12/17 12/18 13/19 15/19 18/1 18/14 18/13 20/3 23/2 33/23 35/11 37/13 37/17 38/6 39/4 40/2 40/14 40/18 40/21 44/6 44/13 44/18 44/25 45/8 45/11 45/19 45/22 46/10 47/3 47/8 48/18 56/15 58/5 58/25 62/9 63/24 70/14 71/4 71/10 71/19
**can't [8]** 8/25 22/23 23/3 24/11 40/3 54/22 59/24 62/21
**cancel [1]** 23/1
**candid [2]** 18/18 50/11
**cannot [2]** 67/3 71/3
**capital [1]** 7/8
**Capitol [61]** 3/21 5/12 5/13 5/21 7/4 10/22 11/5 11/9 11/20 12/14 13/10 13/11 13/22 14/8 14/12 14/14 14/16 15/4 15/21 16/1 16/3 17/5 17/10 17/15 19/23 21/8 21/23 22/6 22/8 24/25 25/11 26/12 26/15 26/16 34/4 34/6 34/6 34/25 35/1 38/21 39/12 51/11 51/14 56/1 58/17 60/3 60/9 60/19 61/11 61/14 61/17 62/7 64/1 65/3 65/4 65/24 65/24 66/1 67/5 69/4 69/17
**caps [1]** 13/2

**care [4]** 6/16 29/14 38/2 68/17
**cared [1]** 29/14
**careful [1]** 65/1
**carefully [3]** 46/7 62/15 66/13
**carriages [1]** 35/8
**carry [2]** 65/6 70/16
**cartoon [1]** 22/21
**case [24]** 19/21 20/18 29/12 32/25 51/2 62/22 63/20 63/23 63/25 65/7 65/14 67/18 67/20 67/25 68/13 69/6 69/14 70/2 70/24 71/2 71/10 71/12 71/18 72/8
**cases [5]** 11/13 26/20 32/21 65/17 68/11
**category [1]** 20/12
**Cathryn [4]** 1/21 72/4 72/15 72/16
**caught [4]** 13/2 19/19 53/19 68/20
**cause [2]** 2/20 27/2
**caused [4]** 48/8 55/12 57/1 63/1
**celebrate [1]** 13/8
**celebrated [1]** 13/14
**cellphone [1]** 43/7
**censoring [1]** 23/4
**center [2]** 12/25 13/11
**certain [3]** 4/10 28/11 33/3
**certainly [3]** 27/22 31/25 33/2
**CERTIFICATE [1]** 72/3
**certify [2]** 72/6 72/9
**cetera [2]** 62/18 65/11
**challenge [1]** 70/24
**challenging [1]** 37/14
**chance [3]** 4/13 55/18 58/22
**change [2]** 11/3 65/22
**character [2]** 52/20 53/7
**characteristics [2]** 5/1 20/8
**characterization [1]** 56/14
**characterizing [1]** 50/25
**charge [4]** 3/10 31/8 32/15 67/3
**charged [7]** 3/5 31/14 54/7 54/14 62/24 63/23 67/2
**charges [1]** 54/12
**charging [3]** 3/25 59/7 60/21
**Charles [1]** 1/16
**chat [2]** 5/11 39/5
**chatting [2]** 13/19 15/11
**cheating [1]** 9/1
**checkers [1]** 23/1
**cheeks [1]** 47/17
**cheering [1]** 13/5
**chest [1]** 46/22
**child [1]** 53/21
**choice [1]** 59/12
**choose [1]** 70/20
**chose [10]** 6/2 7/2 7/22 10/21 12/13 13/8 13/20 14/14 15/3 67/2
**church [3]** 53/9 57/22 63/11
**circle [1]** 17/12
**circumstances [3]** 4/25 5/8 38/24
**citizen [2]** 54/20 58/19
**citizens [1]** 35/8
**civil [2]** 10/14 13/12
**claim [2]** 8/3 71/1
**claiming [1]** 22/3
**claims [10]** 8/6 13/22 15/24 16/23 19/23 21/4 21/10 21/21 23/7 24/9
**clean [1]** 67/21
**cleanups [1]** 57/19

**C**

clear [21]  6/5 6/21 13/17 14/17 16/22
18/22 21/7 25/21 26/16 29/13 30/25
38/22 43/24 44/1 44/2 50/5 50/21
51/14 52/1 54/3 59/10
clearly [9]  12/16 18/13 20/4 30/9 38/23
40/14 48/7 56/25 66/20
Clerk [2]  52/12 69/21
clicked [1]  58/13
client [1]  52/1
climbing [2]  14/3 14/8
clip [1]  39/1
clipped [1]  36/6
clips [1]  44/4
closed [6]  8/12 24/12 24/18 55/25
60/1 61/14
CNN [1]  8/2
coached [1]  57/21
Code [1]  2/15
colleagues [1]  29/5
COLUMBIA [3]  1/2 69/23 72/6
combat [2]  11/14 13/4
come [11]  18/21 24/11 24/17 31/14
46/6 48/9 51/25 59/24 60/1 62/23
63/16
comes [2]  34/6 57/10
coming [5]  10/15 19/8 31/3 48/6 66/18
comment [4]  8/17 23/3 36/5 42/4
comments [3]  8/18 10/11 40/1
commit [1]  56/20
committed [3]  7/23 50/17 56/6
communicate [1]  39/19
community [3]  53/8 53/9 57/18
company [1]  9/22
complete [1]  43/14
completed [1]  70/17
completely [2]  53/6 53/22
component [1]  51/7
comport [1]  51/17
computer [1]  1/25
computer-aided [1]  1/25
concern [4]  63/2 63/20 65/13 69/5
concerned [4]  7/25 59/3 62/15 68/25
concerning [2]  62/12 65/15
concerns [3]  64/8 64/10 65/7
conclude [1]  43/23
conditions [1]  20/9
condone [2]  67/3 67/24
conduct [21]  3/7 3/7 3/9 3/11 3/12
3/17 3/20 3/22 4/1 5/7 16/19 23/19
24/8 25/23 25/24 27/10 32/24 37/21
38/16 67/1 69/6
confirmation [1]  40/16
conflict [1]  29/23
conform [1]  23/5
Congress [3]  3/22 63/18 65/25
congressman [1]  25/7
consent [1]  28/17
consequences [5]  25/19 26/5 37/21
57/1 63/16
conservatives [1]  10/12
consider [7]  4/1 4/2 4/14 4/25 25/20
29/17 68/6
considerable [1]  69/5
considerably [2]  53/21 54/21
consideration [3]  29/20 58/25 69/7
considerations [1]  68/5

considered [1]  63/5
considering [2]  68/7 68/12
consistent [8]  32/13 33/16 46/17
46/25 47/21 47/23 49/8 49/9
consistently [1]  21/11
conspiracy [2]  7/24 24/16
conspiratorial [1]  46/6
constitute [1]  72/10
Constitution [1]  1/23
contact [3]  21/13 21/16 47/11
contacted [3]  21/12 22/17 38/9
content [5]  2/19 22/14 23/16 23/18
23/20
context [9]  28/10 30/2 30/17 30/17
34/13 42/11 48/25 49/1 71/10
continuance [2]  2/20 63/1
continue [2]  38/4 56/11
continued [4]  14/10 14/21 24/23 25/24
continues [2]  12/21 24/7
contribute [1]  69/17
contrition [1]  62/13
control [1]  51/12
conversation [1]  53/13
convey [1]  25/16
convicted [2]  9/4 69/3
conviction [5]  68/23 68/24 69/11
69/13 70/25
convince [1]  5/20
cooperate [1]  36/17
cooperated [2]  21/10 49/11
cooperation [1]  23/23
cop [3]  18/19 44/12 45/2
cops [2]  33/21 39/24
corner [2]  10/19 45/1
corridor [2]  61/18 61/21
corridors [1]  60/21
cost [2]  71/4 71/4
could [14]  9/9 9/9 16/16 17/20 21/20
39/8 41/16 46/6 51/12 57/21 58/18
59/6 62/8 67/15
couldn't [3]  61/4 61/19 67/8
counsel [12]  2/12 16/15 16/17 20/19
20/20 30/24 31/4 38/20 71/1 71/4
71/18 71/25
counsel's [2]  2/8 4/9
count [9]  9/12 69/10 71/16
country [3]  7/17 30/5 55/14
counts [2]  71/14 71/15
couple [6]  33/17 43/19 44/4 46/1 49/4
56/2
course [2]  29/9 36/11
court [53]  1/1 1/21 1/22 1/22 4/16 4/23
4/24 5/20 6/14 6/24 7/20 8/3 8/17
10/23 20/21 25/20 27/14 27/18 27/24
28/8 29/17 30/1 32/22 35/13 35/15
35/19 36/2 36/2 37/22 37/24 37/24
48/25 49/24 51/17 52/16 52/20 55/5
55/8 59/17 63/24 64/8 65/6 65/13 69/9
69/22 69/22 70/5 70/16 70/18 71/22
72/4 72/5 72/16
courthouse [1]  37/13
COVID [1]  8/11
cowardly [1]  10/15
CR [1]  1/4
create [1]  6/25
created [1]  37/21
credit [2]  66/15 67/4

credited [2]  22/4 51/4
crime [2]  27/2 54/14
crimes [3]  56/20 63/22 68/16
criminal [8]  1/13 2/4 20/11 20/11
20/13 26/3 27/1 66/6
critical [2]  28/4 41/2
CRM [1]  1/12
crowd [19]  11/22 14/7 15/11 16/21
16/22 19/11 33/7 33/10 33/13 33/16
34/20 34/21 34/21 34/21 34/23 40/1
41/4 55/15 55/23
crush [1]  33/19
Cub [1]  57/20
cult [1]  23/6
cultivated [1]  25/12
culture [1]  23/1
current [1]  5/19
currently [1]  70/23
cut [1]  28/11

**D**

D-A-V-I-D [1]  52/18
D.C [3]  1/5 1/23 70/8
damage [2]  67/5 69/17
damaged [1]  54/5
damn [1]  39/21
danger [4]  17/16 17/16 26/20 49/2
darn [1]  47/21
data [1]  21/19
Dave [1]  53/13
David [5]  49/15 51/24 52/9 52/17
52/18
day [23]  3/9 3/11 3/17 5/22 8/9 10/21
11/9 15/7 15/24 17/7 17/11 17/15
26/25 35/5 53/25 54/6 54/9 55/9 56/9
58/16 61/16 65/3 72/13
days [9]  22/15 22/25 23/4 30/24 31/6
38/9 38/16 70/20 71/6
DC [3]  1/14 8/8 8/9
deadly [1]  27/4
deal [2]  37/2 50/12
dealing [1]  41/3
dealt [1]  37/11
death [1]  14/5
December [8]  6/7 8/19 9/1 10/7 10/14
22/13 29/2 72/13
December 11th [1]  9/1
December 22nd [2]  22/13 29/2
December 4th [1]  8/19
decent [1]  49/9
decide [2]  62/15 64/12 70/9
decided [3]  15/15 19/6 50/16
decision [2]  34/8 65/14
declare [1]  10/10
deepest [1]  58/21
defaced [1]  66/2
defendant [101]
defendant's [6]  6/4 8/13 10/6 20/7
21/1 50/7
defendants [2]  5/6 65/17
defending [1]  5/21
defense [4]  16/15 16/16 50/9 50/24
defensive [2]  41/22 50/25
defer [1]  39/19
degree [1]  13/1
dehumanize [2]  24/20 60/7
deleted [2]  21/21 23/7 23/9

**D**

demand [1]  25/10
demands [1]  25/15
demented [1]  7/14
democracy [1]  4/20 4/22
democrat [4]  6/16 6/20 64/18 65/10
democratic [4]  6/18 25/13 25/18 26/15
democrats [3]  8/25 9/14 22/22
demonstrate [1]  3/2
demonstrated [2]  26/6 27/12
demonstrating [3]  2/16 3/23 69/3
demonstration [1]  67/9
denying [1]  22/22
DEPARTMENT [5]  1/12 11/20 52/22
 69/16 69/24
deprivation [1]  66/10
Deputy [1]  52/11
described [2]  25/25 47/1
describes [3]  25/6 41/12 42/20
desecrate [3]  10/22 12/13 38/21
desecrating [1]  39/1
deserve [1]  57/10
deserving [1]  49/12
desire [1]  20/17
despite [3]  14/10 16/12 61/8
destroy [2]  39/2 51/9
destroyed [1]  51/10
destroying [2]  16/4 61/12
destruction [4]  5/21 15/4 26/12 56/20
detail [2]  32/3 32/14
deterrence [10]  3/14 5/4 25/9 25/10
 25/15 25/21 32/24 38/3 68/6 68/16
developed [1]  64/16
dice [1]  34/12
did [42]  6/16 8/15 9/7 11/5 16/5 17/19
 19/14 20/17 21/4 21/13 21/25 23/21
 23/23 25/12 30/4 30/5 30/24 31/10
 31/17 31/21 31/25 32/25 32/25 32/25
 33/1 32/12 37/3 38/24 41/24 42/6 48/10
 53/20 55/24 56/20 56/21 56/23 57/19
 59/11 64/2 64/20 68/12 70/20
didn't [32]  16/12 19/9 20/3 22/3 24/2
 25/5 28/16 29/14 30/23 30/23 31/8
 31/11 33/14 33/15 37/2 39/23 42/21
 42/23 44/2 44/3 44/3 48/3 48/4 48/17
 50/14 53/11 55/22 58/12 61/6 61/7
 64/20 67/8
die [1]  10/13
difference [1]  52/3
different [6]  16/20 46/15 48/11 48/11
 53/22 68/2
dimensional [1]  45/11
directed [1]  12/19
direction [9]  35/3 42/2 47/8 47/13
 47/15 48/7 48/9 48/9 48/17
Director [1]  26/11
directs [1]  21/8
disabled [1]  23/10
disagree [1]  66/11
discloses [1]  42/19
discover [1]  62/11
discuss [1]  2/24
discussed [3]  25/9 32/3 39/13
discussion [2]  30/8 40/7
disgusting [2]  56/19 64/25
disingenuous [2]  62/16 64/14
dismissed [2]  71/14 71/16

disorganized [1]  28/5
disparities [1]  5/5
displayed [1]  14/4
disputing [1]  52/4
disregard [1]  26/13
disrespected [2]  7/15 26/24
disrespectfully [2]  28/9 32/20
disruptive [2]  3/20 3/22
distance [1]  33/18
distant [1]  18/1
distraction [1]  57/24
DISTRICT [8]  1/1 1/2 1/10 1/22 69/22
 69/22 72/5 72/5
disturb [1]  3/21
dives [1]  18/6
Division [1]  1/13
do [39]  7/19 8/4 9/24 20/1 25/5 30/7
 30/23 31/15 32/23 32/25 34/10 34/20
 37/2 38/10 38/11 38/12 38/16 38/17
 41/17 42/4 45/7 48/13 49/12 51/8 52/1
 52/13 55/19 56/9 57/11 57/22 58/7
 60/15 60/15 62/22 64/23 67/19 68/1
 68/18 72/6
docket [4]  1/4 7/12 16/18 22/2
document [3]  6/12 22/11 31/21
documentary [1]  47/24
documented [1]  40/20
documenting [1]  5/22
dodge [1]  68/21
does [11]  6/10 6/22 20/10 37/22 41/9
 41/11 41/19 51/16 64/20 65/13 71/8
doesn't [9]  23/5 29/16 30/3 41/7 41/14
 41/15 42/11 57/5 57/9
doing [15]  21/24 27/9 33/16 34/13
 41/9 45/3 45/17 47/7 48/8 48/14 51/25
 54/7 56/2 56/24 60/11
dollars [1]  69/11
Dominion [1]  9/9
don't [29]  7/13 7/13 16/14 28/9 28/12
 28/15 30/13 30/16 32/9 32/16 37/23
 38/2 39/2 45/4 45/14 48/7 48/8 53/15
 55/14 58/8 58/8 58/11 60/9 61/4 67/5
 67/24 68/18 69/4 70/7
Donald [2]  7/15 10/1
done [7]  4/7 7/16 23/17 34/7 48/17
 49/12 53/21
door [4]  11/1 15/11 60/1 60/6
doors [3]  24/18 25/3 61/14
doorstep [1]  31/1
dose [1]  26/9
down [37]  2/22 18/20 19/4 19/7 19/15
 19/25 23/10 23/16 25/2 28/14 28/16
 30/6 31/19 34/19 34/24 35/2 35/4
 37/17 41/10 41/10 41/22 42/21 44/6
 45/9 45/22 46/21 46/21 46/25 48/10
 49/2 50/21 55/23 66/16 66/21 66/21
 68/1 69/2
dress [1]  13/17
drop [2]  24/20 60/7
duly [1]  52/11
during [10]  6/8 11/3 18/18 18/24 23/25
 24/8 25/23 29/9 36/11 62/14

**E**

each [2]  26/22
earlier [3]  2/20 4/7 61/15
early [2]  21/11 61/10

easiest [1]  51/9
eastern [1]  14/15
easy [1]  31/21
ed [1]  53/13
edited [1]  46/7
effective [1]  37/16
efforts [4]  31/13 36/17 36/17 39/24
eight [1]  36/10
either [2]  35/22 46/23
election [6]  6/19 7/23 9/17 10/10
 23/15 63/19
elections [1]  8/1
Ellipse [1]  55/23
else [8]  37/10 39/4 42/5 54/6 59/22
 62/9 66/19 71/12
Email [1]  1/15 1/19
embarrass [1]  59/6
embarrassed [3]  22/6 55/11 57/6
embarrassment [2]  57/24 66/10
employers [1]  68/25
employment [6]  20/12 20/13 20/15
 52/21 68/24 70/1
encounter [1]  43/20
encourage [1]  27/4
end [6]  24/22 25/4 28/8 32/8 43/24
 65/22
ends [2]  44/17 46/10
enforcement [22]  3/14 6/8 7/25 11/11
 13/12 14/17 15/5 16/11 16/24 18/18
 19/25 21/13 21/18 24/9 24/24 25/2
 25/5 25/25 26/17 26/19 27/7 29/6
engage [1]  19/14
engaged [5]  3/20 17/1 34/2 44/24
 67/11
engaging [3]  11/13 44/14 45/6
enough [3]  10/16 12/9 15/15
enter [5]  10/21 11/2 11/8 12/13 65/13
entered [2]  26/15 38/21 51/14 61/11
entering [2]  5/12 12/14
enters [1]  19/23
entitled [5]  5/23 5/24 6/21 7/18 11/8
entrance [1]  17/4
entry [6]  7/12 16/18 22/2 22/12 39/11
 39/12
epiphany [1]  31/2
erected [1]  12/4
escape [2]  60/24 67/17
escaped [1]  33/9
especially [1]  25/17
Esquire [1]  1/16
essentially [2]  27/8 66/21
established [1]  67/22
et [2]  62/18 65/11
evaluates [1]  37/24
even [8]  9/3 10/7 22/6 22/17 28/2
 57/22 58/8 58/11
evening [1]  53/12
event [6]  8/5 31/6 34/10 42/8 42/18
 62/5
events [4]  5/22 13/9 22/6 53/6
eventually [2]  11/12 17/13
ever [5]  54/14 55/14 56/11 58/7 65/10
every [2]  48/13 57/20
everybody [1]  67/11
everybody's [1]  33/22
everyone [3]  8/21 54/14 55/8
everything [4]  4/7 6/12 30/2 40/17

**E**

everything... [5] 49/12 54/3 57/5 57/5 62/9
evidence [10] 16/25 23/11 23/18 47/24 49/2 51/17 62/5 62/23 63/22 70/22
evident [1] 65/16
exactly [1] 31/21
examined [1] 52/12
example [3] 28/13 33/6 37/5
except [4] 40/18 49/20 49/22 63/13
excerpt [5] 37/4 38/5 38/19 40/10 43/2
excerpts [3] 36/3 36/13 36/15
excuse [2] 61/19 67/12
executed [1] 23/20
exercise [3] 28/25 29/12 34/22
exhibit [6] 2/18 6/9 7/12 9/15 9/20 22/12
Exhibits [1] 21/2
exit [2] 24/12 59/24
expect [1] 71/10
expected [1] 4/21
explain [1] 36/8
explained [1] 34/13
explaining [1] 34/19
explanations [1] 68/21
expletive [1] 10/17
exploits [3] 15/6 15/16 17/7
express [1] 20/17
expression [1] 60/9
extensively [1] 66/7
extent [2] 15/25 33/3
extreme [1] 10/7
eyes [1] 44/20

**F**

F-ed [1] 53/13
F-O-Y-T-L-I-N [1] 36/20
face [1] 46/22
Facebook [29] 6/5 7/6 7/7 7/11 8/13 8/19 9/6 22/14 22/20 22/25 23/4 23/8 23/9 23/10 23/13 23/20 24/1 24/2 28/14 28/16 29/4 29/7 50/4 58/11 64/21 64/24 65/9 65/12 65/13
fact [9] 7/21 16/10 17/15 20/4 23/1 26/1 30/11 40/21 43/14
factor [3] 4/1 25/20 48/21
factors [7] 3/13 3/16 4/10 4/24 38/3 68/6 69/8
facts [5] 5/24 25/9 51/13 51/16 67/7
fail [2] 26/8 70/10
fair [2] 29/21 30/17
faith [1] 64/18
falling [1] 11/13
false [1] 23/15
family [7] 9/23 53/23 53/24 57/2 57/16 58/24 63/10
far [4] 7/16 45/18 53/10 63/5
farther [1] 56/15
fashion [1] 67/25
father [1] 58/19
fault [2] 24/15 59/5
favor [1] 25/10
favored [1] 6/17
FBI [16] 2/8 4/9 20/22 21/15 21/16 22/17 26/11 29/23 31/1 31/15 50/16 53/11 56/11 59/3 59/12 64/13
fed [2] 31/22 31/22

federal [2] 70/8 71/7
feeding [2] 52/21 58/1
feel [4] 53/19 62/9 68/11 68/12
feeling [4] 24/10 59/23 60/5 60/8
fell [2] 19/19 66/21
fellow [1] 13/21
felony [2] 68/24 70/11
felt [2] 20/25 53/14
female [1] 35/21
fence [1] 29/7
few [6] 11/9 30/24 33/11 38/9 50/3 52/20
fight [2] 5/11 12/12
fighting [2] 10/5 60/20
figure [1] 49/5
file [2] 20/24 71/2
filed [2] 2/18 21/1 29/22 64/17
filing [6] 4/9 8/3 10/22 16/14 16/18 65/12
filled [1] 8/14
film [2] 14/21 35/23
filmed [3] 13/3 13/6 16/2
films [1] 61/8
Financially [1] 58/2
find [5] 9/17 64/13 68/1 70/1 70/22
fine [2] 65/6 70/2
Fing [1] 9/2
finish [1] 71/21
finished [2] 49/18 49/20
firearms [1] 17/21
firm [1] 6/13
first [23] 2/21 4/12 8/19 15/9 15/10 18/19 23/8 28/25 29/1 30/14 34/22 38/8 38/12 40/7 40/8 42/7 44/21 49/6 50/1 50/11 52/11 55/7 63/1
fist [1] 68/2
five [4] 49/24 49/25 51/19 70/11
flag [2] 14/4 14/4
flags [3] 13/2 13/5 13/6
flash [1] 26/23
flat [1] 19/4
fliers [1] 31/3
floor [1] 19/4
flowing [1] 30/8
Flynn [2] 10/8 10/9
focusing [1] 36/16
folks [1] 38/1
following [2] 40/1 69/23
follows [3] 52/12 67/19 68/4
foolish [1] 68/13
forced [1] 14/16
foregoing [1] 72/9
forever [1] 27/1
forgiveness [1] 58/5
forgot [1] 59/18
form [1] 32/5
format [1] 31/21
forth [1] 29/4
forthcoming [1] 51/3
fortunate [1] 63/4
forward [8] 2/4 4/5 11/19 14/10 31/1 58/18 58/18 58/22
found [7] 5/6 6/3 7/5 10/2 16/16 55/25 68/19
four [8] 35/16 41/6 42/1 42/16 45/10 45/12 59/13 69/10
Fox [1] 8/2

Foytlin [1] 36/20
fraction [2] 42/22 42/22
fragments [1] 21/20
frame [3] 18/13 34/3 59/6
frankly [1] 64/15
fraud [4] 7/24 8/20 10/5 22/23
free [2] 23/4 30/8
freedom [1] 12/11
freely [2] 25/6 57/9
frenzy [2] 32/21 38/1
friends [4] 29/7 57/2 58/24 63/11
from Mr [1] 49/15
front [4] 14/3 14/8 14/15 60/6
full [10] 13/21 15/25 26/7 48/25 49/1 52/15 55/15 63/2 67/20 68/3
fully [2] 21/11 22/9
funnel [1] 33/21
funny [1] 10/20
further [8] 2/24 7/22 20/19 23/7 26/4 27/4 68/16 72/9
future [4] 25/16 38/18 54/21 69/5

**G**

gas [7] 11/16 13/18 44/20 60/25 61/13 64/5 67/14
gassed [3] 12/10 14/11 15/22
gathering [1] 34/22
gave [4] 30/10 49/4 59/21 70/18
gear [1] 13/4
general [4] 10/8 10/9 25/9 27/1
generated [1] 66/9
George [1] 9/21
Georgia [1] 8/20
get [33] 9/16 12/18 19/20 27/25 30/13 31/4 32/8 33/15 33/20 33/22 33/25 34/7 35/1 36/5 36/8 38/2 39/5 44/20 46/18 55/21 58/20 60/12 60/25 60/25 61/17 61/21 61/23 65/19 65/21 66/19 67/11 70/1 70/9
gets [4] 37/25 45/24 46/24 48/18
getting [5] 12/10 31/20 32/22 43/6 46/24
give [6] 4/12 26/8 44/16 48/25 52/15 68/13
given [3] 3/4 14/1 20/25
gives [2] 17/9 30/3
giving [5] 42/18 43/25 62/15 66/14 67/4
go [24] 4/5 20/7 21/9 27/2 28/19 29/16 37/2 37/22 40/3 41/11 43/1 46/2 47/2 47/10 50/1 55/24 57/5 59/5 59/7 60/16 63/5 65/3 65/23 67/13
God [2] 7/14 32/13
goes [12] 3/12 3/13 3/16 3/17 6/19 19/16 24/14 25/4 36/7 41/15 43/11 70/23
going [56] 8/6 8/10 9/14 11/15 21/23 22/9 30/20 31/3 32/8 32/17 33/9 33/14 35/2 35/4 35/6 37/8 38/14 38/17 39/1 39/10 40/23 41/1 41/6 41/13 41/15 41/17 41/18 43/19 43/23 44/4 44/15 46/2 46/8 46/9 46/21 46/22 47/7 47/13 48/13 49/23 49/23 50/22 54/6 61/8 62/10 65/2 66/5 67/4 67/8 67/19 67/19 68/4 69/5 69/17 69/25 70/5
gone [6] 24/13 32/14 39/17 46/14 59/25 60/16

**G**

good [11] 2/6 2/10 53/7 54/19 55/6 57/18 58/18 58/19 58/25 64/17 66/6
good-hearted [1] 53/7
goodness [1] 49/4
Google [3] 37/6 37/8 57/15
Googled [1] 37/7
got [28] 6/3 9/11 15/24 16/5 19/10 19/10 19/17 22/24 24/12 28/20 30/24 30/25 32/12 38/1 40/17 41/7 41/8 44/19 44/23 45/14 45/22 46/10 46/22 47/17 50/14 53/2 59/24 62/11
government [49] 1/12 2/18 2/23 4/12 4/6 5/22 6/22 7/12 14/21 16/4 16/8 16/12 18/20 20/16 20/24 22/21 23/19 23/22 23/24 24/24 26/14 27/6 27/7 28/23 29/12 29/19 30/6 30/22 32/20 33/7 36/6 37/2 38/20 44/9 49/11 49/16 49/23 54/25 62/4 62/23 63/2 63/18 64/15 64/22 65/2 67/2 70/15 71/12 71/13
government's [8] 21/2 27/12 28/1 32/16 39/13 50/6 61/24 67/20
grab [1] 47/9
grabbed [3] 47/9 59/19 66/20
grabbing [6] 14/19 41/16 46/17 47/10 47/12 67/25
grant [2] 58/22 67/20
grateful [1] 58/24
gravity [1] 25/15
great [4] 13/3 13/13 57/1 57/16
greater [2] 25/19 68/8
greatly [1] 63/8
Greenbelt [2] 1/18 31/8
grenades [1] 26/23
Griffin [1] 10/18
ground [5] 2/23 3/21 10/12 17/21 19/4
grounds [1] 26/16
group [8] 6/2 35/2 35/7 57/25 58/10 62/8 66/3 66/4
groups [3] 7/7 58/12 58/14
guarantees [1] 38/13
guard [1] 59/23
guards [1] 24/10
guess [1] 41/16
guided [1] 4/23
guilty [12] 3/5 3/11 5/7 11/4 20/17 37/1 39/20 48/23 65/17 65/21 71/9 71/17
guy [5] 18/22 33/24 45/14 48/16 49/10
guys [1] 25/5

**H**

H-A-V-A [1] 36/22
had [60] 2/19 2/24 4/6 8/6 9/5 10/16 13/1 13/23 16/7 16/10 16/10 17/5 20/4 20/24 21/15 22/7 22/8 22/13 22/21 23/17 24/10 24/25 28/15 29/15 29/15 36/24 37/1 38/9 38/15 38/17 38/22 42/11 44/14 48/12 48/16 48/17 49/6 50/11 50/12 50/19 53/14 55/9 55/18 56/2 57/7 57/11 57/16 58/16 59/23 60/15 60/18 61/20 62/1 64/9 64/17 64/18 64/21 66/12 67/16 72/7
half [1] 15/21
hall [1] 13/17
hand [9] 11/13 11/13 30/2 41/8 41/15

44/23 45/22 45/23 46/15
handed [1] 21/18
handling [1] 31/9
hands [4] 44/14 45/2 46/22 47/6
hang [4] 15/12 33/8 33/13 33/13
happen [3] 38/4 38/14 67/10
happened [19] 32/14 38/4 42/8 42/17 42/22 46/1 47/23 48/15 49/1 49/8 53/14 53/24 56/18 58/13 59/17 60/15 64/10 67/22 68/22
happening [2] 16/5 61/7
happens [2] 37/25 41/20
happenstance [1] 7/5
happy [2] 47/18 49/7
hard [1] 53/1
harder [1] 58/16
has [32] 2/18 3/3 6/25 7/16 9/15 18/17 20/18 20/20 21/17 23/14 26/6 26/21 27/8 31/18 37/21 41/3 45/6 45/16 46/15 53/20 53/21 53/25 54/5 54/25 55/13 57/1 57/22 62/3 64/10 65/22 66/8 68/22
hat [1] 30/10
hated [1] 7/15
Hava [1] 36/22
have [90]
having [8] 8/4 15/23 27/9 40/6 42/19 52/10 52/11 68/19
he [287]
he'll [1] 69/10
he's [82]
head [3] 10/18 29/8 29/9
headed [1] 5/12
health [1] 20/9
hear [21] 2/23 4/12 5/14 12/17 15/19 29/13 30/20 32/4 32/17 33/12 33/23 35/21 35/22 36/3 39/1 39/4 40/15 49/14 49/15 61/19 62/8
heard [8] 9/22 13/19 15/1 16/6 43/23 49/17 54/10 67/13
hearing [1] 1/8 2/21 32/11 35/12 53/1
hearted [1] 53/7
held [3] 25/22 33/2 56/21
help [5] 18/8 33/25 39/7 44/18 49/11
helped [1] 19/10
helpful [1] 46/14
helping [2] 19/20 44/19
her [2] 9/13 18/20
here [28] 2/13 3/15 4/22 11/9 12/1 18/12 19/2 19/12 19/22 23/25 24/11 29/17 31/9 33/24 35/14 36/16 37/5 37/13 42/8 45/5 45/19 46/21 47/17 50/20 54/7 64/7 64/9 64/7 64/10
here's [2] 11/17 12/14
hereby [1] 72/6
hereto [1] 72/12
hero [1] 19/22
heros [1] 13/11
hide [1] 42/23
hiding [1] 30/11
Hill [1] 17/10
him [91]
himself [13] 6/1 6/2 6/4 7/5 13/2 25/6 25/25 26/5 30/15 30/22 36/12 39/20 43/13
hip [2] 33/24 33/25
hire [1] 57/14

his [142]
history [10] 5/17 7/16 7/18 19/22 20/7 20/11 20/11 23/25 49/9 67/7
hit [2] 41/14 44/2
hitting [1] 18/20 47/8
HOGAN [2] 1/9 52/23
hold [2] 6/21 11/21
holds [1] 7/1
home [6] 8/21 15/24 16/5 22/9 61/6 62/11
homeowner [1] 27/8
homophobic [1] 9/10
honest [1] 59/16
Honor [96]
HONORABLE [1] 1/9
Hop [1] 7/10
hope [4] 56/19 56/20 58/4 71/8
hopefully [1] 28/7
hoping [1] 65/21
horrible [1] 44/16
hour [1] 15/21
hours [5] 16/3 30/9 46/1 59/13 67/24
house [2] 13/7 13/7
how [14] 9/2 10/3 34/13 36/4 37/17 37/23 42/20 43/14 44/1 46/7 51/5 51/5 53/14 60/9
However [2] 6/4 21/6
huge [1] 49/10
humiliated [1] 57/6
hundred [4] 42/21 43/25 56/10 58/4
hundreds [2] 17/18 33/11
hung [1] 29/9
hurt [1] 55/12

**I**

I'd [6] 52/19 53/5 54/17 55/7 56/13 58/24
I'll [7] 4/4 4/12 9/2 20/7 54/24 70/2 71/18
I'm [46] 2/16 18/22 19/4 24/14 28/3 32/7 35/3 36/2 41/2 48/23 49/7 49/20 49/22 49/23 50/24 52/18 52/19 52/25 53/1 54/2 54/3 55/10 55/11 56/5 56/12 56/17 57/13 57/13 57/16 57/17 57/22 58/2 58/5 58/6 58/15 60/21 64/12 66/5 66/17 67/4 67/19 67/19 68/16 69/17 69/25 70/12
I've [14] 29/19 53/2 55/12 56/5 56/6 56/8 56/9 57/3 57/12 57/12 57/13 58/2 59/13 67/16
iceberg [1] 8/23
idea [4] 8/10 16/4 17/9 54/15
ideas [1] 38/13
identified [1] 58/14
identify [4] 2/5 18/25 35/11 39/7
ignorant [1] 23/6
illegal [1] 25/23
image [1] 62/1
immaterial [1] 50/8
immediate [1] 67/23
immediately [1] 21/13 48/18 48/19 55/20
important [4] 25/13 25/16 48/24 58/20
Importantly [1] 68/9
impose [3] 4/16 27/14 54/5
imposed [2] 4/22 70/18
impressed [1] 38/25

**I**

**impression [1]** 49/5
**imprisonment [4]** 4/16 26/9 27/14 70/12
**improve [1]** 58/23
**inauguration [2]** 12/5 14/3
**incarceration [2]** 20/14 25/11
**incident [1]** 42/12
**include [1]** 4/25
**included [4]** 7/7 14/2 33/22 50/5
**including [7]** 3/11 3/13 9/6 12/3 50/12 67/13 68/6
**inconceivable [1]** 17/20
**Indeed [3]** 14/15 20/23 26/20
**indicate [3]** 59/4 64/3 64/4
**indicates [1]** 67/16
**indicating [3]** 9/11 21/20 40/3
**indications [1]** 65/10
**indictment [1]** 3/25
**indiscernible [12]** 4/18 6/19 13/25 26/8 26/25 29/16 45/9 46/11 48/20 66/2 66/16 68/17
**individual [3]** 16/19 50/18 54/8
**individualized [1]** 32/25
**individuals [5]** 13/6 14/2 15/1 39/8 62/2
**ineffective [1]** 71/1
**inexcusable [1]** 55/9
**inexpensively [1]** 65/20
**influence [1]** 25/18
**information [9]** 3/25 21/20 23/15 23/22 50/13 62/16 62/25 64/18 71/15
**informed [1]** 21/15
**informs [1]** 21/7
**infraction [1]** 71/10
**initial [3]** 18/12 20/23 63/5
**Initially [1]** 8/14
**innocence [1]** 70/24
**innocent [2]** 43/13 57/10
**insane [1]** 9/2
**inside [2]** 14/1 67/11
**instance [6]** 6/7 7/2 10/7 16/24 21/3 41/19
**Instead [1]** 21/14
**institution [1]** 71/8
**institutions [1]** 26/14
**instructions [1]** 70/10
**intend [2]** 44/3 55/24
**intended [2]** 8/7 41/2
**intending [1]** 42/3
**intent [2]** 20/24 39/25
**intention [1]** 47/24
**interact [1]** 40/13
**interacted [1]** 44/11
**interacting [1]** 40/12
**interaction [8]** 32/1 40/7 42/19 43/4 44/1 55/21 59/15 66/14
**interest [3]** 22/7 69/18 69/18
**interested [1]** 21/24
**interesting [4]** 8/5 28/23 42/7 45/24
**interfere [3]** 20/15 25/12 25/12
**Internet [1]** 9/23
**interpretation [1]** 66/12
**interview [20]** 6/8 18/19 18/25 24/1 24/8 34/15 36/15 36/16 39/6 40/6 43/2 43/3 43/7 43/10 44/10 47/20 50/11 50/16 53/11 59/12

**interviewed [3]** 7/24 16/13 59/9
**interviewer [1]** 35/15
**interviews [9]** 29/23 32/3 32/4 34/15 36/11 48/1 59/4 59/13 62/14
**involved [9]** 16/23 43/15 45/7 53/25 58/9 63/16 64/22 65/10 68/14
**involvement [2]** 22/7 66/25
**irresponsible [1]** 38/1
**is [182]**
**isn't [1]** 15/15
**issue [10]** 3/15 32/1 36/5 40/11 45/9 45/20 62/21 63/25 64/16 71/19
**issues [2]** 20/9 64/15
**it [163]**
**it's [38]** 2/21 3/6 12/8 14/22 24/15 24/17 35/22 35/22 36/19 36/19 37/7 37/20 38/7 38/7 40/13 40/20 41/16 41/20 46/10 46/20 46/21 49/3 49/8 49/8 49/8 50/21 54/18 55/6 59/17 59/25 60/5 60/14 62/13 63/7 65/16 67/7 68/24 70/8
**its [5]** 5/23 6/23 23/12 38/23 38/24
**itself [1]** 26/16
**Ivy [1]** 1/17

**J**

**jail [8]** 4/20 4/22 54/22 68/3 70/8 71/7 71/7 71/11
**January [13]** 21/12 21/14 22/17 22/18 25/12 26/12 30/23 31/5 31/11 38/7 53/6 54/15 69/2
**January 19th [1]** 21/14 22/18
**January 6th [4]** 22/17 25/12 26/12 54/15
**January 7th [1]** 30/23
**Jesus [1]** 9/6
**job [4]** 25/5 56/9 57/12 63/10
**jobs [2]** 33/17 58/16
**Joe [2]** 7/7 7/8
**join [2]** 6/2 58/12
**joined [1]** 58/12
**Jones [4]** 1/21 72/4 72/15 72/16
**Josh [1]** 2/6
**Joshua [1]** 1/12
**joshua.rothstein [1]** 1/15
**journalist [2]** 19/24 26/2
**judge [6]** 1/9 1/10 9/3 31/1 52/23 53/3
**judgment [4]** 67/17 69/8 70/21 71/19
**judicial [1]** 69/2
**July [5]** 36/15 43/2 43/2 47/20 59/9
**jumps [2]** 46/10 46/13
**juncture [1]** 43/15
**jurists [1]** 43/15
**just [62]** 2/18 6/3 8/1 8/8 8/12 8/25 9/16 10/2 11/9 17/3 17/16 19/2 19/8 19/9 19/19 19/20 20/22 22/2 22/23 22/24 24/4 24/10 25/9 28/12 28/20 31/17 35/8 35/17 36/10 36/21 37/10 37/10 41/18 43/18 43/23 45/19 46/8 46/12 47/5 48/14 49/2 49/25 50/2 51/25 55/12 55/21 56/1 57/1 57/14 58/17 59/18 59/23 59/24 60/5 60/14 60/16 60/16 62/10 67/12 67/15 67/15 68/15
**JUSTICE [2]** 1/12 52/22
**JUSTICE-CRM [1]** 1/12
**justification [2]** 45/4 45/5

**justified [1]** 68/11
**justifying [1]** 22/8

**K**

**Kathy [1]** 10/18
**keep [6]** 10/24 11/12 11/21 21/5 53/2 53/4
**kick [1]** 19/9
**kidding [1]** 18/21
**kids [1]** 37/18
**kind [8]** 6/11 6/12 19/10 19/20 24/19 39/22 53/7 60/6
**kinds [1]** 46/6
**knew [3]** 31/3 31/7 55/22
**knocked [2]** 11/10 13/4
**knocks [1]** 19/3
**know [52]** 8/2 9/24 11/5 11/8 16/12 24/10 24/12 24/19 24/20 28/15 30/8 30/9 30/23 31/8 31/9 32/9 32/16 32/17 34/7 35/12 36/2 36/14 37/11 37/23 37/24 40/25 41/1 42/6 44/16 45/4 45/14 48/4 48/7 48/8 49/6 50/5 50/14 51/5 52/23 53/3 53/5 54/11 54/12 54/19 55/16 56/7 59/23 60/5 60/7 62/10 67/8 70/7
**knowing [1]** 31/24
**knows [1]** 39/17

**L**

**lack [2]** 20/18 45/5
**laid [1]** 13/13
**landing [1]** 44/23
**Lane [1]** 1/17
**language [2]** 3/20 43/14
**large [3]** 12/17 14/7 34/21
**larger [1]** 34/12
**last [6]** 15/20 21/23 32/11 37/13 46/1 56/2
**later [4]** 42/9 61/1 62/25 68/22
**law [30]** 3/14 5/3 6/8 7/24 10/10 11/10 13/12 14/16 14/15 15/5 16/11 16/24 18/18 19/25 21/13 21/18 24/9 24/24 25/2 25/5 25/25 26/2 26/10 26/17 26/19 26/24 27/7 29/6 32/24 68/10 69/7
**lawless [1]** 13/14
**lawmakers [1]** 26/17
**lawyer [1]** 54/5
**leader [1]** 57/20
**leaders [1]** 13/12
**least [5]** 22/13 45/18 53/23 54/16 63/9
**leave [4]** 6/10 20/13 61/13 65/21
**leaves [1]** 48/19
**leaving [2]** 20/4 33/18
**led [1]** 66/6
**left [14]** 13/22 14/14 15/9 15/10 18/6 37/12 45/22 50/23 51/7 51/10 55/13 63/13 64/2 66/20
**legal [2]** 5/19 31/4
**less [2]** 18/18 51/11
**lesser [2]** 26/25 27/3
**let [6]** 2/23 24/19 32/9 49/23 60/5 67/12
**Let's [1]** 4/5
**letters [1]** 7/8
**letting [4]** 25/6 59/5 59/7 60/12
**liberal [2]** 10/4 23/6
**liberals [1]** 9/2

**L**

liberty [1] 14/5
lied [1] 18/17
life [7] 54/20 55/17 58/20 58/22 63/7 64/19 66/6
light [2] 33/5 38/25
like [38] 9/11 18/21 19/7 19/9 19/18 19/19 19/19 24/11 24/13 24/17 30/3 30/4 31/2 33/18 33/20 34/14 36/7 40/15 43/11 45/10 45/12 47/6 49/14 51/4 52/19 52/23 53/3 54/17 55/7 56/1 56/13 58/7 59/24 60/1 60/2 60/3 61/3 64/20
liked [1] 64/19
likes [1] 30/4
Lincoln [1] 51/6
line [1] 51/4
lines [1] 13/4
listen [1] 10/3
literally [3] 8/15 8/15 16/2
little [9] 28/4 32/18 34/9 34/11 44/6 46/8 46/10 53/1 64/12
lives [1] 58/4
living [1] 68/20
LLC [1] 1/17
local [2] 70/8 71/7
Locke [3] 35/16 35/23 61/2
longer [2] 57/22 70/18
look [11] 8/13 25/3 32/6 32/10 34/21 40/24 41/5 42/11 44/11 45/22 46/7
looked [2] 48/10 65/15
looking [3] 8/18 38/2 44/10
looks [3] 30/1 33/18 35/13 44/21 45/9 45/11 47/5
lose [1] 54/21
lost [10] 6/3 17/20 57/3 57/12 58/2 63/9 63/10 63/10 63/11 63/11
lot [8] 27/25 28/7 37/11 46/20 54/2 56/8 57/2 58/2
lots [1] 41/1
loud [3] 11/15 12/8 14/9
loved [1] 57/25
loves [1] 37/21
luckily [2] 17/19 18/7
lumped [2] 32/22 37/25
lunch [1] 49/25
lunge [3] 41/7 41/12 48/10
lunged [1] 48/3
lunges [2] 19/3 50/23
lunging [4] 41/18 44/17 46/18 51/1
lying [1] 9/1

**M**

M-E-R-R-I-C-K [1] 52/18
M-I-R-E-L-L [1] 36/23
machine [3] 1/24 72/6 72/11
made [20] 13/13 13/15 14/20 20/20 20/25 21/7 22/5 28/17 29/13 31/11 36/4 36/12 38/22 40/19 49/10 50/6 58/15 61/2 66/4 69/21
magically [1] 9/17
major [2] 51/7 63/7
majority [1] 7/10
make [22] 6/2 6/5 6/22 7/19 13/1 13/2 15/16 25/3 30/7 30/14 30/21 31/10 34/8 35/12 38/10 38/24 40/19 41/10 50/2 51/16 64/2 69/15

makes [1] 51/14
making [4] 8/16 8/18 25/7 39/23
male [1] 35/22
mall [2] 8/6 55/24
man [2] 53/7 58/25
manipulate [1] 44/5
manner [1] 28/6
many [9] 10/4 13/23 14/13 16/20 29/5 33/20 65/17 67/16 68/10
MARCUSBONSIB [1] 1/17
marcusbonsib.com [1] 1/19
martial [1] 10/10
marveling [1] 38/23
Maryland [1] 8/9
mask [6] 14/19 40/17 40/19 41/8 41/9 45/16
mass [1] 61/17
massive [1] 22/23
material [1] 30/15
materials [1] 4/6
matter [3] 2/3 20/14 30/9
matters [1] 4/14
maximum [2] 3/10 70/19
may [15] 15/1 24/4 27/20 27/24 28/4 33/17 48/12 49/16 58/13 59/12 61/24 62/15 63/6 70/2 71/2
may decide [1] 62/15
maybe [2] 28/20 61/1
MD [1] 1/18
me [41] 2/7 2/12 2/23 3/25 6/10 7/13 8/16 18/21 19/3 19/3 19/8 19/19 19/19 31/6 38/9 39/22 53/12 55/7 55/13 55/22 55/22 56/12 57/1 57/2 57/7 57/10 57/14 57/22 58/14 58/22 59/11 60/10 60/15 61/2 61/19 64/3 65/9 65/16 65/18 67/16 67/17
mean [6] 30/21 34/7 38/18 46/20 62/7 67/15
Means [1] 24/3
meant [1] 56/25
media [6] 2/19 10/4 21/24 21/25 28/18 57/7
medical [1] 20/9
meet [3] 23/21 31/12 31/14
meetings [1] 9/5
member [3] 53/25 57/18 58/10
members [1] 16/24
meme [2] 10/18 22/25
memes [1] 9/10
memo [5] 5/18 33/19 38/7 50/7
memorandum [5] 4/10 21/1 21/4 29/22 64/16
memorials [1] 8/7 8/10
mend [1] 58/23
mental [1] 20/9
mentioned [2] 57/20 69/8
MERRICK [3] 52/9 52/17 52/17
message [3] 23/3 25/22 30/3
met [2] 28/15 31/15
Metropolitan [1] 11/20
Michael [1] 10/8
middle [3] 6/4 8/11 45/14
might [1] 44/11
Mike [4] 15/12 33/8 33/13 33/13
miles [1] 7/4
mind [1] 44/16
minimize [1] 25/24

minimizing [1] 50/13
minor [1] 63/5
minute [4] 34/8 49/24 49/25 51/14
minutes [3] 8/16 28/20 43/19
Mirell [1] 36/22
misdemeanor [6] 63/3 63/4 68/23 69/1 69/12 69/13
mislead [1] 6/24
misleading [2] 22/1 59/17
misrepresent [1] 47/22
misrepresentations [2] 20/21 30/7
misrepresented [1] 30/15
missing [4] 9/18 19/4 46/13 47/2
mistake [3] 49/10 55/17 55/17
mistakes [3] 22/5 36/4 36/12
mixed [1] 30/3
mob [5] 5/12 13/14 14/10 16/23 18/2 25/17
moment [3] 27/20 36/9 39/5
money [1] 70/1
monster [1] 7/14
month [4] 3/4 3/8 10/3 69/25
months [17] 4/17 24/23 25/11 26/9 27/14 42/17 42/17 49/4 54/11 54/13 54/13 54/16 58/3 68/3 69/10 69/15 70/9
months imprisonment [1] 26/9
monuments [3] 8/7 8/10 55/24
more [15] 7/16 9/19 10/7 22/6 27/4 27/9 28/10 32/5 36/6 41/23 43/15 43/19 58/22 63/25 64/7
morning [6] 2/2 2/6 2/10 16/10 27/11 48/24
most [9] 7/15 8/11 13/9 19/21 25/13 31/18 56/3 58/1 59/14
mostly [1] 35/23
motion [2] 18/3 71/2
motivations [2] 23/12 23/18
mourn [1] 13/15
move [3] 48/17 58/18 58/22
moved [4] 31/1 36/15 41/23 47/14
moves [1] 41/13
Mr [91]
Mr. [9] 2/22 3/2 4/13 31/20 36/20 45/19 47/18 48/22 50/24
Mr. Bosnib [1] 4/13
Mr. Reeder [7] 2/22 31/20 36/20 45/19 47/18 48/22 50/24
Mr. Rothstein [1] 3/2
Mrs. [1] 51/6
Mrs. Lincoln [1] 51/6
much [8] 5/18 6/16 20/3 29/3 30/13 48/24 54/12 63/20
museums [3] 8/11 55/25 55/25
must [4] 4/24 25/20 25/22 66/11
my [52] 2/12 7/7 7/8 9/8 19/4 24/9 28/8 29/4 29/4 29/5 29/7 31/19 32/12 48/9 48/9 52/1 52/17 53/2 53/5 54/13 55/8 55/17 57/2 57/2 57/4 57/4 57/5 57/8 57/9 57/10 57/12 57/15 57/15 57/16 57/18 57/22 57/25 58/21 58/22 58/23 59/12 59/16 59/22 60/5 60/8 61/2 63/20 65/7 65/13 68/4 72/11 72/12
myself [8] 35/16 35/22 36/19 49/6 55/13 55/18 55/25 58/23
mysterious [1] 8/25

## N

name [8] 36/22 37/6 52/15 52/15 52/17 57/15 57/17 72/13
names [2] 29/4 58/13
Nancy [1] 9/15
narrates [1] 12/9
narrative [2] 7/1 23/6
nation [1] 5/17
Naturally [1] 54/10
nature [4] 4/25 5/8 45/11 52/21
Nazis [1] 23/4
near [2] 10/23 66/17
necessary [3] 20/25 26/10 68/8
need [9] 5/2 5/3 5/4 7/13 14/22 25/8 32/23 38/11 68/18
needed [1] 15/15
needs [1] 56/11
nefarious [1] 28/14
neighborhood [1] 21/15
neighbors [1] 57/15
neither [1] 10/24
neutral [1] 48/21
Nevada [2] 9/11 9/11
never [16] 5/25 23/9 24/4 41/23 41/24 47/13 47/14 47/14 47/15 55/9 56/5 56/16 58/7 58/9 58/10 60/16
new [4] 2/18 57/13 62/22 70/22
news [4] 24/19 32/2 58/8 60/2
next [7] 8/24 9/1 14/18 14/18 39/10 43/18 44/4
night [1] 9/17
no [48] 1/4 7/1 11/1 12/1 12/1 12/19 16/25 19/15 19/15 19/15 19/15 19/15 19/15 20/3 20/3 20/8 20/24 21/8 22/7 24/9 24/11 25/19 30/23 30/25 34/19 38/13 42/6 48/16 53/16 53/17 53/18 57/7 57/14 57/22 58/16 59/22 59/24 61/3 61/3 61/12 62/20 62/20 65/7 66/5 67/12 69/13 69/14 71/21
nobody [4] 39/18 40/2 42/8 52/4
none [1] 41/1
noninvolved [1] 43/13
nonviolent [1] 49/9
north [1] 17/4
not [153]
note [3] 11/4 14/21 36/10
noted [4] 21/17 22/19 32/4 33/19
notes [2] 20/16 72/11
nothing [11] 8/4 34/23 34/25 35/6 45/6 45/17 48/17 54/5 56/15 56/16 57/11
notice [6] 14/25 19/2 33/3 33/5 35/1 53/20
noticed [1] 13/23
November [2] 8/14 9/8
now [37] 6/9 12/2 12/8 24/12 30/6 30/22 32/2 32/21 33/14 35/17 36/14 36/15 37/6 40/18 43/1 43/6 44/21 45/3 45/8 45/16 45/17 45/22 45/24 46/12 46/14 47/2 47/2 53/22 58/4 59/20 62/12 63/2 64/9 65/1 68/22 69/13 70/5
number [4] 3/16 30/9 50/3 50/9
numerous [2] 7/6 11/7 20/21
NW [1] 1/13

## O

obligation [1] 71/21
obscure [1] 23/11
observed [2] 21/22 40/1
obstacle [1] 67/13
obviously [7] 3/24 16/16 40/25 54/22 62/8 62/22 63/7
occasions [2] 23/22 51/8
occur [1] 17/19
occurred [2] 44/1 50/11
occurring [1] 16/1
October [1] 1/5
off [12] 9/23 11/15 18/8 19/2 29/16 33/25 38/24 41/7 43/13 45/19 46/18 47/12
offender [1] 54/19
offense [6] 5/1 5/3 5/9 54/8 63/5 68/9
offenses [2] 4/19 25/15
offer [1] 31/12
offers [1] 31/13
office [4] 28/16 31/7 31/15 70/15
officer [75]
officer's [3] 44/15 46/15 47/15
officers [19] 10/23 11/11 13/13 17/10 17/15 17/18 17/22 18/2 20/3 21/4 25/2 26/17 26/19 40/2 40/8 42/7 46/14 51/11 59/11
officers' [1] 58/15
official [4] 1/22 72/4 72/10 72/16
officials [1] 24/25
often [1] 21/11
oh [3] 10/11 32/12 49/6
okay [1] 49/22
old [3] 20/8 37/16 58/4
oldest [1] 52/19
once [3] 22/8 48/10 71/20
one [32] 8/19 9/6 9/7 9/12 11/1 14/6 14/22 15/20 20/12 25/13 30/2 31/2 33/6 34/18 35/17 36/1 40/23 42/15 45/8 45/9 45/25 46/5 48/10 49/12 50/3 53/24 56/10 57/13 57/14 58/22 59/9 59/9
one's [1] 35/18
only [17] 8/15 8/23 23/19 26/4 26/24 29/18 31/11 31/17 31/21 41/9 44/2 47/11 50/5 55/16 65/9 70/8 71/16
open [2] 11/1 59/16
opened [1] 34/1
operations [3] 63/17 63/18 65/25
opinion [2] 5/23 60/8
opportunities [1] 50/19
opportunity [1] 27/17
opposed [1] 3/22
order [3] 10/10 69/18 70/16
ordered [1] 70/13
orderly [1] 26/14
ordinary [1] 35/8
organization [1] 58/10
original [2] 2/14 63/17 63/25
originally [2] 63/23 67/2
other [34] 3/19 7/17 13/7 14/2 16/20 24/24 26/7 26/22 28/22 29/6 30/19 32/7 33/1 35/2 35/7 40/24 41/25 42/15 44/11 44/25 45/2 45/14 45/21 47/3 51/5 54/6 54/11 55/12 60/22 63/22 67/1 69/14 71/8 71/21
others [6] 5/19 13/5 24/8 33/20 54/9 63/13
otherwise [5] 10/24 29/24 50/7 63/6 65/12
ought [1] 48/22
our [116] 4/26 4/22 5/16 7/17 13/7 27/25 28/15 32/17 33/19 38/7 63/17
ourselves [3] 31/10 31/11 38/10
out [40] 4/11 8/8 8/15 8/21 10/2 15/11 15/20 17/14 20/4 21/5 23/2 23/11 27/6 28/4 28/9 29/3 29/20 31/7 33/21 33/22 34/1 38/8 38/11 38/12 43/23 44/20 45/10 49/3 49/5 49/11 51/7 53/6 54/5 55/20 55/21 59/18 65/19 66/20 67/12 70/16
outnumbered [1] 26/20
outrageous [2] 37/17 37/20
outside [5] 12/20 14/2 21/9 21/15 65/4
over [17] 9/13 11/10 13/4 15/21 19/13 21/18 30/8 30/9 30/21 31/17 32/14 37/11 43/1 58/3 60/20 62/2 66/21
overall [1] 30/17
overrun [1] 24/25
overrunning [1] 14/11
overthrow [1] 63/17
overwhelmed [1] 26/19
own [5] 5/24 7/19 21/11 27/10 35/3 68/7
owner [1] 9/21

## P

p.m [5] 12/6 17/11 51/22 51/23 72/2
page [6] 16/18 16/25 21/3 28/14 28/16 37/9
pages [2] 29/5 72/9
paid [1] 70/1
parade [3] 3/2 13/20 48/23
parading [3] 2/16 3/23 69/3
paralegal [2] 2/12 31/19
paraphrasing [1] 9/2
parent [1] 57/7
parse [1] 30/6
part [11] 7/6 16/11 43/9 43/12 44/18 45/25 55/15 57/14 59/18 66/3 66/4
partial [1] 50/15
participants [2] 25/17 71/9
participated [1] 4/21
participating [2] 22/5 60/22
participation [2] 5/9 53/24
particular [1] 34/19
particularly [1] 4/8
parties [1] 2/4
partisan [2] 13/5 14/4
party [2] 7/9 43/13
party's [1] 10/16
passed [2] 12/2 14/8
past [2] 22/16 22/17
pasted [1] 28/11
pathetic [1] 10/16
Patriot [1] 7/9
pause [1] 27/23
pay [10] 15 58/5 69/10 69/24 70/2
paycheck [1] 58/3
peaceful [1] 67/9
Pelosi [1] 9/15
penalties [1] 69/19
Pence [4] 15/12 33/8 33/13 33/13
pending [1] 20/13
penniless [1] 70/4
people [55] 12/10 13/17 13/23 14/7 15/20 18/2 19/7 19/18 24/19 24/21

## P

people... [45] 25/6 26/22 29/15 33/1 33/11 33/12 33/12 34/22 35/2 35/7 35/16 39/2 44/11 44/14 44/19 44/19 44/25 45/6 45/21 46/9 51/11 54/3 54/6 54/12 55/12 55/23 56/2 56/3 56/19 56/24 57/2 59/7 60/6 60/7 60/8 60/19 61/17 61/17 61/20 61/21 62/6 63/17 67/16 68/11
pepper [6] 11/16 15/22 26/23 62/9 64/6 67/14
perceived [3] 40/20 42/5 54/1
percent [9] 42/20 42/21 44/1 51/3 52/2 52/2 52/3 52/5 56/10
perception [2] 41/3 48/14
perhaps [4] 35/3 35/3 35/4 47/12
permanent [2] 5/17 55/13
permitted [1] 65/5
person [3] 29/14 39/23 67/22
personal [4] 24/10 59/22 60/8 65/8
personally [1] 64/20
pertinent [1] 25/10
phone [6] 6/11 21/18 21/19 31/17
photo [4] 9/23 11/17 17/22 62/3
photos [1] 19/1
phrase [1] 14/5
physical [1] 16/10
physically [1] 20/2
picket [1] 3/2
picketing [1] 2/17
picking [1] 39/4
picture [7] 29/8 31/2 33/10 40/18 61/15 61/21 62/6
pictures [8] 36/25 39/7 40/25 42/10 43/20 44/9 56/1 56/3
piece [2] 42/10 47/2
pieces [1] 34/12
place [2] 11/21 13/9
placed [3] 3/21 14/1
plain [1] 51/13
Plaintiff [1] 1/3
plan [2] 24/19 60/6
planned [1] 55/10
Plans [1] 14/3
platform [1] 14/3
play [3] 30/21 34/15 46/2
played [32] 11/24 12/7 12/15 12/23 14/24 15/8 15/13 15/18 17/2 17/8 17/24 18/9 34/17 35/10 35/25 36/13 37/4 38/5 38/19 39/3 39/9 39/14 40/4 40/10 40/22 42/14 42/25 43/5 43/8 43/17 46/4 50/9
plea [6] 2/14 3/3 11/3 63/3 65/21 69/16
plead [1] 20/17
pleading [4] 11/4 11/4 54/8 65/17
pleadings [1] 6/14
please [7] 2/5 27/19 27/24 52/7 52/15 53/2 58/21
pled [8] 3/2 3/5 3/10 3/19 37/1 39/20 48/23 71/17
point [22] 8/8 14/22 15/11 16/17 17/11 17/14 18/11 19/14 24/14 27/6 30/12 33/23 42/15 43/23 44/24 45/5 48/10 48/11 58/18 61/2 62/13 66/17
pointed [4] 38/11 45/10 54/5 55/20
points [3] 23/2 49/17 50/3
poison [1] 57/13

## P (col 2)

police [46] 3/4 4/5/5 11/20 11/20 12/18 12/19 14/19 16/22 18/2 18/2 15/23 16/3 16/7 17/10 17/15 20/2 20/4 26/22 32/2 34/15 40/8 40/25 42/13 42/19 43/20 44/14 44/15 45/5 55/21 56/8 56/10 56/23 58/15 59/4 59/11 59/15 60/12 60/14 60/20 62/24 63/21 64/5 66/14 67/1 67/11 67/12 67/25
policies [2] 6/17 29/15
political [9] 27/2 29/1 29/13 29/18 30/16 35/9 58/10 65/7 68/12
politically [2] 58/9 64/22
politicians [1] 13/12
politics [1] 65/11
polls [1] 9/14
poor [1] 59/12
portal [1] 6/3
portion [1] 19/5
portions [2] 28/11 34/15
POS [1] 10/15
position [5] 30/17 35/9 45/17 46/15 59/8
positions [1] 29/13
possible [4] 9/3 57/21 63/3 65/20
possibly [2] 25/19 67/9
post [17] 7/11 8/14 8/16 8/24 9/1 9/10 9/15 9/19 9/25 10/8 10/17 21/25 22/3 22/3 23/13 24/2 24/4
posted [3] 22/21 29/2 29/18
posting [5] 21/24 22/14 22/16 22/20 22/25
postings [3] 23/4 23/12 29/24
posts [6] 6/5 10/6 10/14 24/1 29/1 50/4
power [1] 25/14
PowerPoint [3] 2/19 28/1 28/20
preceding [1] 23/13
predict [1] 38/17
preliminary [1] 21/19
prepared [3] 38/16 43/22 55/4
presence [1] 22/8
present [3] 2/11 35/14 51/21
presentation [4] 2/19 4/5 27/17 28/8
presentations [1] 27/25
presented [1] 54/4
presentence [1] 70/14
presenting [1] 4/10
president [6] 6/6 6/16 6/17 7/7 7/8 7/16 7/17 9/25 10/1 10/19 63/19
pressing [1] 14/10
presumption [1] 4/19
pretty [6] 20/3 31/25 37/12 47/21 51/13 54/3
prevent [1] 51/9
previously [1] 22/21
price [1] 10/15
primary [1] 35/15
prior [3] 27/12 54/15 66/5
prison [4] 9/3 70/6 70/8 71/21
prisoners [1] 68/12
private [1] 23/2
probably [1] 36/10
probation [2] 65/21 66/7
probationary [1] 49/13
problem [1] 63/7
problems [1] 20/10
proceedings [4] 1/24 72/1 72/7 72/10

## P (col 3)

proceeds [2] 21/9 24/15
process [2] 25/18 26/15
processes [1] 25/13
produce [1] 29/19
produced [3] 1/25 2/20 64/23
product [1] 31/19
program [1] 44/5
prohibited [2] 22/13 22/16
projected [1] 9/19
promises [1] 38/13
promote [4] 5/3 26/10 32/23 68/10
promoted [5] 7/23 23/15 30/5
promptly [1] 20/17
properly [1] 25/18
property [3] 15/4 16/4 26/12
prosecutor [1] 54/10
protect [3] 26/18 46/19 68/16
protest [2] 25/16 56/5
protester [1] 56/6
protesters [4] 11/11 11/19 17/19 26/21
protesting [1] 65/24
proud [5] 5/9 5/16 56/14 57/18 64/3
prove [1] 22/23
provide [4] 68/15 68/15 68/17 69/25
provided [2] 23/23 23/24
provides [1] 68/5
public [5] 8/17 26/25 62/3 65/4 68/16
publications [2] 64/21 64/24
publicity [1] 66/8
pull [1] 18/8
pulled [3] 8/21 66/20 66/21
pulling [1] 68/1
pulls [1] 41/9
punch [1] 41/15
punching [4] 14/19 19/14 20/2 46/16
punish [1] 28/24
punished [1] 48/22
punishment [4] 27/3 38/3 68/7 68/15
purpose [1] 25/1
purposefully [1] 24/25
purposes [1] 12/4
pursuant [1] 69/7
push [2] 18/12 19/6
pushed [13] 2/22 17/21 18/5 19/7 19/9 19/13 19/18 19/18 46/24 48/2 48/4 48/5 50/22
pushing [14] 11/19 18/14 26/22 43/13 46/16 46/24 47/12 50/20 51/6 60/19 60/20 60/21 62/2 66/15
put [4] 29/12 33/3 37/6 68/2
puts [2] 35/1 48/21
putting [3] 31/20 34/11 57/8

## Q

question [4] 2/23 30/25 53/16 53/18
questions [1] 54/25
quick [1] 32/6
quickly [4] 28/2 32/11 41/13 65/19
quite [2] 50/21 66/23
quote [9] 5/20 8/4 15/23 15/25 16/7 16/20 21/10 21/21 22/2

## R

R-E-E-D-E-R [1] 52/17
racist [1] 9/10
radicals [1] 10/12

**R**

**radioactive [1]** 57/14
**raise [1]** 62/23
**raising [1]** 14/4
**rally [5]** 7/3 7/23 8/5 23/12 30/11
**ran [1]** 64/15
**rate [1]** 69/25
**rather [3]** 14/20 37/14 38/25
**reach [1]** 31/7
**reached [3]** 38/8 59/18 66/19
**react [1]** 41/19
**reaction [4]** 41/19 48/15 54/1 67/23
**reacts [1]** 41/14
**read [2]** 4/6 22/2
**ready [1]** 43/6
**real [2]** 62/21 63/20
**reality [4]** 6/15 7/1 8/12 26/9
**realize [3]** 16/5 61/7 67/9
**realized [3]** 15/25 43/12 43/15
**realizing [1]** 64/11
**really [17]** 3/19 10/3 18/2 35/6 45/24
46/14 51/20 53/13 54/19 55/7 55/18
56/7 58/15 59/2 59/20 63/25 66/1
**reason [8]** 16/11 22/20 23/10 29/19
41/11 48/16 50/12 62/10
**reasons [4]** 27/11 28/13 28/15 67/21
**rebut [1]** 65/9
**rebuttal [1]** 64/24
**recall [3]** 11/3 20/1 53/15
**recast [1]** 51/16
**receive [1]** 71/11
**received [2]** 28/6 71/1
**receiving [1]** 54/12
**reception [1]** 24/6
**recess [3]** 49/25 51/20 51/22
**recitation [1]** 49/7
**recognize [1]** 62/12
**recognized [1]** 22/5
**recollection [9]** 32/13 42/12 42/18
43/25 47/1 47/23 52/4 59/16 66/23
**recommendation [2]** 6/23 7/19
**record [10]** 2/4 2/5 13/8 15/5 33/15
36/14 52/1 66/6 67/21 71/17
**recorded [5]** 1/24 5/10 13/14 14/1
15/17
**recording [1]** 15/10
**records [5]** 5/6 7/6 8/14 63/5 69/2
**red [3]** 17/12 17/12 47/17
**redeem [1]** 55/18
**REEDER [96]**
**Reeder's [12]** 4/8 16/19 28/25 29/22
29/22 32/24 37/20 39/11 48/14 49/7
52/19 62/4
**reference [1]** 10/4
**referenced [1]** 42/8
**referring [4]** 19/17 25/5 59/20 62/1
**reflect [3]** 5/2 64/9 68/9
**reflective [2]** 41/21 50/25
**reflects [1]** 41/19
**regained [1]** 51/12
**regarding [1]** 8/17
**regardless [1]** 54/21
**registered [3]** 6/15 6/20 9/20
**regret [1]** 55/10
**regretful [1]** 56/17
**related [1]** 4/1
**relationship [1]** 53/22

**relationships [3]** 57/16 58/20 58/23
**release [1]** 69/14
**released [1]** 70/14
**relegated [1]** 54/15
**relevant [5]** 3/7 3/12 3/17 20/9 29/25
**remain [2]** 68/23 71/17
**remaining [2]** 71/14 71/15
**remains [1]** 69/1
**remembered [1]** 55/14
**remorse [3]** 20/19 26/6 53/10
**remorseful [1]** 53/12
**removed [1]** 40/18
**repair [1]** 58/19
**repeat [1]** 54/19
**repeated [1]** 31/13
**repeatedly [7]** 6/1 6/25 18/17 18/24
20/18 28/23 36/2
**reply [4]** 5/23 20/24 21/2 50/6
**report [8]** 70/6 70/7 70/10 70/11 70/12
70/13 70/14 71/20
**reported [2]** 17/6 72/6
**reporter [7]** 1/21 1/22 37/14 49/24
52/16 72/4 72/16
**reporters [1]** 37/11
**representations [3]** 7/20 20/25 50/6
**Republicans [1]** 7/9
**request [3]** 3/8 4/16 67/20
**requests [1]** 27/13
**requires [1]** 70/15
**resent [1]** 56/13
**residence [1]** 21/16
**resolve [1]** 20/17
**respect [13]** 5/3 5/8 13/24 20/7 20/12
25/8 25/21 26/10 30/5 32/23 40/12
50/4 68/10
**respectfully [1]** 27/13
**respond [3]** 4/13 27/18 49/23
**responding [1]** 28/5
**response [3]** 29/21 29/21 59/21
**responsibility [10]** 13/21 26/7 27/10
31/24 36/4 39/19 55/15 60/11 65/18
68/21
**responsible [5]** 25/23 33/4 37/12
38/15 54/18
**rest [1]** 53/23
**restitution [4]** 27/15 69/15 69/21
69/25
**result [1]** 66/9
**results [1]** 9/16
**resuming [1]** 51/22
**retired [1]** 10/8
**retreat [1]** 14/22
**returned [2]** 22/8 70/16
**reviewed [2]** 4/7 4/8
**rewrite [4]** 6/15 8/12 19/22 23/25
**rewriting [1]** 67/7
**ride [1]** 55/7
**rifles [1]** 14/5
**right [36]** 2/9 4/4 4/5 10/20 15/10 18/5
27/16 32/11 32/21 40/18 43/21 44/7
46/8 46/21 47/4 48/13 50/22 51/19
51/20 52/6 52/21 53/5 54/24 55/2 57/8
58/16 59/20 62/7 62/7 65/3 65/23
67/10 70/17 70/24 71/2 71/17
**rights [3]** 13/12 28/25 34/23
**riot [13]** 5/10 6/4 14/1 21/19 23/8
21/24 24/23 60/18 61/8 63/16 65/16

68/14 71/9
**rioter [2]** 26/1 69/2
**rioters [16]** 11/12 11/14 12/2 13/2 13/4
13/16 13/18 13/21 14/11 14/13 14/18
16/3 25/1 25/17 66/3 67/6
**riotous [1]** 15/25 16/23
**riots [1]** 25/23
**rise [1]** 23/23
**ROBERT [8]** 1/5 1/16 2/3 2/10 2/11
37/6 52/18 69/9
**robertbonsib [1]** 1/19
**Room [1]** 1/22
**rope [1]** 13/3
**Rothstein [6]** 1/12 2/7 2/9 3/1 3/2
27/16
**rotunda [11]** 10/22 12/14 12/22 12/25
13/10 13/11 14/16 33/10 33/18 38/22
56/24
**rough [1]** 55/7
**RPR [2]** 1/21 72/16
**ruined [1]** 58/3
**rule [1]** 26/24
**rush [1]** 56/24
**rushing [1]** 46/5
**Russian [4]** 47/3 47/4 50/12 50/16

**S**

**said [32]** 5/23 8/1 12/9 22/21 24/11
28/5 30/2 32/12 35/3 38/10 39/18
40/15 48/1 49/6 52/2 53/13 56/22
56/23 59/21 59/22 59/23 59/25 60/5
61/7 64/14 65/15 65/16 67/1 67/5 70/3
71/20 72/10
**same [6]** 39/18 45/17 50/21 54/12
57/17 66/11
**sat [1]** 19/24
**saw [17]** 9/7 13/16 17/17 21/7 26/21
29/4 29/7 29/8 29/9 31/22 45/3 45/4
48/6 49/6 50/20 56/18 66/15
**say [36]** 10/4 16/7 16/18 19/16 20/3
24/14 25/4 28/8 28/9 28/13 30/22
32/19 33/14 33/17 39/24 40/3 41/16
42/22 43/11 47/21 48/3 51/3 52/20
53/22 54/16 54/23 56/13 58/12 65/3
65/5 65/12 65/21 67/8 67/15 67/16
69/3
**saying [21]** 6/10 9/6 9/8 9/16 9/25
14/6 14/23 19/3 22/23 24/15 33/13
33/15 33/17 33/24 39/21 41/2 43/10
48/7 51/8 52/4 60/13
**says [36]** 6/9 6/12 6/15 7/12 7/25 8/19
8/22 8/25 9/20 10/9 10/19 10/23 14/22
16/25 18/19 19/6 19/8 19/15 19/17
19/18 21/25 22/4 22/24 24/2 24/4 24/5
24/5 24/6 28/23 33/7 36/6 36/12 38/21
39/5 39/19 51/8
**scaffolding [2]** 12/3 12/4
**scaled [1]** 5/11
**school [3]** 37/18 57/5 57/9
**score [1]** 29/3
**scout [1]** 57/20
**screen [3]** 35/14 37/13 38/6
**screwed [1]** 36/12
**scum [1]** 23/6
**search [1]** 23/20
**searching [1]** 21/6
**second [14]** 14/15 14/15 18/25 19/25

**second...** [10] 23/10 34/3 36/16 36/24 39/6 42/18 42/22 42/23 43/9 50/15
**seconds** [1] 33/11
**secret** [1] 8/21
**secure** [2] 57/12 60/9
**sedition** [1] 10/3
**see** [53] 5/10 5/10 5/13 9/6 9/17 11/18 11/25 14/17 17/12 17/13 18/1 18/4 18/13 19/12 19/21 28/8 35/7 35/8 37/13 37/17 38/6 40/2 40/14 40/17 40/18 40/21 40/24 41/6 41/13 41/15 41/22 41/23 44/13 44/18 44/25 45/8 45/19 45/22 46/8 46/9 46/10 46/14 46/20 47/3 47/7 47/8 48/18 50/17 54/11 54/24 61/3 64/9 70/23
**seeing** [6] 15/4 28/2 40/12 54/3 61/4 61/6
**seem** [3] 29/23 64/3 65/18
**seems** [1] 60/10
**seen** [6] 13/18 56/2 60/19 62/8 67/13 69/1
**sees** [1] 37/8
**segments** [1] 36/16
**seize** [1] 26/18
**self** [3] 6/25 23/25 64/13
**self-serving** [3] 6/25 23/25 64/13
**senile** [1] 7/14
**SENIOR** [1] 1/9
**sense** [3] 28/17 63/4 63/21
**sent** [2] 25/22 71/8
**sentence** [23] 3/4 3/8 5/2 5/4 5/5 26/8 26/9 27/3 28/24 49/13 54/4 54/17 63/3 68/4 68/8 69/14 70/16 70/18 70/19 70/25 71/6 71/21
**sentenced** [1] 69/9
**sentencing** [22] 1/8 2/14 2/21 4/9 4/23 5/18 6/23 16/9 20/23 21/1 21/3 28/21 29/21 32/11 33/19 38/7 46/1 50/7 63/1 63/20 64/16 65/8
**separate** [1] 6/1
**series** [2] 9/5 44/22
**serious** [3] 26/20 27/3 27/4
**seriousness** [3] 5/2 64/11 68/9
**serve** [1] 69/6
**services** [1] 63/12
**serving** [3] 6/25 23/25 64/13
**set** [2] 27/21 41/20
**Seth** [1] 1/12
**several** [2] 8/7 67/24
**severed** [1] 10/18
**shame** [3] 5/17 23/11 66/10
**shameful** [1] 55/9
**share** [1] 57/17
**shorthand** [3] 1/24 72/7 72/11
**shortly** [3] 23/8 33/5 66/16
**shot** [2] 15/22 37/13
**should** [17] 4/19 4/20 4/22 6/24 7/20 9/3 11/2 22/4 22/19 33/2 39/16 49/12 51/4 53/16 54/18 66/2 68/23
**shoulder** [5] 41/16 46/16 46/23 46/23 66/20
**shoulders** [1] 59/19
**shouldn't** [4] 34/7 39/17 57/11 64/6
**show** [15] 33/5 33/9 37/8 37/10 38/24 39/11 43/6 44/4 44/6 46/2 47/10 49/2 51/5 61/8 65/11

**showed** [14] 13/16 17/4 20/22 21/19 23/14 23/22 28/13 30/10 32/1 32/9 42/9 42/9 42/10 61/16
**showed some** [1] 42/9
**showing** [4] 14/5 17/22 44/9 62/1
**shown** [4] 20/18 37/18 51/17 57/9
**shows** [9] 8/20 9/12 9/19 12/24 18/11 18/11 18/15 22/12 47/25
**sick** [1] 61/2
**sickened** [1] 21/22
**side** [5] 29/6 33/25 45/19 47/6 47/12
**sign** [1] 65/6
**signal** [1] 71/8
**significantly** [1] 16/19
**silent** [1] 7/10
**similar** [2] 5/6 5/7
**simply** [9] 21/6 23/9 40/1 43/16 47/23 51/2 51/16 68/11 69/3
**since** [1] 22/12
**sincere** [1] 62/13
**sincerely** [1] 55/8
**sir** [7] 24/11 52/7 52/21 55/1 59/24 62/20 62/20
**sirens** [1] 14/9 62/8 67/14
**sit** [3] 30/5 42/21 69/1
**sitting** [1] 31/19
**situation** [8] 39/16 44/17 51/12 67/23 68/2 68/7 68/19 68/20
**six** [9] 3/4 3/8 4/17 25/10 26/9 27/14 36/10 54/16 68/3
**slice** [1] 34/12
**slide** [2] 17/11 18/14
**slides** [2] 27/13 29/1
**slow** [3] 18/3 44/5 50/21
**Smartmatic** [1] 9/21
**smelled** [1] 67/14
**Smithsonian** [1] 8/11
**so** [59] 4/7 5/9 6/10 9/18 22/6 23/1 24/3 24/4 28/3 28/18 29/1 29/11 29/16 30/5 30/7 30/19 31/23 32/19 33/17 34/1 34/14 36/18 37/5 37/10 38/20 39/24 40/5 40/19 41/1 43/2 43/12 43/18 44/4 44/6 44/15 46/5 46/20 46/25 47/3 48/20 48/24 50/10 50/19 51/11 51/11 52/4 53/1 55/25 57/23 58/4 59/6 63/20 65/9 67/19 68/4 69/4 69/7 69/24 71/6
**so-called** [1] 23/1
**soccer** [1] 57/21
**social** [4] 2/19 21/24 21/25 28/17
**society** [1] 55/13
**software** [2] 9/9 9/21
**sole** [2] 13/2 25/1
**some** [42] 4/24 6/2 6/17 7/20 8/18 9/10 10/6 11/13 12/18 16/17 24/14 26/20 27/25 28/5 28/11 29/3 29/7 29/23 30/15 30/20 32/24 33/23 36/25 39/6 39/12 40/24 41/23 42/5 42/9 42/10 43/7 43/19 44/8 44/25 45/2 47/2 56/22 58/11 59/6 62/15 64/19 66/17
**somebody** [10] 12/11 30/15 31/7 33/25 37/25 39/4 39/21 41/16 46/17 46/18
**somebody's** [2] 29/8 41/17
**somehow** [1] 22/4
**someone** [5] 7/13 23/3 48/2 60/14 66/19

**something** [14] 24/1 37/10 40/14 40/15 42/5 46/3 48/13 48/15 54/22 58/13 59/23 60/11 60/15 66/15
**somewhat** [1] 64/14
**somewhere** [1] 33/12
**son** [6] 37/7 37/16 57/4 57/8 57/9 57/10
**son's** [1] 37/18
**soon** [3] 31/14 34/1 71/19
**sorrow** [1] 5/17
**sorry** [10] 2/16 5/5 10/8 26/5 48/23 52/25 53/1 53/17 57/17 58/15
**sort** [6] 17/25 32/19 36/18 39/11 39/15 50/24
**soundbite** [2] 24/18 60/2
**sounded** [1] 53/12
**sounds** [1] 23/5
**source** [4] 5/16 5/17 9/21 9/23
**speaking** [1] 35/17
**special** [8] 2/8 35/14 35/15 35/18 35/20 36/19 36/20 69/10
**specific** [4] 3/14 25/8 25/21 36/25
**specifically** [1] 27/1
**specifics** [1] 53/16
**speech** [1] 23/5
**spell** [1] 52/15
**spelled** [1] 52/18
**spend** [3] 34/11 43/19 48/25
**spends** [1] 5/18
**spent** [2] 57/20 59/13
**spoon** [2] 31/22 31/22
**spray** [3] 62/9 64/6 67/14
**sprayed** [1] 26/23
**spun** [1] 12/25
**stage** [3] 14/3 34/24 35/6
**stain** [1] 55/13
**stairs** [3] 18/5 18/20 19/5
**stand** [5] 5/13 9/12 10/12 41/18 52/7
**standing** [7] 10/23 12/25 44/22 46/12 47/5 47/6 67/10
**start** [3] 6/7 8/18 9/8
**started** [1] 61/13
**starting** [1] 28/4
**starts** [2] 19/2 40/6
**state** [1] 13/13
**stated** [2] 4/18 26/11
**statement** [5] 4/8 40/19 40/20 64/4 64/7
**statements** [8] 20/20 20/21 59/3 63/9 63/13 64/13 64/14 66/24
**stating** [1] 65/20
**station** [1] 47/4
**statute** [2] 3/18 71/3
**statutory** [2] 3/10 70/19
**steal** [3] 7/3 7/9 13/19
**step** [2] 2/4 41/6
**Stephen** [1] 36/20
**steps** [8] 5/11 12/3 20/1 31/4 41/7 41/10 42/1 45/10
**stickers** [1] 9/13
**still** [7] 10/1 10/19 18/13 23/2 38/25 45/1 45/16
**stills** [1] 44/22
**stomach** [1] 61/2
**stood** [4] 13/3 13/5 13/10 14/18

**S**

stop [7]  7/3 7/8 8/25 11/1 13/19 39/18 39/22
stopped [1]  40/2
stopping [2]  54/15 59/11
stormed [1]  60/3
story [4]  28/10 32/6 32/7 34/9
Street [1]  1/13
strike [1]  44/3
strong [1]  6/18
strongly [1]  6/5
struck [2]  47/13 68/1
struggling [1]  26/22
studied [1]  66/13
stuff [4]  30/14 31/20 41/1 60/3
stupid [3]  31/25 34/8 56/22
submitted [1]  21/2 32/5
subscribe [1]  24/16
subscribed [2]  23/14 72/12
Subsection [2]  2/15 2/16
subsequent [1]  62/25
substance [1]  20/10
substantial [2]  23/23 66/9
substantially [1]  16/20
subsumed [1]  18/2
successful [2]  24/3 24/3
sudden [1]  46/13
suffer [1]  57/11
suffered [5]  32/19 53/20 54/21 63/8 66/7
sufficient [1]  68/8
suggest [2]  16/25 48/17
suggests [2]  32/6 34/23
suitcases [1]  8/21
Suite [1]  1/18
superseding [1]  3/24
supervised [1]  69/14
supplied [1]  28/3
support [4]  27/2 56/9 56/11 57/25
supported [4]  6/5 32/15 49/8 56/10
supporter [2]  6/18 6/20
supporters [1]  60/3
supporting [2]  30/12 63/14
supposed [1]  16/9
Supreme [1]  8/17
sure [3]  13/1 14/21 15/16 35/12 36/2 60/22 66/17
surprise [1]  54/13
surprised [1]  50/24
surprises [1]  28/3
surrounded [2]  17/17 17/18
surrounding [1]  13/18
suspension [1]  22/15
swamp [1]  7/14
switched [1]  9/22
sworn [2]  52/7 52/11

**T**

table [2]  2/8 2/12
tackled [1]  18/16
take [16]  15/5 15/15 30/18 31/11 49/24 49/25 49/25 51/19 52/7 54/7 54/17 55/18 57/23 63/24 66/5 71/3
taken [4]  26/6 28/9 51/22 59/14
takes [1]  8/16
taking [6]  13/21 27/10 33/10 48/24 56/1 56/3

talk [3]  9/12 37/15 47/18
talked [1]  46/8
talking [2]  36/4 43/14
talks [3]  8/24 10/2 19/6
tear [10]  11/16 12/10 13/18 14/10 15/22 44/20 60/25 61/13 64/5 67/14
telephone [1]  36/21
telephonically [1]  36/21
tell [6]  7/13 32/7 45/11 50/19 53/2 59/21
telling [2]  29/3 39/2
tellingly [1]  24/7
ten [5]  31/6 38/16 56/10 57/20 58/3
tens [1]  8/22
term [2]  22/23 28/24 29/20 34/24
terms [3]  53/18 53/21 54/4
terrorist [1]  9/4
testified [1]  52/12
testimony [1]  72/7
TFH [1]  1/4
than [19]  7/17 9/19 14/20 18/18 25/20 26/7 28/10 32/6 35/2 35/7 36/6 37/14 38/25 41/25 43/15 51/5 68/8 69/15 70/19
thank [17]  2/9 2/13 3/1 4/15 27/15 27/16 35/24 49/4 51/18 52/6 54/24 55/1 55/2 71/17 71/23 71/24 71/25
thanking [1]  50/10
that [376]
that's [32]  8/23 9/9 17/25 21/1 31/19 35/4 39/22 40/8 40/20 41/17 47/17 51/1 54/4 54/23 56/25 57/24 57/25 59/8 60/8 60/9 61/13 62/3 62/23 63/2 63/4 63/4 65/6 65/7 68/8 70/11 70/11 70/23
their [15]  10/12 13/6 17/20 23/6 24/15 24/18 25/5 25/18 34/22 35/3 44/20 45/4 56/8 65/22 67/17
them [28]  17/17 24/15 24/20 25/3 29/19 29/20 30/7 30/10 30/17 33/15 34/19 42/23 42/24 43/24 45/14 47/21 49/11 56/11 58/13 59/7 59/7 59/13 60/7 60/21 62/8 64/3 64/23 65/23
then [58]  4/5 6/12 7/3 8/6 8/13 8/17 8/22 9/10 9/17 9/18 9/25 10/11 10/14 10/17 10/17 12/12 14/14 16/23 16/24 18/6 19/2 19/3 19/6 19/8 19/15 19/16 19/24 21/25 22/24 23/2 24/14 24/15 24/18 24/20 24/20 25/6 31/5 34/6 36/7 36/21 43/11 43/12 43/22 44/25 45/13 49/23 50/16 50/22 50/23 51/15 59/25 60/2 60/7 61/1 63/1 64/22 71/6 71/19
theories [2]  7/24 46/6
theory [1]  24/16
there [81]
there's [30]  9/18 10/7 11/18 12/10 12/19 12/20 16/25 17/12 21/8 28/10 30/25 33/6 33/11 33/24 34/8 34/23 34/25 35/6 35/15 36/5 42/6 46/13 46/20 47/17 52/3 53/16 67/12 68/10 69/13 69/14
thereafter [1]  66/16
therefore [2]  20/11 20/14
Thereupon [3]  51/22 52/8 72/1
these [32]  4/14 4/19 5/15 15/3 17/18 20/20 25/15 27/13 28/14 29/8 32/21 33/13 36/14 36/17 36/22 36/23 36/11 36/14

36/16 38/3 40/24 41/10 42/1 42/21 43/19 44/14 45/5 45/20 58/11 58/19 66/3 67/5 68/10
they [66]  3/20 8/21 14/18 15/1 16/18 17/17 17/20 17/21 24/17 24/18 24/18 28/3 28/5 28/10 28/11 28/13 28/15 29/24 30/14 30/22 31/3 31/11 31/14 31/18 33/2 33/3 33/14 33/21 34/24 34/25 35/9 36/24 36/24 36/25 37/18 39/7 39/23 42/9 42/10 42/11 43/1 44/10 45/3 45/3 56/20 56/21 57/14 57/17 58/12 59/6 59/8 59/25 60/1 60/1 60/2 60/5 60/5 60/9 61/14 64/24 65/18 65/20 68/12 68/12 70/9 71/10
they're [8]  22/23 28/24 29/20 34/24 43/3 43/6 67/17 68/11
they've [1]  37/12
thing [9]  19/16 19/20 21/23 26/4 28/22 30/19 41/9 41/9 44/2
things [25]  13/7 14/2 24/4 28/7 28/11 30/20 33/1 33/4 33/6 34/18 36/1 36/18 38/3 40/23 41/2 44/5 44/6 47/22 49/2 52/20 56/22 56/22 58/11 61/12 64/19
think [39]  3/15 4/4 4/10 4/18 19/16 19/17 28/17 29/11 29/21 30/1 30/16 31/5 34/12 44/1 44/9 44/10 47/19 50/20 51/8 52/1 56/3 61/16 62/13 62/13 63/1 63/23 64/9 64/14 64/17 66/14 66/15 66/25 67/21 67/22 68/5 68/18 68/18 68/22 69/4
thinking [3]  32/16 32/17 56/25
this [189]
Thoman [5]  35/14 35/18 35/21 35/22 36/19
THOMAS [1]  1/9
those [17]  4/24 6/23 9/7 17/6 18/1 24/10 25/4 25/17 29/4 33/23 35/12 37/21 39/25 58/12 58/14 58/23 64/2
though [2]  14/21 14/22
thought [8]  3/24 47/19 48/3 48/4 56/8 59/4 67/12 67/15
thousands [4]  8/22 12/10 14/11 17/19
threatened [1]  47/15
three [13]  14/9 21/3 24/23 41/6 42/1 42/1 42/17 45/10 45/12 59/13 69/9 69/15 70/9
threw [2]  2/22 18/20
through [11]  4/6 11/1 13/20 20/19 33/8 41/1 43/19 46/2 62/14 65/15 67/24
throughout [1]  36/3
throwing [2]  29/20 45/2
thrown [2]  9/3 49/3
thumb [1]  46/10
time [32]  4/20 4/22 10/11 10/11 11/6 13/9 14/15 15/5 19/25 28/2 28/2 29/10 34/3 34/11 36/24 37/13 38/9 39/18 40/8 48/24 48/25 55/1 55/5 56/25 59/14 60/10 64/8 64/9 66/11 69/6 69/20 71/11
timeline [1]  21/12
timely [1]  70/11
times [4]  10/4 36/10 48/1 48/11
timestamps [1]  31/18
tip [1]  8/23
Title [2]  68/5 70/25
today [2]  2/13 29/20 37/23 59/22

**T**

**together [3]** 31/20 32/22 42/10
**told [6]** 16/16 30/4 34/14 39/22 42/23 61/1
**too [5]** 13/23 29/3 30/13 67/16 68/10
**took [10]** 23/10 23/16 28/14 28/16 31/4 33/4 33/7 61/16 64/5 64/6
**top [4]** 18/6 19/8 19/19 66/22
**total [2]** 22/25 54/14
**totality [2]** 3/7 3/9
**totally [3]** 58/24 67/21 68/11
**touched [1]** 59/19
**tough [3]** 56/7 57/4 57/24
**tourist [14]** 5/21 5/25 6/3 6/11 19/24 26/1 26/2 36/5 36/7 36/8 43/10 43/11 43/16 62/18
**toward [1]** 5/12
**towards [5]** 19/3 41/13 41/24 48/2 66/18
**Train [1]** 7/10
**transcribed [1]** 72/11
**transcript [4]** 1/8 1/24 32/5 72/10
**transcription [1]** 1/25
**transfer [1]** 25/14
**trash [1]** 57/19
**Treasurer [1]** 69/16
**Treasury [1]** 69/24
**treatment [1]** 68/18
**tried [7]** 24/4 26/17 30/14 42/10 47/22 57/13 61/13
**tries [1]** 6/1
**trouble [2]** 5/19 56/18
**truly [1]** 8/20
**Trump [23]** 5/11 6/16 6/20 7/10 7/15 9/22 10/1 10/5 10/9 12/12 24/20 29/14 29/15 29/15 30/3 30/10 31/11 30/12 35/3 59/7 60/2 60/8 64/19
**Trump's [2]** 6/17 29/9
**trusting [1]** 70/12
**truth [2]** 23/5 56/15
**truthful [4]** 16/13 52/2 52/3 59/16
**truthfulness [1]** 3/14
**try [3]** 39/24 49/11 68/9
**trying [29]** 5/19 6/11 11/12 14/17 31/23 31/24 32/7 32/19 33/20 33/22 33/25 39/18 44/10 44/18 44/20 46/18 59/15 60/24 61/17 61/20 61/21 62/6 64/12 64/12 65/19 66/18 67/11 67/17 68/20
**turn [2]** 4/10 31/17
**turns [2]** 18/6 50/23
**TV [5]** 8/1 21/22 57/8 61/6 62/11
**tweet [1]** 10/8
**tweets [1]** 10/9
**twice [5]** 5/13 16/13 17/5 26/16 51/14
**two [24]** 8/16 14/5 15/3 15/6 16/2 17/6 17/18 17/22 18/1 21/18 23/22 31/5 31/6 33/12 33/12 45/11 49/17 50/9 50/19 51/8 54/11 54/13 54/13 66/13
**type [4]** 59/6 64/7 68/25 71/9

**U**

**U.S [9]** 1/12 1/22 2/15 10/10 17/15 26/12 31/7 36/22 38/8
**U.S.C [3]** 4/24 69/8 69/12
**unable [2]** 18/25 57/12
**unacceptable [1]** 56/6

**unappreciated [1]** 7/16
**unbelievable [1]** 16/6
**uncertain [1]** 53/18
**unclear [2]** 13/25 14/22
**uncover [1]** 23/19
**under [11]** 2/15 3/10 4/1 26/18 26/24 63/3 63/23 68/5 69/13 70/25 71/2
**understand [10]** 22/22 28/12 28/20 32/23 57/3 58/11 58/17 63/8 63/15 71/6
**understanding [1]** 58/25
**understood [3]** 22/9 60/22 68/22
**undoubtedly [1]** 32/4
**unemployed [1]** 69/19
**unemployment [1]** 70/3
**unfortunately [2]** 6/3 6/9
**unidentified [1]** 24/24
**unimaginable [1]** 56/9
**UNITED [11]** 1/1 1/3 1/10 2/3 2/7 4/17 27/13 66/1 69/22 69/23 72/5
**unlawful [6]** 5/15 15/3 23/19 24/8 26/6 48/23
**Unlike [1]** 14/13
**unquote [4]** 5/20 15/23 16/21 21/21
**unreasonable [1]** 41/3
**until [12]** 9/16 15/24 16/5 16/8 16/9 21/14 31/12 34/25 50/14 53/18 68/21 69/25
**untrue [1]** 56/22
**unwanted [1]** 5/5
**unwarranted [1]** 5/5
**unwilling [1]** 14/10
**up [33]** 7/14 11/12 12/3 17/10 18/22 19/9 19/10 19/10 19/20 27/21 31/12 34/1 34/24 36/12 36/12 37/8 38/2 39/4 41/8 41/15 42/1 44/17 45/16 46/6 48/18 51/25 53/2 53/4 53/13 59/6 59/14 66/17 68/20
**upcoming [1]** 10/2
**upon [5]** 7/19 14/8 28/25 47/22 63/21
**upper [2]** 46/23 46/23
**upset [2]** 40/15 42/4
**us [12]** 7/17 16/13 24/17 31/12 42/6 44/5 48/21 48/25 49/4 50/19 52/15 60/1
**USA [1]** 7/9
**usdoj.gov [1]** 1/15
**use [1]** 48/10
**used [3]** 23/18 31/18 48/11
**using [1]** 9/8
**usually [1]** 4/20

**V**

**vaguely [1]** 9/10
**various [1]** 9/11
**verbally [3]** 10/24 21/5 47/16
**versus [2]** 2/3 4/18
**very [12]** 12/16 12/17 18/13 46/7 46/25 49/14 53/12 62/14 64/13 65/1 66/6 66/20
**victim [1]** 69/23
**victory [1]** 64/7
**video [63]** 2/20 11/23 11/24 12/7 12/14 12/15 12/23 12/24 13/1 13/16 13/16 14/18 14/24 15/8 15/13 15/14 15/18 16/15 17/2 17/3 17/8 17/24 18/9 18/10 18/13 20/22 21/7 31/18 32/6 33/8

34/17 35/19 35/25 37/18 39/3 39/9 39/10 39/14 40/4 40/14 40/22 42/14 42/25 43/5 43/7 43/8 43/17 46/4 46/5 46/20 49/2 50/9 50/12 50/15 50/15 50/16 50/21 50/21 51/13 56/23 61/21 62/4 66/12
**videos [15]** 15/6 17/6 29/24 30/10 33/7 33/23 42/21 45/25 47/3 56/1 56/4 57/8 64/2 64/4 66/13
**videotape [1]** 5/13
**view [1]** 13/1 18/1
**views [5]** 6/22 6/23 7/19 29/18 30/16
**violating [1]** 26/2
**violence [4]** 15/5 17/1 25/11 61/12
**violent [1]** 26/11
**visit [2]** 8/7 34/4
**visited [1]** 8/9
**visual [1]** 27/25
**voice [3]** 35/21 53/2 53/4
**voices [2]** 35/11 35/22
**voluntarily [3]** 21/17 66/4 70/5
**volunteer [2]** 57/19 63/12
**volunteers [1]** 53/8
**voted [1]** 9/13
**voter [2]** 8/20 10/5
**voters [1]** 9/20
**votes [3]** 9/11 9/19 9/22

**W**

**wait [2]** 9/16 53/11
**waited [1]** 21/14
**waiting [1]** 53/18
**waive [2]** 69/18 70/2
**waived [1]** 71/4
**walk [3]** 34/24 55/23 67/15
**walked [4]** 7/3 10/25 15/11 55/24
**walking [1]** 10/25 25/7
**walkway [1]** 34/1
**walls [1]** 10/24
**want [24]** 3/25 7/13 30/13 31/9 31/10 32/1 32/9 34/10 34/11 35/9 36/10 37/24 38/10 38/10 43/18 51/25 55/14 55/16 57/5 58/8 58/8 58/21 59/10 59/21
**wanted [14]** 11/3 15/16 17/14 24/17 31/14 36/25 37/15 39/7 50/2 54/11 55/21 65/4 65/5 65/6
**wants [4]** 6/22 9/23 51/16 57/14
**War [1]** 10/14
**warrant [1]** 23/20
**was [220]**
**washed [1]** 7/14
**washed-up [1]** 7/14
**Washington [3]** 1/5 1/14 1/23
**wasn't [15]** 15/24 16/22 16/23 24/3 28/18 30/11 31/2 33/16 36/8 43/12 55/22 55/22 56/25 61/11 64/6
**watch [2]** 10/3 58/8
**watched [1]** 62/11 67/10
**watching [3]** 44/24 45/2 61/3
**water [11]** 12/18 12/19 12/20 21/6 21/8 21/9 41/8 44/19 44/23 45/23 60/25
**wave [1]** 10/2
**waving [2]** 13/5 13/6
**way [18]** 14/16 27/1 27/3 28/10 30/4 30/6 30/15 31/25 38/17 41/24 42/4

| W | | |
|---|---|---|

**W**

**way... [7]** 42/5 42/6 42/9 51/9 57/21 58/9 65/19
**ways [1]** 11/7
**we [78]**
**we'll [9]** 9/16 33/5 36/8 39/5 43/22 46/2 49/25 51/19 51/20
**we're [16]** 2/13 20/19 31/9 32/17 32/20 32/22 33/9 35/11 40/5 40/23 43/23 44/4 46/2 47/2 48/24 50/20
**we've [5]** 10/16 12/9 32/14 36/15 51/17
**weak [1]** 10/15
**wearing [1]** 30/10
**website [1]** 22/14
**week [1]** 23/13
**weeks [3]** 21/18 31/5 31/6
**weighs [1]** 25/10
**well [9]** 3/7 4/9 4/13 13/17 22/16 27/18 30/23 37/22 54/8
**went [14]** 8/21 19/12 19/15 24/5 33/8 34/5 34/19 36/24 41/25 53/14 59/8 60/23 61/6 62/14
**were [71]** 5/16 8/12 10/6 10/23 11/7 11/9 11/10 11/10 11/15 14/9 14/11 15/1 15/1 15/16 16/9 17/10 17/15 17/17 17/21 20/1 25/1 26/18 26/19 28/7 28/9 29/1 29/1 29/6 29/6 31/3 31/12 32/5 33/14 33/17 33/20 33/21 38/12 42/7 44/9 44/10 44/13 44/14 44/25 49/18 53/6 53/23 54/7 54/12 55/25 56/2 56/3 56/24 59/5 59/9 60/22 61/5 61/8 61/20 62/2 62/7 62/16 62/18 62/19 62/24 64/3 64/18 64/24 65/10 66/3 67/11 71/9
**weren't [1]** 49/18
**west [1]** 14/8
**whack [1]** 33/17
**what [93]**
**what's [5]** 28/1 37/8 44/15 52/21 58/20
**whatever [17]** 6/22 29/18 38/11 38/16 40/16 41/11 42/17 51/16 54/4 54/6 54/6 57/10 65/5 65/5 65/12 65/20 66/19
**when [62]** 3/20 4/14 7/24 8/11 15/9 15/10 17/21 19/23 21/14 22/17 24/16 26/15 28/8 28/13 29/5 30/1 30/25 32/10 32/12 33/7 33/7 34/21 36/4 37/25 38/1 38/2 38/20 38/22 39/1 39/19 40/24 41/5 41/22 41/25 42/7 42/9 42/11 42/15 44/17 47/20 49/2 49/6 53/8 54/10 54/17 56/23 58/16 59/8 60/14 60/23 61/6 61/7 61/11 61/13 62/11 64/2 67/11 70/6 70/7 70/10 70/17 71/20
**where [32]** 3/19 4/19 6/10 8/20 9/17 10/9 11/7 13/11 17/11 24/12 24/22 32/21 38/7 38/22 39/16 40/6 41/5 43/3 43/10 45/24 46/9 46/10 48/21 58/11 59/18 62/6 63/16 65/4 68/11 70/7 70/10 71/20
**wherein [1]** 2/21
**whereof [1]** 72/12
**wherever [1]** 70/9
**whether [13]** 37/7 37/23 37/23 39/7 42/3 42/4 42/5 45/3 50/17 66/18 68/25 70/7 71/7

**which [31]** 3/5 3/19 3/14 3/18 3/19 3/22 4/10 6/9 7/11 14/7 14/16 17/16 22/2 22/15 22/21 24/16 25/16 28/1 28/6 39/12 46/17 50/15 50/15 59/19 62/18 64/7 65/11 66/1 68/4 68/13 70/20
**while [8]** 20/16 21/17 23/21 32/18 45/1 51/25 53/15 65/15
**who [26]** 2/11 5/6 7/9 7/16 12/2 13/13 13/15 14/23 25/1 26/17 30/15 31/8 34/22 35/8 35/12 35/14 38/2 44/14 44/25 49/10 53/7 57/25 60/14 62/2 65/17 71/9
**who's [5]** 17/13 31/9 35/18 45/14 45/20
**whole [2]** 32/1 60/18
**whom [1]** 29/6
**whose [2]** 13/7 68/14
**why [2]** 21/1 45/3
**will [29]** 4/6 10/4 10/11 10/12 10/12 10/15 11/3 14/21 27/2 27/4 28/8 29/13 29/17 32/4 36/2 36/3 37/22 38/4 56/11 58/6 65/13 69/1 69/3 69/8 70/7 70/13 71/4 71/16 71/17
**willing [1]** 56/12
**win [1]** 9/18
**windows [2]** 25/3 61/5
**wish [5]** 4/6 9/8 39/21 55/17 58/17
**withholding [1]** 50/13
**within [4]** 18/2 30/24 31/5 38/16
**without [7]** 27/3 29/3 29/20 38/13 38/13 38/17 58/3
**witness [5]** 49/21 52/6 52/10 52/13 72/12
**witnessed [1]** 50/17
**witnessing [1]** 20/2
**woman [12]** 9/13 18/20 18/21 18/22 18/23 18/25 40/13 40/16 45/13 47/17 47/18 66/16
**won [1]** 64/4
**won't [1]** 49/25
**word [3]** 48/10 62/14 62/14
**words [4]** 30/6 41/10 48/11 59/12
**work [2]** 57/19 71/18
**worked [1]** 52/22
**world [3]** 5/10 37/25 48/13
**worried [2]** 65/1 68/17
**would [33]** 3/24 8/5 8/8 9/8 11/8 20/14 22/15 23/18 25/17 25/18 26/8 27/6 29/24 32/15 34/14 34/23 36/1 39/21 39/22 46/13 49/14 50/8 51/10 51/11 52/23 53/3 57/7 60/15 65/22 68/2 68/2 69/4 71/14
**wouldn't [2]** 24/13 59/25
**Wray [1]** 26/11
**writing [1]** 29/5
**wrong [3]** 41/17 60/11 67/22
**wrongdoings [1]** 36/18

| Y | | |
|---|---|---|

**Y**

**yards [2]** 42/1 45/12
**yeah [7]** 3/18 9/11 24/5 24/5 24/6 28/22 31/9
**year [1]** 37/16
**years [8]** 20/8 37/12 52/22 54/20 56/2 57/20 58/4 70/11
**yell [1]** 13/23

**yelled [1]** 33/8
**yelling [7]** 12/11 13/6 13/17 15/2 18/22 40/21 45/13
**yells [1]** 12/12
**yes [7]** 2/25 4/3 16/17 19/13 35/13 49/18 71/13
**yesterday [1]** 8/15
**yet [7]** 12/20 15/23 21/9 21/11 29/1 32/7 49/18
**you [260]**
**you'd [1]** 67/23
**you'll [12]** 14/17 14/25 17/11 17/13 19/2 19/12 41/23 69/24 70/1 70/9 71/20 71/21
**you're [23]** 5/23 30/20 38/2 39/1 40/15 41/6 41/13 41/15 41/18 46/8 46/9 46/18 60/10 61/25 62/6 63/12 67/10 67/21 69/19 70/3 70/3 70/6 70/22
**you've [1]** 71/1
**your [150]**
**yours [1]** 61/15
**yourself [4]** 46/19 53/4 66/4 68/19
**yourselves [1]** 2/5